UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FIRST MARBLEHEAD CORP.,

    Plaintiff,

vs.

GREGORY HOUSE,

    Defendant.

Civil Action No. 04-11263-PBS

FILED IN CLERK'S OFFICE
2004 JUN 22 A 11: 22
U.S. DISTRICT COURT
DISTRICT OF MASS.

FILING FEE PAID:
RECEIPT # 56812
AMOUNT $ 50.00
BY DPTY CLK
DATE 6/22/04

### DEFENDANT, GREGORY HOUSE'S, *ASSENTED TO* MOTION TO PERMIT YONATON ARONOFF TO APPEAR PRO HAC VICE PURSUANT TO LR 83.5.3

NOW COMES the defendant, Gregory House, by and through his attorneys, William T. Hogan III and Elizabeth D. Killeen, of Hogan, Roache & Malone in good standing of the Bars of the Commonwealth of Massachusetts and United States District Court for the District of Massachusetts, and moves for admission pro hac vice of Yonaton Aronoff of Friedman, Wang & Bleiberg, P.C., 90 Park Avenue, New York, NY, to appear in this action as co-counsel for the defendant, Gregory House, ("House") in accordance with Local Rule 83.5.3.

In support of this Motion, defendant asserts that:

1.    Attorney Aronoff is a member in good standing of the New York Bar, having been admitted in February 2004. He has also been admitted to practice before the Appellate Division of the Supreme Court of the State of New York.

2.    Attorney Aronoff has been retained by House to represent him in this action and seeks to appear on his behalf in association with Attorneys Hogan and

Killeen who are attorneys who are active members of the Bar of the State of Massachusetts and members of the Bar of this District.

3.  Attorneys Hogan and Killeen will associate themselves with Attorney Aronoff and will appear at hearings and trial proceedings as directed by this Honorable Court.

4.  A large percentage of the practice of Attorney Aronoff is in the area of complex civil litigation.

5.  Attorney Aronoff is familiar with the subject matter of this litigation, and defendant, House, desires to have Attorney Aronoff represent him in the United States District Court for the District of Massachusetts in the above-captioned matter.

6.  Attorney Aronoff is familiar with the Local Rules for the United States District Court, District of Massachusetts.

7.  In further support of this Motion, the Affidavit of Yonaton Aronoff, Esq. is attached as Exhibit "A".

WHEREFORE, the defendant moves and respectfully requests that the Court admit Yonaton Aronoff *pro hac vice* as counsel for the defendant, House, and grant such other relief as is just and proper.

| | |
|---|---|
| Respectfully submitted,<br>Gregory House,<br>By his attorneys,<br><br>*[signature]*<br>William T. Hogan, III BBO # 237710<br>Elizabeth D. Killeen BBO # 645178<br>**Hogan, Roache & Malone**<br>66 Long Wharf<br>Boston, MA  02110<br>(617) 367-0330<br>Attorneys for Defendant | Assented to by:<br>The First Marblehead Corp.<br>By its attorneys,<br><br>*[signature]*<br>Kenneth J. DeMoura<br>BBO # 548910<br>**Adler Pollock & Sheehan PC**<br>175 Federal Street<br>Boston, MA  02110<br>(617) 482-0600<br>Attorney for Plaintiff |

Date: June 22, 2004

### CERTIFICATE OF RULE 7.1 CONFERENCE AND OF SERVICE

I, Elizabeth D. Killeen, hereby certify that, prior to filing the above motion; I conferred with counsel for the plaintiff concerning said motion. Counsel for the plaintiff assented to said motion. I further certify that on this 22nd day of June 2004, I served a copy of the above motion via first class U.S. mail postage prepaid to all counsel of record.

*[signature]*
Elizabeth D. Killeen