UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL NO. 04-11263-RGS

FIRST MARBLEHEAD CORP.

v.

GREGORY J. HOUSE

ORDER OF RECUSAL

July 9, 2004

STEARNS, D.J.

I must recuse myself from this case as the principal attorney for the defendant William T. Hogan III, and I are partners in the production and sale of a law book.  The Clerk will have the case drawn to a different judge.

SO ORDERED.

/s/ Richard G. Stearns

_____

UNITED STATES DISTRICT JUDGE