UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FIRST MARBLEHEAD CORP., ) | |
| Plaintiff, ) | |
| vs. ) | Civil Action No. 04-11263RGS |
| GREGORY HOUSE, ) | |
| Defendant. ) | |

## DEFENDANT, GREGORY HOUSE'S, *ASSENTED TO* MOTION TO PERMIT PETER N. WANG TO APPEAR PRO HAC VICE PURSUANT TO LR 83.5.3

NOW COMES the defendant, Gregory House, by and through his attorneys, William T. Hogan III and Elizabeth D. Killeen, of Hogan, Roache & Malone in good standing of the Bars of the Commonwealth of Massachusetts and United States District Court for the District of Massachusetts, and moves for admission pro hac vice of Peter N. Wang of Friedman, Wang & Bleiberg, P.C., 90 Park Avenue, New York, NY, to appear in this action as co-counsel for the defendant, Gregory House, ("House") in accordance with Local Rule 83.5.3.

In support of this Motion, defendant asserts that:

1.  Attorney Wang is a member in good standing of the New York Bar, having been admitted in the Second Department in 1974. He has also been admitted to practice before the Southern, Eastern and Northern Districts of New York; the U.S. Court of Appeals, Second Circuit, U.S. Court of Appeals, Third Circuit; U.S. Court of Appeals, Fourth Circuit, U.S. Court of Appeals, Fifth Circuit, U.S. Court of Appeals

Seventh Circuit, U.S. Court of Appeals, Tenth Circuit and the U.S. Court of Appeals, Eleventh Circuit.

2. Attorney Wang has been retained by House to represent him in this action and seeks to appear on his behalf in association with Attorneys Hogan and Killeen who are attorneys who are active members of the Bar of the State of Massachusetts and members of the Bar of this District.

3. Attorneys Hogan and Killeen will associate themselves with Attorney Wang and will appear at hearings and trial proceedings as directed by this Honorable Court.

4. A large percentage of the practice of Attorney Wang is in the area of complex civil litigation.

5. Attorney Wang is familiar with the subject matter of this litigation, and defendant, House, desires to have Attorney Wang represent him in the United States District Court for the District of Massachusetts in the above-captioned matter.

6. Attorney Wang is familiar with the Local Rules for the United States District Court, District of Massachusetts.

7. In further support of this Motion, the Affidavit of Peter N. Wang is attached as Exhibit "A".

WHEREFORE, the defendant moves and respectfully requests that the Court admit Peter N. Wang *pro hac vice* as counsel for the defendant, House, and grant such other relief as is just and proper.

| | |
|---|---|
| Respectfully submitted,<br>Gregory House,<br>By his attorneys,<br><br>*/s/ Elizabeth D. Killeen*<br>William T. Hogan, III BBO # 237710<br>Elizabeth D. Killeen BBO # 645178<br>**Hogan, Roache & Malone**<br>66 Long Wharf<br>Boston, MA  02110<br>(617) 367-0330<br>Attorneys for Defendant | Assented to by:<br>The First Marblehead Corp.<br>By its attorneys,<br><br>*/s/ Kenneth J. DeMoura*<br>Kenneth J. DeMoura<br>BBO # 548910<br>**Adler Pollock & Sheehan PC**<br>175 Federal Street<br>Boston, MA  02110<br>(617) 482-0600<br>Attorney for Plaintiff |

Date: June 22, 2004

### CERTIFICATE OF RULE 7.1 CONFERENCE AND OF SERVICE

I, Elizabeth D. Killeen, hereby certify that, prior to filing the above motion; I conferred with counsel for the plaintiff concerning said motion. Counsel for the plaintiff assented to said motion. I further certify that on this 22nd day of June 2004, I served a copy of the above motion via first class U.S. mail postage prepaid to all counsel of record.

*/s/ Elizabeth D. Killeen*
Elizabeth D. Killeen