SCANNED
DATE: 07/01/04
BY: Sky

Allowed. R.M. Stearns US 7-2-04.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

FIRST MARBLEHEAD CORP., )
)
Plaintiff, )
)
vs. ) Civil Action No. 04-11263RGS
)
GREGORY HOUSE, )
)
Defendant. )

---

### ASSENTED-TO MOTION OF THE DEFENDANT, GREGORY HOUSE, TO ENLARGE TIME TO RESPOND TO THE COMPLAINT OF THE PLAINTIFF, FIRST MARBLEHEAD CORP.

The defendant, Gregory House, ("House"), respectfully moves, **with the assent of the plaintiff**, to further enlarge the time by which House must answer, object or otherwise respond to the plaintiff's Complaint for 14 days from July 5, 2004 up to and including July 19, 2004. Counsel for the plaintiff assented to this motion by telephone on June 24, 2004.

House states as grounds for this motion that he resides in New Jersey and counsel requires additional time to gather information relative to the underlying facts of this case sufficient to file a responsive pleading.

WHEREFORE, House requests that this Court allow this Assented-To Motion and enlarge the time to respond to the plaintiff's Complaint until July 19, 2004.

| | |
|---|---|
| Respectfully submitted,<br>Gregory House,<br>By his attorneys, | Assented to by:<br>The First Marblehead Corp.<br>By its attorneys, |
| */s/ Elizabeth D. Killeen*<br>William T. Hogan, III BBO # 237710<br>Elizabeth D. Killeen BBO # 645178<br>**Hogan, Roache & Malone**<br>66 Long Wharf<br>Boston, MA 02110<br>(617) 367-0330<br>Attorneys for Defendant | */s/ Kenneth J. DeMoura*<br>Kenneth J. DeMoura<br>BBO # 548910<br>**Adler Pollock & Sheehan PC**<br>175 Federal Street<br>Boston, MA 02110<br>(617) 482-0600<br>Attorney for Plaintiff |

Date: June 29, 2004

### CERTIFICATE OF RULE 7.1 CONFERENCE AND OF SERVICE

I, Elizabeth D. Killeen, hereby certify that, prior to filing the above motion; I conferred with counsel for the plaintiff concerning said motion. Counsel for the plaintiff assented to said motion. I further certify that on this 29th day of June 2004, I served a copy of the above motion via first class U.S. mail postage prepaid to all counsel of record.

*/s/ Elizabeth D. Killeen*
Elizabeth D. Killeen