IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FIRST MARBLEHEAD CORP., | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) Civil Action No. 04-11263PBS |
| | ) |
| GREGORY HOUSE, | ) |
| | ) |
| Defendant | ) |

**CERTIFICATION PURSUANT TO LOCAL RULE 16.1**

Pursuant to Local Rule 16.1(D)(4), the undersigned certify that they have conferred regarding a budget for the above-captioned litigation and have discussed the use of alternative dispute resolution procedures to resolve this matter.

Respectfully submitted,

The First Marblehead Corporation
By its attorney,


/s/ Kenneth J. DeMoura       /s/ Donald R. Peck
Kenneth J. DeMoura  BBO # 548910   Donald R. Peck, Executive Vice President
**Adler Pollock & Sheehan PC**      and Chief Financial Officer
175 Federal Street          The First Marblehead Corporation
Boston, MA 02110
(617) 482-0600


Date: September 13, 2004