IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

FIRST MARBLEHEAD CORP.,          )
                                 )
              Plaintiff           )
                                 )
      v.                          )    Civil Action No. 04-11263PBS.
                                 )
GREGORY HOUSE,                    )
                                 )
              Defendant           )
                                 )

### DEFENDANT, GREGORY HOUSE'S, CERTIFICATION PURSUANT TO LOCAL RULE 16.1(d)(3)

Defendant, Gregory House, ("House"), pursuant to Rule 16.1(d)(3), hereby

certifies that House and his counsel have conferred with a view to establishing a

budget for the costs of conducting the full course, and various alternative courses, of

this litigation, and to consider the resolution of this litigation through the use of

alternative dispute resolution programs.

                                 Respectfully submitted,


                                 _____
                                 Gregory House
                                 Defendant

Respectfully submitted,
Gregory House,
By his attorneys,

*Elizabeth D. Killeen*

William T. Hogan, III BBO # 237710
Elizabeth D. Killeen BBO # 645178
**Hogan, Roache & Malone**
66 Long Wharf
Boston, MA  02110
(617) 367-0330

Peter N. Wang
Yonaton Aronoff
Foley & Lardner
90 Park Avenue
New York, NY 10016
(212) 682-7474
Attorneys for Defendant

## CERTIFICATE OF SERVICE

I, Elizabeth D. Killeen, hereby certify that a true copy of the foregoing was served upon all counsel of record via First Class U.S. Mail postage prepaid this 8th day of September 2004.

*Elizabeth D. Killeen*

Elizabeth D. Killeen

# HOGAN, ROACHE & MALONE

### ATTORNEYS AT LAW
### 66 LONG WHARF
### BOSTON, MASSACHUSETTS  02110

WILLIAM T. HOGAN III
JOHN P. ROACHE
GERARD F. MALONE
SEAN E. MURPHY
ELIZABETH D. KILLEEN
PATRICK J. DONNELLY

WILLIAM T. HOGAN, JR.
OF COUNSEL

(617) 367-0330
FAX (617) 367-0172
URL: www.hrmlaw.com
E-MAIL: ekilleen@hrmlaw.com

September 8, 2004

Clerk of Court, Civil
United States District Court for
The District of Massachusetts
U.S. Courthouse
1 Courthouse Way
Boston, MA  02210

**RE:**    ***First Marblehead Corp. v. House***
***U.S.D.C. of Massachusetts***
***Civil Action No.: 04-11263PBS***

Dear Sir or Madam:

Enclosed for filing and docketing please find the Defendant, Gregory House's, Certification Pursuant to Local Rule 16.1(d)(3).  Please date stamp the enclosed copy to indicate receipt and filing and return it to our messenger.  Also would you kindly add my email address to the list of attorneys to receive electronic notifications in this matter?  My email address is ekilleen@hrmlaw.com.

Thank you for your attention to this matter.  If you have any questions or concerns please contact my office.

Very truly yours,

Elizabeth D. Killeen

EDK/mm
Enclosure
Cc:    Kenneth J. DeMoura, Esq.
Peter Wang, Esq.