**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

FIRST MARBLEHEAD CORP.
        Plaintiff

        V.

GREGORY J. HOUSE
        Defendant

CIVIL ACTION
NO. 04-11263-PBS

**ORDER OF REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

After consultation with counsel and after consideration of the various alternative dispute resolution programs (ADR) available, I find this matter appropriate for ADR and accordingly, refer this case to the ADR program for assignment of the following:

_____ EARLY NEUTRAL EVALUATION     __X__ MEDIATION: February, 2005

_____ MINI-TRIAL     _____ SUMMARY JURY TRIAL

_____ SETTLEMENT CONFERENCE     _____ SPECIAL MASTER

_____ PRIVATE ALTERNATIVE DISPUTE RESOLUTION PROGRAM

Upon notification of the time and place designated for the proceeding, counsel are directed to be present with their clients or with appropriate settlement authority and to provide any written documentation which may be required for the particular ADR program. If counsel is engaged on trial or has any scheduling conflict and a continuance becomes necessary, the provider of the ADR program and other counsel should be advised of the conflict immediately.

HON. PATTI B. SARIS
UNITED STATES DISTRICT JUDGE
BY: /s/ Robert C. Alba
DEPUTY CLERK

DATE: September 13, 2004

**CASE CATEGORY**

| | | | |
|---|---|---|---|
| Admiralty | \_\_\_\_\_ | Antitrust | \_\_\_\_\_ |
| Civil Rights | \_\_\_\_\_ | Contract | \_\_\_\_\_ |
| Copyright/Trademark/Patent | \_\_\_\_\_ | Environmental | \_\_\_\_\_ |
| ERISA | \_\_\_\_\_ | FELA | \_\_\_\_\_ |
| Labor Relations | \_\_\_\_\_ | Medical Malpractice | \_\_\_\_\_ |
| Personal Injury | \_\_\_\_\_ | Product Liability | \_\_\_\_\_ |
| Shareholder Dispute | \_\_\_\_\_ | | |
| Other | _____ | | |