UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FIRST MARBLEHEAD CORP.
Plaintiff,

        V.                                  Civil Action Number
                                          04-11263-PBS

GREGORY J. HOUSE
Defendant.                                  September 13, 2004

## SCHEDULING ORDER

Saris, D.J.,

Discovery deadline: 2/18/05

Summary Judgment Motion filing deadline: 3/18/05

Opposition to Summary Judgment Motions: 4/15/05

Hearing on Summary Judgment or Pretrial Conference: 5/4/05 at 2:00 p.m.

Case to be referred to Mediation program: February, 2005

                                                    By the Court,

                                                    /s/ Robert C. Alba
                                                    Deputy Clerk