UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

| | |
|---|---|
| FIRST MARBLEHEAD CORP., | ) |
| Plaintiff, | ) |
| vs. | ) Civil Action No. 04-11263PBS |
| GREGORY HOUSE, | ) |
| Defendant. | ) |

---

## JOINT MOTION TO AMEND THE SCHEDULING CONFERENCE ORDER

Now come the parties and respectfully move to amend the Scheduling Conference Order, to extend the discovery deadline. The parties state as grounds for this motion that discovery is proceeding apace; however the parties have agreed to attend a mediation session on March 8, 2005 with Mag. Judge Charles B. Swartwood. As a result of the decision to attend a mediation session, additional time will be required to complete depositions of witnesses and review documents if the mediation does not resolve this matter.

Accordingly, the parties respectfully request that the Scheduling Conference Order be amended as follows:

1.   All discovery completed by April 18, 2005.

WHEREFORE, the parties respectfully request that the Court allow this Joint Motion to Amend the Scheduling Conference Order.

Respectfully submitted,

| | |
|---|---|
| First Marblehead Corp.<br>By its attorney, | Gregory House,<br>By his attorneys, |
| //S//Kenneth J. DeMoura<br>Kenneth J. DeMoura<br>**Adler Pollock & Sheehan PC**<br>175 Federal Street<br>Boston, MA 02110<br>(617) 482-0600<br>BBO # 548910 | //S//Elizabeth D. Killeen<br>William T. Hogan, III BBO # 237710<br>Elizabeth D. Killeen BBO # 645178<br>**Hogan, Roache & Malone**<br>66 Long Wharf<br>Boston, MA 02110<br>(617) 367-0330<br><br>Peter N. Wang<br>Yonaton Aronoff<br>**Foley & Lardner**<br>90 Park Avenue<br>New York, NY 10016<br>(212) 682-7474 |

Date: January 20, 2005

CERTIFICATE OF RULE 7.1 CONFERENCE AND OF SERVICE

I, Elizabeth D. Killeen, hereby certify that, prior to filing the above motion, counsel conferred concerning this joint motion. I further certify that on this 20th day of January 2005, I served a copy of the above motion via the United States District Court electronic filing system or first class U.S. mail, postage prepaid, to all counsel of record.

//S//Elizabeth D. Killeen<br>Elizabeth D. Killeen

W325719.1