UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------X

FIRST MARBLEHEAD CORP.,

      Plaintiff,

vs.                                     Civil Action No. 04-11263PBS

GREGORY HOUSE,

      Defendant.

------------------------------------------------------X

## NOTICE OF CHANGE OF FIRM NAME

Please be advised that effective July 1, 2004 the law firm of Friedman, Wang & Bleiberg, P.C. ("Friedman Wang") has combined with, and changed its firm name to, Foley & Lardner LLP ("Foley & Lardner"). Accordingly, Foley & Lardner LLP shall be substituted as attorneys of record (along with co-counsel Hogan, Roache & Malone) for Gregory House, Defendant, in the above-captioned case, in place and in stead of Friedman Wang. Henceforth, all papers in this action should be served on Foley & Lardner LLP. The address and telephone number of the firm, and the attorneys primarily responsible for this matter, shall remain unchanged.

Dated: January 14, 2005
      New York, New York

| FORMER FIRM NAME: | CURRENT FIRM NAME: |
|---|---|
| FRIEDMAN, WANG & BLEIBERG, P.C. | FOLEY & LARDNER LLP |
| By: _/s/_ Peter N. Wang (admitted *pro hac vice*) Yonaton Aronoff (admitted *pro hac vice*) | By: _/s/_ Peter N. Wang Yonaton Aronoff |
| 90 Park Avenue New York, New York 10016 (212) 682-7474 | 90 Park Avenue New York, New York 10016 (212) 682-7474 |

## CERTIFICATE OF SERVICE

I, Yonaton Aronoff, swear under penalty of perjury that on this 20th day of January 2005, I served a copy of the above notice to all counsel of record.

_____
Yonaton Aronoff (admitted *pro hac vice*)