## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

```
-----------------------------------------------------------
FIRST MARBLEHEAD CORP.,            )
                                   )
            Plaintiff,             )
                                   )
vs.                                )  Civil Action No. 04-11263PBS
                                   )
GREGORY HOUSE,                     )
                                   )
            Defendant.             )
-----------------------------------------------------------
```

### ASSENTED TO MOTION TO CONTINUE THE MEDIATION

Now comes the Defendant, with the assent of the Plaintiff, and respectfully moves this Honorable Court to continue the mediation date. The Defendant states as grounds for this motion that Defendant's counsel has a conflict in his schedule in New York, NY on March 8, 2005.

Wherefore, the parties respectfully request that the Court allow this Assented to Motion to Continue and re-schedule the mediation session from March 8, 2005 until April 11, 2005 at 10:00 AM.

| Assented to by, | Respectfully submitted, |
|---|---|
| First Marblehead Corp. | Gregory House, |
| By its attorney, | By his attorneys, |
| | |
| //S//Kenneth J. DeMoura | //S//Elizabeth D. Killeen |
| Kenneth J. DeMoura | William T. Hogan, III BBO # 237710 |
| **Adler Pollock & Sheehan PC** | Elizabeth D. Killeen BBO # 645178 |
| 175 Federal Street | **Hogan, Roache & Malone** |
| Boston, MA 02110 | 66 Long Wharf |
| (617) 482-0600 | Boston, MA 02110 |
| BBO # 548910 | (617) 367-0330 |

Peter N. Wang
Yonaton Aronoff
**Foley & Lardner**
90 Park Avenue
New York, NY 10016
(212) 682-7474

Date: March 3, 2005

CERTIFICATE OF RULE 7.1 CONFERENCE AND OF SERVICE

    I, Elizabeth D. Killeen, hereby certify that, prior to filing the above motion, counsel conferred concerning this joint motion. I further certify that on this 3rd day of March 2005, I served a copy of the above motion via the United States District Court electronic filing system or via first class U.S. mail, postage prepaid, to all counsel of record.

                                                     //S//Elizabeth D. Killeen

                                                     Elizabeth D. Killeen