UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**FIRST MARBLEHEAD CORP.,**

        **Plaintiff,**

**CIVIL NO. 04-11263-PBS**

**GREGORY HOUSE,**

        **Defendant,**

REPORT RE: REFERENCE FOR
ALTERNATIVE DISPUTE RESOLUTION

TO: JUDGE SARIS

**SWARTWOOD, C.M.J.**

On _____June 2, 2005_____ I held the following ADR proceeding:

| | | | |
|---|---|---|---|
| ____ | EARLY NEUTRAL EVALUATION | _X_ | MEDIATION |
| ____ | MINI-TRIAL | ____ | SUMMARY JURY TRIAL |
| ____ | SETTLEMENT CONFERENCE | | |

The parties were present in person or by an authorized corporate officer.

The case was:

( )    Settled. Your clerk should enter a ___ day order of dismissal.
( )    There was progress. A further conference has been scheduled for _____.
        unless the case is reported settled prior to that date.
(X)   Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.


**June 2, 2005**                              /s/ Charles B. Swartwood, III
Date                                                  **CHARLES B. SWARTWOOD, III, C.M.J.**