UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
-----------------------------------------------------------
FIRST MARBLEHEAD CORP.,           )
                                  )
             Plaintiff,           )
                                  )
vs.                               )   Civil Action No. 04-11263PBS
                                  )
GREGORY HOUSE,                    )
                                  )
             Defendant.           )
-----------------------------------------------------------
```

## JOINT MOTION TO AMEND THE SCHEDULING CONFERENCE ORDER

Now come the parties and respectfully move to amend the Scheduling Conference Order, to extend the discovery deadline and the time for filing of dispositive motions. The parties state as grounds for this motion that the parties attended a mediation session with Mag. Judge Charles B. Swartwood on June 2, 2005. The mediation session did not resolve this matter.

The parties exchanged discovery requests and depositions were conducted prior to the mediation session; however additional time will now be required to complete depositions of witnesses, review documents and resolve several remaining discovery disputes that the parties plan to attempt to resolve.

Accordingly, the parties respectfully request that the Scheduling Conference Order be amended as follows:

1. All discovery completed by September 1, 2005;

2. All expert discovery completed by October 1, 2005;

3. All dispositive motions filed by November 1, 2005 and oppositions thereto filed by December 1, 2005.

WHEREFORE, the parties respectfully request that the Court allow this Joint Motion to Amend the Scheduling Conference Order.

Respectfully submitted,

| | |
|---|---|
| First Marblehead Corp.<br>By its attorney, | Gregory House,<br>By his attorneys, |
| //S//Kenneth J. DeMoura<br>Kenneth J. DeMoura<br>**Adler Pollock & Sheehan PC**<br>175 Federal Street<br>Boston, MA 02110<br>(617) 482-0600<br>BBO # 548910 | //S//Elizabeth D. Killeen<br>William T. Hogan, III BBO # 237710<br>Elizabeth D. Killeen BBO # 645178<br>**Hogan, Roache & Malone**<br>66 Long Wharf<br>Boston, MA 02110<br>(617) 367-0330<br><br>Peter N. Wang<br>Yonaton Aronoff<br>**Foley & Lardner**<br>90 Park Avenue<br>New York, NY 10016<br>(212) 682-7474 |

Date: June 6, 2005

CERTIFICATE OF RULE 7.1 CONFERENCE AND OF SERVICE

I, Elizabeth D. Killeen, hereby certify that, prior to filing the above motion, counsel conferred concerning this joint motion. I further certify that on this 6th day of June 2005, I served a copy of the above motion via the United States District Court electronic filing system or first class U.S. mail, postage prepaid, to all counsel of record.

//S//Elizabeth D. Killeen<br>Elizabeth D. Killeen