UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------
FIRST MARBLEHEAD CORP.,           )
                                  )
           Plaintiff,             )
                                  )
vs.                               )   Civil Action No. 04-11263PBS
                                  )
GREGORY HOUSE,                    )
                                  )
           Defendant.             )
---------------------------------------------------------

### MOTION TO COMPEL FURTHER RESPONSES TO REQUESTS FOR PRODUCTION OF DOCUMENTS AND FOR SANCTIONS

NOW COMES THE DEFENDANT, Gregory House ("House"), pursuant to Federal Rule of Civil Procedure ("FRCP") 37 and Local Rule 37.1, and requests that this Court compel Plaintiff First Marblehead Corp. ("First Marblehead") to produce the following categories of information and/or evidence, as further described in the supporting memorandum and attachments submitted herewith: (i) all documents being withheld on the grounds of "Business Confidentiality and Privacy of Employees", including but not limited to documents constituting and describing grants of First Marblehead stock options to First Marblehead employees other than House; (ii) all documents being withheld purportedly pursuant to attorney-client privilege/work product that were drafted with the intention that they be distributed to First Marblehead employees, including but not limited to a July 1997 memorandum entitled "Corrections and Amplifications" drafted by Rodney Hoffman; and (iii) all documents being withheld as work product that were not created in anticipation of litigation, including but not limited to the July 1997 memorandum drafted by Hoffman described above. In addition, as a sanction for wrongfully withholding discoverable documents, House respectfully submits that First Marblehead should be ordered to reimburse House for the costs of bringing this Motion.

026.14987.1

The grounds for this motion and legal authority pertinent hereto are set forth in a supporting memorandum and attachments, submitted herewith. Counsel for House and counsel for First Marblehead have exchanged multiple correspondence and engaged in numerous conferences regarding discovery, thereby narrowing the matters in controversy as required by Local Court Rule 37(a)(1).

                Respectfully submitted,
                Gregory House,
                By his attorneys,

                /S/William T. Hogan III
                William T. Hogan, III BBO # 237710
                Elizabeth D. Killeen BBO # 645178
                **Hogan, Roache & Malone**
                66 Long Wharf
                Boston, MA 02110
                (617) 367-0330

                Peter N. Wang
                Yonaton Aronoff
                **Foley & Lardner LLP**
                90 Park Avenue
                New York, NY 10016
                Attorneys for Defendant

Date: June 28, 2005

## LOCAL RULE 37.1 CERTIFICATE

I, Yonaton Aronoff, Esq., do hereby certify that I have conferred with counsel for Plaintiff, First Marblehead Corp., by telephone, email and letter on several occasions in advance of filing this Motion to Compel, in a good faith effort to narrow the areas of disagreement. However, as described in the foregoing Motion to Compel Further Responses to Requests for Production of Documents and for Sanctions, Plaintiff's discovery responses remain wholly deficient.

                /s/: Yonaton Aronoff
                Yonaton Aronoff

## CERTIFICATE OF RULE 7.1 CONFERENCE AND OF SERVICE

I, William T. Hogan III, hereby certify that, prior to filing the above motion, counsel conferred concerning this motion and attempted in good faith to resolve or narrow the issues. I further certify that on this 28th day of June 2005, I filed a copy of said motion electronically. Notice of this filing will be sent to all parties via the United States District Court electronic filing system. Parties may access this filing through the Court's system.

                /s/William T. Hogan III
                William T. Hogan III

026.14987.1