UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

FIRST MARBLEHEAD CORP.,       )
                              )
       Plaintiff,             )
                              )
vs.                           )   Civil Action No. 04-11263PBS
                              )
GREGORY HOUSE,                )
                              )
       Defendant.             )

---

## DEFENDANT GREGORY HOUSE'S FIRST SET OF REQUESTS FOR ADMISSION

Pursuant to Fed. R. Civ. P. 36, Defendant Gregory House ("House"), by and through his attorneys Hogan, Roache & Malone, hereby requests plaintiff First Marblehead Corporation ("First Marblehead") admit, within the time and manner provided by said Rule, the following matters for the purpose of this action only. House further requests that, where a Request is partially admitted and partially not admitted, First Marblehead state which part is admitted and which part is not admitted and the reasons therefore.

### INSTRUCTIONS

1.   Each Request herein shall be deemed admitted unless within thirty (30) days from service hereof First Marblehead serves either a denial of such Request, a statement of reasons why it cannot admit or deny such Request, or written objections to such Request.

2.   For purposes of these requests, the singular of each word shall include the plural and vice versa. The present tense shall be construed to include past tense and vice versa. "And" as well as "or" shall be construed both conjunctively and disjunctively.

### DEFINITIONS

1.   The terms "you" or "your" or "First Marblehead" or "plaintiff" as used herein shall refer to plaintiff First Marblehead and any of its predecessors, successors, affiliates,

026.3963.2

parents, members, officers, directors, attorneys, paralegals, secretaries, employees, representatives, and other persons acting or purporting to act on behalf of any of the foregoing, now or in the past, and wherever located.

## REQUESTS

1. During his employment at First Marblehead, House was granted employee stock options.

2. The alleged requirement that House exercise his employee stock options within three months of his departure from First Marblehead was never communicated orally by anyone at First Marblehead to House during House's tenure at First Marblehead or within the three months following his departure.

3. The alleged requirement that House exercise his employee stock options within three months of his departure from First Marblehead was never contained in a writing distributed by First Marblehead to House during House's tenure at First Marblehead or within the three months following his departure.

026.3963.2

Dated this 19th day of November, 2004.

                                Respectfully submitted,
                                Gregory House,
                                By his attorneys,

*/s/ William T. Hogan/dar*
William T. Hogan, III BBO # 237710
Elizabeth D. Killeen BBO # 645178
**Hogan, Roache & Malone**
66 Long Wharf
Boston, MA 02110
(617) 367-0330

Peter N. Wang
Yonaton Aronoff
**Foley & Lardner LLP**
90 Park Avenue
New York, NY 10016
Attorneys for Defendant

3