Rodney G. Hoffman
02/14/2005

15

1    Q.  And was Mr. Williams somebody who so far as

2  you understood had done this sort of work before?

3    A.  Yes.

4    Q.  Because you had not, correct?  You

5  personally.

6    A.  Right.

7    Q.  Correct?

8    A.  Correct.

9    Q.  By the way, have you looked at your files in

10  the office to see if you had any documents regarding

11  this work?  Has anyone asked you to do that?

12    A.  I've looked at my files.

13    Q.  Have you turned your files over to Mr.

14  DeMoura?

15    A.  I have.

16      MR. WANG:  Mr. DeMoura, just so we

17  understand it, have those documents been reviewed

18  and produced to us as required?

19      MR. DeMOURA:  The documents have been

20  reviewed.  They have not been produced because the

21  documents were all privileged.

22      MR. WANG:  That would mean, I assume,

23  that we've got a privilege log some place that

24  you've prepared.

Rodney G. Hoffman                                    02/14/2005

16

1                    MR. DeMOURA:  No.

2                    MR. WANG:  Are you planning on preparing

3       one?

4                    MR. DeMOURA:  I will if you want me to.

5                    MR. WANG:  I think that's your

6       requirement under the rule.

7                    MR. DeMOURA:  Okay.

8                    MR. WANG:  So we'll ask that we get a

9       privilege log.

10                    MR. DeMOURA:  Okay.

11                    MR. WANG:  And I'll reserve the right --

12      I'll say it now.  I'll reserve the right after we

13      get the privilege log to call Mr. Hoffman back

14      depending on what's on that privilege log, because

15      what you've just said is all of the documents in Mr.

16      Hoffman's file were privileged.

17                    MR. DeMOURA:  No, I said all the

18      documents that were given to me.

19                    MR. WANG:  Maybe there's a disconnect

20      here.

21          Q.  Mr. Hoffman, have you turned over all your

22      files concerning the stock option plan to Mr.

23      DeMoura?

24          A.  Yes.