Rodney G. Hoffman                                          02/14/2005

17

1           MR. WANG: Okay. So now we have it that
2   your entire file, according to Mr. DeMoura, is
3   privileged. Do we have that right, Mr. DeMoura?
4           MR. DeMOURA: Yes.
5      Q. How big a file --
6           MR. DeMOURA: Privileged or otherwise
7   objected to in the document responses. For example,
8   I'll tell you, there are copies of other stock
9   option agreements involving individual employees
10  that you had requested in other requests, and I had
11  objected saying I'm not giving you the documents
12  relating to other employees because I believe those
13  are private with respect to those employees, and
14  that was one of the objections we made.
15          MR. WANG: Even, for example, if they
16  showed that the other employees had signed copies of
17  the agreements? You don't think we're entitled to
18  that?
19          MR. DeMOURA: I don't think so unless
20  the employee agrees to give it up. I made the
21  objection, and I haven't heard any -- until today
22  that you don't agree with that objection.
23          MR. WANG: Well, you're hearing it. I
24  don't think I was obliged to do that, but we can

                                                          18
1    have a meet-and-confer to talk about that --
2           MR. DeMOURA:  Okay.
3           MR. WANG:  -- separately.  But we'll
4    have it understood that we're going to get a
5    privilege log for those documents that you regard as
6    privileged.
7       Q.  When you were drafting the stock option
8    plan, who was your -- the individual client with
9    whom you dealt?  Was it Mr. Meyers, Mr. Anbinder, or
10   both of them?  Or someone else entirely?
11      A.  It was -- it would not have been Mr.
12   Anbinder.  It would have been Mr. Meyers.
13      Q.  Mr. Meyers?
14      A.  Yes.
15      Q.  Okay.  Let me just jump ahead for a second
16   because I want to understand how these options work.
17   Ultimately you understand that various employees
18   were granted stock options, correct?
19      A.  I do.
20      Q.  And did you keep a listing, if you will, of
21   which employees got stock options?
22      A.  Yes.
23      Q.  And where did you keep that listing?
24      A.  I kept a computer -- memo on the computer