28

Anbinder

Q. And starting at the beginning when First Marblehead was incorporated and you were on the board of directors, when the board of directors would have a meeting, would you normally receive written materials in advance of the meeting?

A. Normally I think we would.

Q. Have you kept copies of those materials?

A. I have not.

Q. Do you know what you've done with them?

A. I haven't done anything with them. They are around somewhere probably but I wouldn't know where to look.

Q. Let me ask you this, have you done a search of your files to see if you have any documents that are responsive to the requests we made in this litigation?

A. I have not.

Q. Has anybody asked you to do that?

A. No.

MR. ARONOFF: We would ask, Mr. Demoura, that a search be made of his