# Aronoff, Yonaton

**From:** Aronoff, Yonaton
**Sent:** Monday, May 02, 2005 12:08 PM
**To:** 'DeMoura, Kenneth'
**Subject:** House/FM

Ken -

Have you heard back from the clerk re: dates? If not, perhaps I'll try to get some dates from her. Also, assuming we'd like to move forward with a discovery conference per Local Rule 37.1, are there any specific dates/times in the next couple of weeks that work well for you? My understanding is that we can conduct such a conference over the telephone.

Thanks
Yonaton

```
Yonaton Aronoff
Foley & Lardner LLP
90 Park Avenue
New York, NY  10016
Tel.: (212) 682-7474/Fax: (212) 687-2329
```

1