

**FOLEY & LARDNER LLP**
ATTORNEYS AT LAW

90 PARK AVENUE
NEW YORK, NY 10016-1314
212.682.7474 TEL
212.687.2329 FAX
www.foley.com

yaronoff@foley.com EMAIL

CLIENT/MATTER NUMBER
260691-0101

May 23, 2005

**VIA FACSIMILE AND U.S. MAIL**

Kenneth J. DeMoura, Esq.
Adler Pollock & Sheehan
175 Federal Street
Boston, MA 02110-2890

Re: *The First Marblehead Corporation v. Gregory House* (Civ. Action No. 04-11263PBS)

Dear Ken:

You will recall that during the depositions of Stephen E. Anbinder held on April 20, 2005, I made certain requests on the record that you provide us certain documents, information and authorizations. Specifically, I requested the following:

(1) all documents maintained by Mr. Anbinder responsive to Gregory House's First Request for the Production of Documents (Anbinder Dep., pp. 28-29);

(2) all documents maintained by Mr. Anbinder related to the First Marblehead Board of Directors' consideration and adoption of the 1996 Stock Option Plan (Anbinder Dep., p. 29);

(3) all documents relating to, referring to or constituting grants of First Marblehead stock options to First Marblehead employees (Anbinder Dep., p. 49).

We expect that you will provide us with the above-referenced documents as soon as possible. Additionally, we again request that you provide us with the documents that we requested during the depositions of Ralph James, Rod Hoffman and Dan Meyers, and that we reiterated to you in our February 28, 2005 letter (to which you have not responded). Furthermore, as we have requested of you on numerous occasions (including in our February 28, 2005 letter), we again insist that, in accord with your obligation under Local Rule 34.1(e), you provide us with a privilege log

| BOSTON | JACKSONVILLE | NEW YORK | SAN DIEGO/DEL MAR | TAMPA |
| BRUSSELS | LOS ANGELES | ORLANDO | SAN FRANCISCO | TOKYO |
| CHICAGO | MADISON | SACRAMENTO | SILICON VALLEY | WASHINGTON, D.C. |
| DETROIT | MILWAUKEE | SAN DIEGO | TALLAHASSEE | WEST PALM BEACH |

026.14486.1

**■FOLEY**

Kenneth J. DeMoura, Esq.
May 23, 2005
Page 2

that will account for and describe all of the documents responsive to Defendant's First Request for the Production of Documents that you continue to withhold.

Very truly yours,

Yonaton Aronoff

YA/dr