First Marblehead v. Gregory House
PRIVILEGE LOG

| Document Date | Document Type | Author | Addressee | Subject | Privilege |
|---|---|---|---|---|---|
| 10/15/96 | Grant of ISO | First Marblehead Corp. Rodney Hoffman, Esq. | Ralph James | ISO Grant to Ralph James | Privacy of Employees |
| 11/22/96 | First Marblehead 1996 Stock Option Plan | First Marblehead Corp. Rodney Hoffman, Esq. | | Plan w/ Attorney Hoffman's Handwritten Notes | Attorney/Client Work Product |
| 12/11/96 | Fax Cover Sheet | Rodney G. Hoffman, Esq. | Daniel Meyers and Victor M. Samra, Jr. | Fax Cover Sheet for 3 page fax | Attorney/Client |
| 12/11/96 | Memorandum | Rodney G. Hoffman, Esq. | Daniel Meyers and Victor M. Samra, Jr | Stock Option Plan and Comments of Bill Mahone | Attorney/Client Work Product |
| 6/15/97 | Grants of ISOs | First Marblehead Corp. Rodney Hoffman, Esq. | Various Employees | ISO Grants | Business Confidentiality and Privacy of Employees |
| 1/13/97 | Memorandum | Rodney G. Hoffman, Esq. | Stock Option Committee and Board of Directors | Stock Option Plan and Option Grant to Ralph James | Attorney/Client Work Product |
| 7/11/97 | Memorandum | Rodney G. Hoffman, Esq. | First Marblehead Employees | Employee Stock Option Plan | Attorney/Client Work Product |
| Unknown** 7/11/97 | Memorandum | Rodney G. Hoffman, Esq. | First Marblehead Employees | Corrections and Amplifications | Attorney/Client Work Product |
| Unknown** 8/8/97 | Memorandum | Rodney G. Hoffman, Esq. | Bruce Leffenfeld | 1996 Stock Option Plan | Attorney/Client |
| 1/9/98 | Memorandum | Ralph James | Rodney Hoffman, Esq. | Stock Option Allocations | Attorney/Client |
| Unknown** 2/3/98 | Memorandum | Rodney G. Hoffman, Esq. | Bruce Leffenfeld | Stock Option Grants | Attorney/Client |
| Unknown** 5/13/98 | Memorandum | Rodney G. Hoffman, Esq. | Dan Meyers | Ralph James Options | Attorney/Client |

| | Grants of ISO | First Marblehead Corp. Rodney Hoffman, Esq. | Various Employees | ISO Grants | Business Confidentiality and Privacy of Employees |
|---|---|---|---|---|---|
| 6/15/98 | | | | | |
| Unknown** 8/11/98 | Memorandum | Rodney G. Hoffman, Esq. | Dan Meyers and Ralph James | Tax Treatment of ISO's | Attorney/Client |
| Unknown** 9/11/98 | Memorandum | Rodney G. Hoffman, Esq. | File | Telephone conference with Ralph James regarding ISO Grants | Attorney/Client |
| Unknown** 9/15/98 | Memorandum | Rodney G. Hoffman, Esq. | Dan Meyers and Ralph James | 1998 ISO Grants | Attorney/Client |

**Documents contained on CD-ROM of Attorney Hoffman's files. Unknown with date following indicates that date on document is "auto-dated" when it is opened but that 'Properties' on Microsoft Word indicate date as date created.