## Aronoff, Yonaton

**From:** Aronoff, Yonaton
**Sent:** Friday, June 17, 2005 5:21 PM
**To:** 'DeMoura, Kenneth'
**Subject:** House/FM discovery responses

Ken -

As you know, we were going to exchange discovery responses by the end of this week. We have prepared our responses, but when I called you about ten minutes ago to discuss exchanging responses I was told you had already left for the weekend. Please let me know whether you have already sent your responses, or, if not, when you plan to do so, and we will submit ours accordingly.

Thanks and have a good weekend.

Yonaton

```
Yonaton Aronoff
Foley & Lardner LLP
90 Park Avenue
New York, NY  10016
Tel.: (212) 682-7474/Fax: (212) 687-2329
```

1

## Aronoff, Yonaton

**From:** DeMoura, Kenneth [KDeMoura@apslaw.com]
**Sent:** Monday, June 20, 2005 9:44 AM
**To:** Aronoff, Yonaton
**Subject:** Discovery issues

Yonaton. I got your email about Friday. Sorry that we didn't talk. I have no change to report. We are making one more search for responsive documents to which we have not objected and still searching for director's minutes on the splits which we will produce. But First Marblehead will not provide information regarding option grants to other employees.

I am out of town until tomorrow but have access to email. Ken This is a confidential communication and is intended only for the use of the addressee.  The information being transmitted may be attorney-client privileged, attorney work product or exempt from disclosure under applicable law.  If you have received this communication in error, please notify us immediately by return e-mail.