UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE FIRST MARBLEHEAD CORPORATION<br>    Plaintiff<br><br>v<br><br>GREGORY J. HOUSE<br>    Defendant | CIVIL ACTION NO. 04-11263PBS |

**PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

The plaintiff, The First Marblehead Corporation, hereby moves for entry of summary judgment pursuant to Fed. R. Civ. P. 56. As grounds for this motion, plaintiff states that there is no genuine issue as to any material fact and that the plaintiff is entitled to judgment as a matter or law. In further support of this motion, plaintiff relies on the Statement of Undisputed Facts, Memorandum In Support of Motion for Summary Judgment and Appendix filed herewith.

Respectfully submitted,

THE FIRST MARBLEHEAD CORPORATION
By its attorneys

/s/ Kenneth J. DeMoura
Kenneth J. DeMoura (BBO#548910)
ADLER POLLOCK & SHEEHAN, P.C.
175 Federal Street
Boston, Massachusetts 02110
(617) 482-0600

CERTIFICATE PURSUANT TO LOCAL RULE 7.1

      I hereby certify that, prior to the filing of this motion, counsel for the parties conferred concerning the motion and attempted in good faith to resolve or narrow the issues. I further certify that on this 1st day of July, 2005, I filed this motion and supporting papers electronically. Notice of this filing will be sent to all parties by the United States District Court electronic filing system and the parties may access these filings within the system.

                                  <u>/s/  Kenneth J. DeMoura</u>


Dated: July 1, 2005