UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE FIRST MARBLEHEAD CORPORATION<br>    Plaintiff<br><br>v<br><br>GREGORY J. HOUSE<br>    Defendant | CIVIL ACTION NO. 04-11263PBS |

**ASSENTED TO MOTION TO EXTEND TIME TO FILE RESPONSE**

The plaintiff moves that the time to oppose or otherwise respond to Defendant's Motion to Compel Further Responses to Request for Production of Documents and For Sanctions be extended to July 19, 2005. In support of this motion, plaintiff states that the defendant has assented to this motion.

                                  Respectfully submitted,

                                  THE FIRST MARBLEHEAD CORPORATION
                                  By its attorneys

                                  /s/ Kenneth J. DeMoura
                                  Kenneth J. DeMoura (BBO#548910)
                                  ADLER POLLOCK & SHEEHAN, P.C.
                                  175 Federal Street
                                  Boston, Massachusetts 02110
                                  (617) 482-0600

Assent:

/s/ Yonaton Aronoff
Yonaton Aronoff, Counsel to Defendant

Dated: July 12, 2005