UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

First Marblehead Corp.
        Plaintiff(s),   CIVIL ACTION
  NO.
   v.

Gregory House
        Defendant(s).

### NOTICE OF RESCHEDULED MOTION HEARING

SARIS, U.S.D.J.                                                                                           July 12, 2005

    The Summary Judgment Motion Hearing previously scheduled for July 28, 2005, has been **rescheduled** to **August 5, 2005, at 3:00 p.m.**

                By the Court,

                _/s/ Robert C. Alba_
                Deputy Clerk

Copies to:  All Counsel

resched.ntc