## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

```
-------------------------------------------------
FIRST MARBLEHEAD CORP.,              )
                                     )
            Plaintiff,               )
                                     )
vs.                                  )   Civil Action No. 04-11263PBS
                                     )
GREGORY HOUSE,                       )
                                     )
            Defendant.               )
-------------------------------------------------
```

### DEFENDANT GREGORY HOUSE'S
### APPENDIX IN OPPOSITION TO
### PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

In opposition to plaintiff's Motion for Summary Judgment, defendant Gregory House

submits the attached documents:

| Exhibit | Description |
|---------|-------------|
| A | Deposition Transcript of Daniel Meyers (pages 24-28, 43, 45-47, 50-51, 75-76, 83, 87-88) |
| B | Deposition Transcript of Gregory House (entire transcript) |
| C | Notation of alternative calculation from 1997 meeting |
| D | Ralph James Deposition Exhibit 4- Handwritten Worksheet |
| E | Ralph James Deposition Exhibit 3- July 7, 1997 Memorandum from Rodney Hoffman to All Employees |
| F | Stephen Anbinder Deposition Exhibit 1-The First Marblehead Corporation 1996 Stock Option Plan |
| G | Deposition Transcript of Rodney Hoffman (entire transcript) |
| H | Complaint |
| I | Plaintiff's Responses to Defendant's First Set of Interrogatories |
| J | Deposition Transcript of Ralph James (pages 46-49, 53-54) |

026.15406.1

K          Deposition Transcript of Stephen Anbinder (pages 38-42)

L          Collins v. Am. Int'l Group, Inc., 1998 WL 227889 (Del. Ch. 1998)
           (unpublished)

M          Plaintiff's Supplement to the Joint Statement

N          Defendant's Answer and Counterclaims

026.15406.1

Respectfully submitted,

Gregory House,
By his attorneys,

_Peter N. Wang_

Peter N. Wang (admitted *pro hac*)
Yonaton Aronoff (admitted *pro hac*)
**Foley & Lardner LLP**
90 Park Avenue
New York, NY 10016

William T. Hogan, III BBO # 237710
Elizabeth D. Killeen BBO # 645178
**Hogan, Roache & Malone**
66 Long Wharf
Boston, MA  02110
(617) 367-0330

Attorneys for Defendant Gregory House

Dated: July 15, 2005

3