# House Appendix Exhibit C


# HARVARD BUSINESS SCHOOL
## Executive Education

Lansbury present for next wk

10 year call
32
strike
PV = 40
Volatility = 70
American

GH0030