# House Appendix Exhibit D

COMPENSATION REVIEW          JUNE 1997

NAME: _GREGORY HOUSE_

**SALARY**

    Current Salary ($):    $70,000

    5% COLA ($):    3,500

    New Salary (as of 7/1/97):    $73,500

**BENEFITS**

    Life Insurance Benefits ($):    590

    Medical Benefits ($):    5400

    Total Benefits Provided by FMC ($):    $5990

**STOCK OPTIONS**

    ISO Shares Granted:    2500

    Value of ISO Shares (at $31.25 per share):    $78125

**TOTAL COMPENSATION**
Package of salary + benefits + ISO: $157615