# House Appendix Exhibit J

```
                                                                        1
 1                                      Volume:      I
                CERTIFIED ORIGINAL
 2              LEGALINK BOSTON         Pages:       1 to 93

 3                                      Exhibits:   1 to 5

 4

 5           UNITED STATES DISTRICT COURT

 6            DISTRICT OF MASSACHUSETTS

 7   Civil Action No. 04-11263PBS

 8   - - - - - - - - - - - - - - - - - - x

 9   THE FIRST MARBLEHEAD CORPORATION,

10              Plaintiff,

11     v.

12   GREGORY J. HOUSE,

13              Defendant.

14   - - - - - - - - - - - - - - - - - - x

15

16           DEPOSITION OF RALPH M. JAMES

17            Monday, February 14, 2005

18                   9:20 a.m.

19              Foley & Lardner LLP

20             111 Huntington Avenue

21              Boston, Massachusetts

22

23       Reporter:  Lisa A. Moreira, RMR/CRR

24
```

46

1  were subject to a different vesting schedule?
2       A.  Yes.
3       Q.  Who told you that?
4       A.  I don't remember.
5       Q.  How did you learn that Mr. House's options
6  were subject to a different vesting schedule?
7       A.  Through discussions with Dan and Steve.
8       Q.  When?
9       A.  I don't remember.
10      Q.  At the time that Mr. House was still with
11  the company, or was it after Mr. House left?
12      A.  It was while he was still there.
13      Q.  Okay.  And what was the substance of what
14  they told you, sir?
15      A.  That he had a different vesting schedule.
16      Q.  And what was that different schedule?  Did
17  you understand that he was fully vested?
18      A.  They vested immediately.
19      Q.  And did you ask -- did you come to have some
20  understanding, even if it was imprecise or
21  imperfect, as to how that came to pass?
22      A.  No.
23      Q.  Now, that different vesting schedule you
24  understood was different than what was set forth in

1  the grant that was attached as Exhibit B to the
2  complaint, correct?  I shouldn't say Exhibit B.
3  Exhibit A or Exhibit B in the stock option plan.
4  　　A.  I don't see the vesting schedule.
5  　　Q.  Well, let me ask the question this way, sir:
6  Did you understand that there was some writing that
7  reflected the immediate full vesting of Mr. House's
8  options?
9  　　A.  I understood that his options were going to
10  immediately vest.
11  　　Q.  Did you understand that there was some
12  writing reflecting that?
13  　　A.  I don't remember.
14  　　Q.  As opposed to that was the result of a
15  discussion?
16  　　A.  I don't remember.
17  　　Q.  Was there anyone else other than Mr. House
18  who was favored with immediate full vesting of
19  options?
20  　　A.  Not that I'm aware of.
21  　　Q.  So Mr. House was unique in that, so far as
22  you understood, correct, sir?
23  　　A.  Mr. House was unique.
24  　　Q.  That he was the only one who was favored

48

1    with full and immediate vesting of his options,
2    correct?
3              MR. DeMOURA:  Objection.
4         A.   He was the only one who negotiated that
5    arrangement.
6         Q.   Did you understand that he negotiated it?
7         A.   I assumed that he negotiated it.
8         Q.   Okay. Well, did Mr. -- did either Mr. --
9    did anyone tell you that Mr. House had asked for a
10   full vesting, either Mr. Anbinder or Mr. Meyers, for
11   example?
12        A.   I don't recall how it came up.
13        Q.   You don't recall how the subject came up?
14        A.   No.
15        Q.   But you did come to learn at the time that
16   Mr. House was still with the company that he was
17   fully vested, correct?
18        A.   Yes.
19        Q.   Did you raise any question about that?
20        A.   He didn't report to me.
21        Q.   Well, you were sitting with options that
22   were not fully vested at the time, correct, sir?
23        A.   Yes.
24        Q.   Did you say to Mr. Meyers, "Hey, how come

1  he's got options that are fully vested and mine
2  aren't?"
3      A.   No.
4      Q.   Did you say that to Mr. Anbinder?
5      A.   No.
6      Q.   Did you say it to anybody?
7      A.   No.
8      Q.   Did you discuss with any other employees why
9  it was that Mr. House got fully vested options when
10 the rest of you had to wait for the various time
11 periods over which your options were to vest?
12     A.   No.
13     Q.   Now, I'd like you to look, again, at Exhibit
14 B to the complaint, which is the grant of incentive
15 stock options -- purports to be the grant of
16 incentive stock options to Mr. House.  Do you see
17 under Paragraph B under the "Recitals" -- do you see
18 that?
19     A.   Yes.
20     Q.   It says, "The plan" -- referring to the 1996
21 stock option plan, which is Exhibit A, "The plan
22 provides for the grants of incentive stock options
23 by the stock option committee to directors,
24 officers, and other employees of First Marblehead."

53

1     A.  I believe I said I assumed that that was the
2  case.
3     Q.  That he negotiated it?
4     A.  Yes.
5     Q.  You understand that he's fully vested. How
6  he got to be fully vested you're not familiar with?
7     A.  Right.
8     Q.  My question, though, is going to be somewhat
9  different, Mr. James. In all of the years you've
10 been with the company, is there anyone who's ever
11 gotten options that were fully immediately vested
12 other than Mr. House so far as you know?
13            MR. DeMOURA:  Under the plan?
14            MR. WANG:  Yes, but that can be from
15 1997.
16    Q.  The plan was amended -- there was a new plan
17 in 2003, do you recall that?
18    A.  Yes.
19    Q.  And that also has a vesting schedule as part
20 of that, do you recall that?
21    A.  I believe so.
22    Q.  So all the way up to 2004, to 2005 -- we've
23 already had some discussion of 2005 -- has anyone
24 been fully immediately vested as Mr. House was?

                                                                        54

1              MR. DeMOURA:  Objection.
2       A.   Not that I'm aware of.
3       Q.   Were you involved at all -- when Mr. House
4  left the company, were you involved at all with any
5  exit interview with Mr. House?
6       A.   No.
7       Q.   Who did he report to at the time that he
8  left?
9       A.   I believe that he reported to Steve.
10      Q.   Were you told why Mr. House was leaving the
11 company?
12      A.   I know what I saw, yes.
13      Q.   What did you see?
14      A.   He was unable to complete his projects, and
15 he got angry about something and stormed out.  There
16 was no opportunity --
17      Q.   He wasn't fired, was he?
18      A.   There was no opportunity.  He left.
19      Q.   Well, he resigned before he could be fired,
20 is that what you're saying?
21      A.   He resigned, yes.
22      Q.   He resigned, yes.
23           Did you discuss with anybody -- you said
24 you saw he couldn't complete his projects.  Did you