# House Appendix Exhibit K

1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
- - - - - - - - - - - - - - - - - - - x
FIRST MARBLEHEAD CORP.,

                        Plaintiff,      Civil Action No.

            -against-            04-11263PBS

GREGORY HOUSE,

                      Defendant.
- - - - - - - - - - - - - - - - - - - x

            April 20, 2005
            12:57 p.m.

Deposition of STEPHEN E. ANBINDER, taken by

Defendant, pursuant to Notice, held at the offices

of Foley & Lardner LLP, 90 Park Avenue, New York,

New York, before Robert E. Levy, a Certified

Shorthand Reporter and Notary Public within and for

the State of New York.

                                                            38

1                    Anbinder
2      Q.    I'm going to show you what we
3  have just marked as Anbinder Exhibit 1.
4      A.    Uh-huh.
5      Q.    Which is the First Marblehead
6  Corporation 1996 stock option plan.
7      A.    Right.
8      Q.    Have you seen this before, sir?
9      A.    I'm sure I must have.
10     Q.    Would you like to take a minute
11 just to look it over?
12     A.    Yes.
13     Q.    You don't have to read it in
14 depth.
15           (Pause)
16     A.    Uh-huh.
17     Q.    Okay.  Do you see on the first
18 page, sir, it says "Section 2.02 authority"?
19     A.    Uh-huh.
20     Q.    Do you see where it says, "Within
21 the limits of the plan the committee shall
22 determine...the type of option and number of
23 shares to be granted"?
24     A.    Right.
25     Q.    "The duration of each option, the

39

1        Anbinder
2   price and method of payment for each option and
3   the time or times within which (during its
4   term) all or portions of each option may be
5   exercised."  Do you see that, sir?
6        A.    Uh-huh.
7        Q.    Does that refresh your
8   recollection at all as to whether, how
9   individual employees' grants may have differed
10  from one another upon their hiring?
11             MR. DEMOURA:  Objection.
12       A.    Yes.
13       Q.    Okay.  How does that refresh your
14  recollection, sir?
15       A.    Well, there seem to be other
16  aspects of the option grant that gives some
17  flexibility and I was not aware of that.
18       Q.    I'm sorry, what was the last
19  part?
20       A.    I was not aware of that.
21       Q.    So sitting here today, is this
22  the first time you are aware that there was
23  this kind of flexibility under the plan?
24       A.    Yes.
25       Q.    Okay.  If you would turn to

40

1                    Anbinder

2  section 4.01 where it says "Types of options."

3         A.    Uh-huh.

4         Q.    Do you see that?

5         A.    I do.

6         Q.    Do you see the last line, second

7  to last line of that section following to the

8  last line of that section, where it says, "In

9  the case of non-statutory stock options to

10 consultants."  Do you see that?

11        A.    I do.

12        Q.    Do you have an understanding,

13 sir, as to what non-statutory options consist

14 of?

15              MR. DEMOURA:  In general or as

16        defined in this agreement?

17              MR. ARONOFF:  In general.

18        A.    In general, I think I do.

19        Q.    What is that understanding, sir?

20        A.    Well, that the non-statutory

21 stock options don't have to comply with the

22 rules to which incentive stock options had to

23 apply.

24        Q.    Do you recall whether consultants

25 were ever granted this type of option,

                                                                41
                         Anbinder

1
2    consultants under, however it is meant to be
3    defined here?
4              MR. DEMOURA:  Consultants given
5         under this plan, under the 1996 plan,
6         is that what you mean?
7              MR. ARONOFF:  That's what I mean.
8         A.   My recollection, I do not know of
9    any such rules.
10        Q.   Do you know what consultants the
11   board had in mind?
12        A.   In particular?  I do not.
13        Q.   Then following to section 5 where
14   it says "Forms of options," same page.
15        A.   Uh-huh.
16        Q.   Just turning the page -- I may be
17   missing a page.
18             MR. DEMOURA:  I think you are.
19             (Pause)
20             MR. DEMOURA:  You know what, they
21        are just, the next page following that
22        is the page that should be, you know
23        what I mean?
24             MR. ARONOFF:  Yes, I do.  Thanks,
25        Ken.

                                                              42

                         Anbinder

1
2              MR. DEMOURA:  No problem.
3         Q.   Anyway, where that section is
4    supposed to continue, turn another page if you
5    don't mind, sir -- do you see the last line of
6    that section where it says, "The form of such
7    options may vary among grantees"?
8         A.   Uh-huh.
9         Q.   So again, sir, that would
10   indicate to you, would it not, that there was
11   flexibility designed within this plan?
12             MR. DEMOURA:  Objection.
13        A.   It seems to indicate that.
14        Q.   Do you recall any conversations
15   you either -- put it this way, did you
16   participate in any conversations with other
17   board of -- with other directors on the board
18   with respect to the terms to be included in
19   this plan?
20        A.   No.
21        Q.   Do you recall any conversations
22   in your presence amongst anyone at First
23   Marblehead with respect to the terms to be
24   included in this plan prior to the plan's
25   implementation?