UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

FIRST MARBLEHEAD CORP.,            )
           Plaintiff,               )
                                     )
vs.                                )   Civil Action No. 04-11263PBS
                                     )
GREGORY HOUSE,                     )
           Defendant.               )

---

## NOTICE OF WITHDRAWAL OF COUNSEL

Now comes the Defendant, Gregory House, and provides notice regarding the withdrawal of Elizabeth D. Killeen, Esq. in connection with the above referenced action. As reason therefore, the Defendant states that, as of September 8, 2005, Elizabeth D. Killeen, Esq. will no longer be affiliated with the firm of Hogan Roache & Malone. The Defendant will continue to be represented in this matter by William T. Hogan III, Esq., Peter Wang, Esq. and Yonaton Aronoff, Esq. who are counsel of record.

Respectfully submitted,

//S// Elizabeth D. Killeen
Elizabeth D. Killeen
Hogan Roache & Malone
66 Long Wharf
Boston, MA  02110
(617) 367-0330
BBO # 645178

Date: September 7, 2005

CERTIFICATE OF SERVICE

I, Elizabeth D. Killeen, hereby certify that on this 7th day of September 2005, I served a copy of the above motion via the United States District Court electronic filing system and first class U.S. mail, postage prepaid, to all counsel of record.

//S// Elizabeth D. Killeen
Elizabeth D. Killeen