## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

```
---------------------------------------------------------
FIRST MARBLEHEAD CORP.,         )
                                )
          Plaintiff,            )
                                )
vs.                             )   Civil Action No. 04-11263PBS
                                )
GREGORY HOUSE,                  )
                                )
          Defendant.            )
---------------------------------------------------------
```

### PROPOSED ORDER

The Defendant in the above-captioned action, Gregory House, having moved for an Order to allow him to amend his Answer dated July 16, 2004 to include an additional, alternative counterclaim for negligent misrepresentation, and the motion having regularly come to be heard,

Now upon reading Defendant's Motion to File an Amended Answer and Counterclaims and the exhibit thereto, and Defendant's proposed Amended Answer and Counterclaims, it is hereby

ORDERED that Defendant's Motion to File an Amended Answer and Counterclaims is granted.

SO ORDERED:

_____
THE HONORABLE PATTI B. SARIS
United States District Court Judge

Dated: Boston, Massachusetts
       September 7, 2005

026.16305.1