# Exhibit E

87

1  Q. When you use the term "ISOs," is that meant
2  to encompass a certain kind of stock option?
3  A. That's my understanding.
4  Q. And what is your understanding of what an
5  ISO is? I mean, we know it stands for incentive
6  stock option, but as you use the term, what does
7  that mean?
8  A. I would not consider myself an expert in
9  stock options.
10 Q. I understand, right.
11 A. But it's my understanding that it's an
12 option that does not require the grantee to pay
13 tax --
14 Q. I see.
15 A. -- when they receive it, but there are some
16 specific limitations on the ISO plan itself as to
17 what everyone's -- the grantor and the grantee's
18 rights and responsibilities are under the plan.
19 Q. Did you also understand that the plan as
20 written gave the company the ability to issue tax-
21 qualified stock options or ISOs, as you've referred
22 to it, as well as nonqualified stock options, ones
23 that did not qualify for that favorable tax
24 treatment?

1    A.  I have some recollection of that in regard
2  to Mr. James's -- I am not certain, but I have some
3  recollection that some of Mr. James's options might
4  not have been ISOs, but I --
5    Q.  And were those options that Mr. James was
6  given in connection with his hiring?
7    A.  I believe Mr. James has had three different
8  grants, but I'm not -- I don't have a specific
9  recollection as to when one was to another.
10   Q.  It's your best recollection, then, that some
11 of Mr. James's options are nonqualified or
12 nonstatutory?
13             MR. DeMOURA:  Objection.
14   Q.  You may answer.
15   A.  It is my recollection that it's possible
16 that -- I may have a recollection that Mr. James may
17 have had an option other than what I consider to be
18 the standard ISOs issued by the fund.
19   Q.  And when you say you may have a recollection
20 that he may have gotten it, is that your way of
21 saying that you have a vague recollection?
22   A.  I think it's a little less certain than I
23 have a vague recollection.
24   Q.  Even less than a vague recollection?