# Exhibit G

## Aronoff, Yonaton

**From:** Aronoff, Yonaton
**Sent:** Monday, August 29, 2005 3:05 PM
**To:** 'DeMoura, Kenneth'
**Subject:** RE: Document production

Ken,

As we discussed, please inform me ASAP re: the creation dates for Hoffman's memoranda.

Also, please confirm that we have received Ralph James' Option grant.

Finally, please let me know what we would need to do to obtain for you the records from House's divorce proceeding. If it will require paperwork, we would like you to draft it (we'll sign it) and for you to pay any associated expenses in obtaining the records. Additionally, we will only provide to you these records under a protective order. Call me if you'd like to discuss this further.

Yonaton

>   -----Original Message-----
>   **From:** DeMoura, Kenneth [mailto:Kdemoura@apslaw.com]
>   **Sent:** Wednesday, August 24, 2005 10:24 AM
>   **To:** Aronoff, Yonaton; Wang, Peter N.
>   **Subject:** Document production
>
>   Dear Counsel: Enclosed are the documents that Judge Saris ordered produced during the summary judgment hearing. The documents are produced in two pdf files because of the volume. They include:
>
>   1. Hoffman memoranda regarding the July 7, 1997 meeting. [documents numbered 3000-3003]
>   2. Form Option Grant dated June 15, 1997 used for all options given during Gregory House's employment at First Marblehead. [3004-3010]
>   3. Specific Option Grants for employees granted during Gregory House's employment at First Marblehead. [3011-3091]. Please note that these documents are produced pursuant to the court's order and instruction that they are subject to a protective order and that the names of the individual employees have been redacted and signatures have been redacted. Those that were signed have "signature redacted" in the signature line. Of the nine grants produced, two were not signed.
>
>   I will be filing a motion to compel the production of the Financial Statement filed by Mr. House in his divorce proceedings based on my earlier discussions that your client will not voluntarily produce the document or stipulate that it does not include the option grant as an asset.
>
>   Ken
>
>   Kenneth J. DeMoura
>   Adler Pollock & Sheehan P.C.
>   175 Federal Street
>   Boston, MA 02110
>   (617) 482-0600
>   (617) 482-0604 (fax)
>   kdemoura@apslaw.com

This message and any attachments are intended for the individual or entity

9/19/2005

named above. If you are not the intended recipient, please do not read, copy, use or disclose this communication to others; also please notify the sender by replying to this message, and then delete it from your system. Thank you.