# Exhibit H

## Aronoff, Yonaton

**From:** Aronoff, Yonaton
**Sent:** Tuesday, September 06, 2005 12:10 PM
**To:** 'DeMoura, Kenneth'
**Subject:** RE: House/FM

Thanks. If I don't hear from you by the end of the day, I will assume you don't assent.

Also, again, please confirm that you have produced Ralph James' option grant.

Thanks
Yonaton

>	-----Original Message-----
>	**From:** DeMoura, Kenneth [mailto:Kdemoura@apslaw.com]
>	**Sent:** Tuesday, September 06, 2005 12:07 PM
>	**To:** Aronoff, Yonaton
>	**Subject:** RE: House/FM
>
>	I am waiting to discuss this with Don Peck who is back from vacation today. I will let you know later today.
>
>	I am still trying to find out what the Essex Probate Court needs from us to get Greg House's financial statement and will get to you when they tell me.
>
>	Ken
>
>
>	Kenneth J. DeMoura, Esq.
>	ADLER POLLOCK & SHEEHAN P.C.
>	175 Federal Street, 10th Floor
>	Boston, MA 02110
>
>	E-Mail kdemoura@apslaw.com
>	Phone 617.482.0600
>	Fax 617.482.0604
>	Visit our website at www.apslaw.com
>	ADLER POLLOCK & SHEEHAN P.C.
>	*************************************************
>
>	This e-mail message is confidential and is intended only for the named recipient(s). It may contain information that is subject to the attorney client privilege or the attorney work-product doctrine or that is otherwise exempt from disclosure under applicable law. If you have received this e-mail message in error, or are not the named recipient(s), please immediately notify the sender and delete this message from your computer and destroy all copies. Thank you.
>
>	To comply with IRS regulations, we advise that any discussion of Federal tax issues in this e-mail is not intended or written to be used, and cannot be used, (i) to avoid any penalties imposed under the Internal Revenue Code or (ii) to promote, market or recommend to another party any transaction or matter addressed herein.
>
>		-----Original Message-----
>		**From:** Aronoff, Yonaton [mailto:YAronoff@foley.com]
>		**Sent:** Tuesday, September 06, 2005 11:52 AM

**To:** DeMoura, Kenneth
**Subject:** House/FM

Ken - am I to assume you do _not_ assent to our Amended Answer?

Thanks
Yonaton

```
Yonaton Aronoff
Foley & Lardner LLP
90 Park Avenue
New York, NY  10016
Tel.: (212) 682-7474/Fax: (212) 687-2329
```

The preceding email message may be confidential or protected by the attorney-client privilege. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this message in error, please (i) do not read it, (ii) reply to the sender that you received the message in error, and (iii) erase or destroy the message. Legal advice contained in the preceding message is solely for the benefit of the Foley & Lardner LLP client(s) represented by the Firm in the particular matter that is the subject of this message, and may not be relied upon by any other party.

Internal Revenue Service regulations require that certain types of written advice include a disclaimer. To the extent the preceding message contains advice relating to a Federal tax issue, unless expressly stated otherwise the advice is not intended or written to be used, and it cannot be used by the recipient or any other taxpayer, for the purpose of avoiding Federal tax penalties, and was not written to support the promotion or marketing of any transaction or matter discussed herein.