**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

---------------------------------------------------------
FIRST MARBLEHEAD CORP.,            )
                                   )
       Plaintiff,             )
                                   )
vs.                                ) Civil Action No. 04-11263PBS
                                   )
GREGORY HOUSE,                     )
                                   )
       Defendant.             )
---------------------------------------------------------

### DEFENDANT'S MOTION FOR LEAVE TO FILE A SUPPLEMENTAL MEMORANDUM OF LAW IN FURTHER SUPPORT OF HIS MOTION TO COMPEL PRODUCTION AND FOR SANCTIONS

      Pursuant to Local Rule 7.1(B)(3), defendant, Gregory House, hereby requests leave of court to file a supplemental memorandum of law in further support of his Motion to Compel Production and for Sanctions. The supplemental memorandum, which is attached hereto, is necessary to bring to light certain events that transpired after this Court ordered plaintiff The First Marblehead Corporation ("First Marblehead") to produce certain of the documents requested by the Motion. It is respectfully submitted that First Marblehead's conduct, both before and _after_ this Court ordered these materials produced, warrants sanctions.

      WHEREFORE, the defendant respectfully requests that this Honorable Court allow House to file the supplemental memorandum of law.

026.15656.1

Dated this 30th day of September, 2005.

    Respectfully submitted,
    Gregory House,
    By his attorneys,

    /s/William T. Hogan III_____
    William T. Hogan, III BBO # 237710
    **Hogan, Roache & Malone**
    66 Long Wharf
    Boston, MA  02110
    (617) 367-0330

    Peter N. Wang (admitted *pro hac*)
    Yonaton Aronoff (admitted *pro hac*)
    **Foley & Lardner LLP**
    90 Park Avenue
    New York, NY 10016

    *Attorneys for Defendant Gregory House*

CERTIFICATE OF RULE 7.1 CONFERENCE AND OF SERVICE

I, William T. Hogan III, hereby certify that, prior to filing the above motion, counsel conferred concerning this motion and attempted in good faith to resolve or narrow the issues.  I further certify that on this 30th day of September 2005, I filed a copy of said motion electrically.  Notice of this filing will be sent to all parties via the United States District Court electronic filing system.  Parties may access this filing through the Court's system.

    /s/William T. Hogan III_____
    William T. Hogan III

3

026.15656.1