# Exhibit B

**DEUTSCH WILLIAMS BROOKS DeRENSIS HOLLAND & DRACHMAN, P.C.**
99 Summer Street, Boston, MA 02110-1235   (617) 951-2300

TO: Employees of First Marblehead
FROM: Rodney G. Hoffman
DATE: July 7, 1997
SUBJECT: Employee Stock Option Plan

### I.   OVERVIEW

The Board of Directors of First Marblehead has established an employee stock option plan (the "Plan").  The Plan provides an alternative method of compensating employees.  Under the Plan, the company has the ability to grant to an employee an option to purchase First Marblehead stock in the future at the current fair value of the stock.

The benefit of a stock option grant to the employee is that it gives him the opportunity to participate in any increase in the value of the company without actually risking an investment; if the value of the company declines over time, the employee simply would not exercise his option and would not suffer any out-of-pocket loss.  As a practical matter, stock options are not often exercised until just before the employee intends to sell the stock (unless the option is about to expire).  The options here will be "Incentive Stock Options" or "ISOs" under the Internal Revenue Code. There is no income tax effect to the employee when an ISO is granted; it is not considered "compensation" which must be included in an employee's income for tax purposes.  Taxes must be paid when the stock is sold.

The benefit of the stock option grant to the company is that, without having to pay out additional cash, the company is able to give its employees an additional incentive to work to increase the value of the company.  One way of looking at the Plan is that, by establishing it, the stockholders are agreeing to have their ownership interests diluted in order to save the company's cash.

In addition, stock options can also be viewed as "golden handcuffs" which bind the employee to the company.  Because a stock option typically "vests" over time, an employee risks losing all or part of the value of his option if he resigns or is terminated before his option is fully vested.

### II.   PRINCIPAL TERMS OF FIRST MARBLEHEAD STOCK OPTION

The following are the principal terms of the options which have been proposed by the Stock Option Subcommittee of the Board of Directors.  These terms may be changed before the options are issued.

1.  The employee will be granted an option to purchase a certain number of shares at the current fair market value of the stock – approximately $32.00 per share.

2.  The employee cannot exercise the option until the options "vest".  The terms of the vesting are that 20% of the total grant vests immediately and an additional 20% of the total vests on each of the first four anniversaries of the date of the grant.

3.  In any year, the company will have the right to defer the vesting of 1/2 of the options which were to vest in that year (i.e., 10% of the total).  By this, the Company may indicate that the employee's performance during the year was not up to the expected standard.

4.  If the employee resigns or is terminated for "cause", the unvested options terminate.

5.  If the company is sold, all unvested options will vest immediately.

6.  The options must be exercised within ten years of the date of grant.

III.    LIMITATIONS ON TRANSFER

There are significant limitations on the transferability of the options and the stock purchased upon the exercise of an option.

1.  By its terms, an option may not be transferred by the employee to any other person except in limited cases such as the death of the employee.

2.  A condition of the exercise of the option is that the employee enter into the same Shareholders Agreement which all the current shareholders have signed.  Among other things, the Shareholders Agreement gives the company and the other stockholders the first right to purchase stock before it can be sold to third parties.

3.  The company's stock is not now registered under the federal securities laws.  Accordingly, it cannot be sold to third parties unless either it is registered with the federal Securities and Exchange Commission or it fits within one of the exemptions under federal law.

2

49