# Exhibit F



**FOLEY & LARDNER LLP**
**ATTORNEYS AT LAW**

90 PARK AVENUE
NEW YORK, NY 10016-1314
212.682.7474 TEL
212.687.2329 FAX
www.foley.com

February 28, 2005

yaronoff@foley.com EMAIL

CLIENT/MATTER NUMBER
260691-0101

**VIA FACSIMILE AND U.S. MAIL**

Kenneth J. DeMoura, Esq.
Adler Pollock & Sheehan
175 Federal Street
Boston, MA 02110-2890

      Re:    *The First Marblehead Corporation v. Gregory House* (Civ. Action No. 04-11263PBS)

Dear Ken:

      You will recall that during the depositions of Ralph James, Rod Hoffman and Dan Meyers held on February 14 and 15, we made certain requests on the record that you provide us certain documents, information and authorizations. Specifically, we have requested the following:

      (1)    the stock option agreement given to Ralph James upon his hiring by First Marblehead, and any other documents related to First Marblehead stock options that were given to Mr. James at that time (James Dep., pp. 24-25, 90);

      (2)    all documents maintained by Rod Hoffman related to First Marblehead stock options, including drafts, correspondence, and First Marblehead employees' stock option agreements (Hoffman Dep., pp. 15-18);

      (3)    all computer files maintained by Rod Hoffman responsive to Defendant's First Request for the Production of Documents, including the "computer list" indicating which First Marblehead employees received stock options (Hoffman Dep., pp. 18-19);

      (4)    all computer files maintained by First Marblehead employees responsive to Defendant's First Request for the Production of Documents (Hoffman Dep., pp. 19-20);

      (5)    all drafts of or correspondence referring to the July 7, 1997 Memorandum prepared by Rod Hoffman entitled, "Employee Stock Option Plan" (Hoffman Dep. p. 48);

      (6)    the "supplement" to the July 7, 1997 Memorandum prepared by Rod Hoffman and given to First Marblehead (Hoffman Dep., pp. 68);

      (7)    the memorandum prepared by Rod Hoffman and given to the First Marblehead Board of Directors outlining certain terms of the 1996 Stock Option Plan (Hoffman Dep. pp. 75-76);

      (8)    Rod Hoffman's invoices forwarded to First Marblehead that refer to work performed related to First Marblehead stock options (Hoffman Dep. p. 80);

**∎FOLEY**

Kenneth J. DeMoura, Esq.
February 28, 2005
Page 2

      (9)    all First Marblehead Board of Directors' (and/or subcommittee(s) thereof) meeting minutes referring to First Marblehead stock options (Meyers Dep., pp. 19, 136).

      We expect that you will provide us with the above-referenced documents as soon as possible. Additionally, we insist that, in accord with your obligation under Local Rule 34.1(e), you provide us with a <u>detailed</u> privilege log that will account for and describe any documents responsive to Defendant's First Request for the Production of Documents that you continue to withhold.

                                        Very truly yours,

                                        Yonaton Aronoff

026.12887.1