UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE FIRST MARBLEHEAD CORPORATION<br>Plaintiff<br><br>v<br><br>GREGORY J. HOUSE<br>Defendant | CIVIL ACTION NO. 04-11263PBS |

**ASSENTED TO MOTION TO EXTEND TIME TO RESPOND TO AMENDED ANSWER AND COUNTERCLAIMS**

The First Marblehead Corporation ("First Marblehead"), the plaintiff and counterclaim-defendant, hereby moves that the time to answer or otherwise respond to defendant's amended counterclaim be extended to *October 31, 2005*. As grounds for this motion, First Marblehead states that the additional time is needed to prepare an appropriate response to the amended counterclaim and the defendant has assented to this motion.

THE FIRST MARBLEHEAD CORPORATION,
By its attorneys

**/s/ Kenneth J. DeMoura**
Kenneth J. DeMoura
BBO# 548910
Adler Pollock & Sheehan PC
175 Federal Street
Boston MA 02110
(617) 482-0600

Assented To: /s/Yonaton Aronoff, Esq.
Counsel for Defendant, Gregory House

Date: October 19, 2005