UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

First Marblehead Corporation,
    Plaintiff,

V.

                            CIVIL ACTION:    04-11263-PBS

Gregory J. House,
    Defendant.

## FINAL JUDGMENT

SARIS, U.S.D.J.                                                         December 9, 2005

      Pursuant to this Court's Memorandum and Order dated November 18, 2005, allowing summary judgment in favor of the plaintiff, it is ORDERED and ADJUDGED that final judgment is hereby entered in favor of the plaintiff First Marblehead Corporation.

                                                    By the Court,

                                                  /s/ Robert C. Alba
                                                  Deputy Clerk