## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

```
-----------------------------------------------------------
FIRST MARBLEHEAD CORP.,           )
                                  )
            Plaintiff,            )
                                  )
vs.                               )   Civil Action No. 04-11263PBS
                                  )
GREGORY HOUSE,                    )
                                  )
            Defendant.            )
-----------------------------------------------------------
```

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that Defendant, Gregory House, hereby appeals to the United States Court of Appeals for the First Circuit from the Final Judgment in favor of Plaintiff First Marblehead Corporation, entered on December 9, 2005, based upon the Memorandum and Order of the United States District Court for the District of Massachusetts (Honorable Patti B. Saris), entered on November 23, 2005, granting Plaintiff First Marblehead Corporation's Motion for Summary Judgment.

DATED:  December 12, 2005          Respectfully submitted,
                                   Gregory House,
                                   By his attorneys,

                                   /S/ Peter N. Wang_____
                                   Peter N. Wang (admitted *pro hac*)
                                   Yonaton Aronoff (admitted *pro hac*)
                                   **FOLEY & LARDNER LLP**
                                   90 Park Avenue
                                   New York, NY 10016
                                   (212) 682-7474
                                   *Attorneys for Defendant Gregory House*

NYC_17922.1

2

## CERTIFICATE OF SERVICE

      I, Yonaton Aronoff, hereby certify that on this 12th day of December, 2005, I filed this Notice of Appeal electronically.  Notice of this filing will be sent to all parties via the United States District Court electronic filing system.  Parties may access this filing through the Court's system.

      /S/ Yonaton Aronoff_____
      Yonaton Aronoff (admitted *pro hac*)