## *UNITED STATES DISTRICT COURT*
## *DISTRICT OF MASSACHUSETTS*

USCA Docket Number:

USDC Docket Number : 04-cv-11263

First Marblehead Corp.,

v.

Gregory House

### **CLERK'S CERTIFICATE**

I, Sarah A Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 12/12/05.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on January 11, 2006.

Sarah A. Thornton, Clerk of Court

By: _Jeanette Ramos_

Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: _1/11/06_ .

_____

Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

- 3/05

APPEAL

# United States District Court
## District of Massachusetts (Boston)
## CIVIL DOCKET FOR CASE #: 1:04-cv-11263-PBS

First Marblehead Corporation v. House
Assigned to: Judge Patti B. Saris
Cause: 28:1441 Petition for Removal- Declaratory
Judgemen

Date Filed: 06/09/2004
Jury Demand: Both
Nature of Suit: 190 Contract:
Other
Jurisdiction: Diversity

## Plaintiff

**First Marblehead Corporation**    represented by   **Kenneth J. DeMoura**
Adler, Pollock & Sheehan, PC
175 Federal Street
Boston, MA 02110
617-482-0600
Fax: 617-482-0604
Email: kdemoura@apslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

## Defendant

**Gregory J. House**    represented by   **Peter N. Wang**
Foley & Lardner LLP
90 Park Avenue
New York, NY
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William T. Hogan, III**
Hogan, Roache & Malone
66 Long Wharf
Boston, MA 02110
617-367-0330
Fax: 617-367-0172
Email: whogan@hrmlaw.com
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Yonaton Aronoff**
Foley & Lardner LLP (NY)
90 Park Avenue
37th Floor
New York, NY 10016
US
212-682-7474
Fax: 212-687-2329
Email: yaronoff@foley.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elizabeth D. Killeen**
Hogan, Roache & Malone
66 Long Wharf
Boston, MA 02110
617-367-0330
Fax: 617-367-0172
Email: ekilleen@hrmlaw.com
*TERMINATED: 09/08/2005*
*ATTORNEY TO BE NOTICED*

**Mediator**

**Magistrate Judge Charles B. Swartwood**
*TERMINATED: 06/02/2005*

**Counter Claimant**

**Gregory J. House**                    represented by **William T. Hogan, III**
                                        (See above for address)
                                        *ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**First Marblehead Corporation**        represented by **Kenneth J. DeMoura**
                                        (See above for address)
                                        *ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Gregory J. House**

## V.

### Counter Defendant

**First Marblehead Corporation**      represented by  **Kenneth J. DeMoura**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/09/2004 | 1 | NOTICE OF REMOVAL by Gregory J. House from Suffolk County, case number 04-2174. $ 150, receipt number 56466, filed by Gregory J. House.(Flaherty, Elaine) (Entered: 06/14/2004) |
| 06/09/2004 |  | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Collings. (Flaherty, Elaine) (Entered: 06/14/2004) |
| 06/22/2004 | 2 | STATE COURT Record, filed (Flaherty, Elaine) (Entered: 06/23/2004) |
| 06/22/2004 | 3 | MOTION for Leave to Appear Pro Hac Vice by Aronoff Filing fee $ 50., receipt number 56802. by Gregory J. House. (Flaherty, Elaine) (Entered: 07/08/2004) |
| 07/02/2004 | 9 | MOTION for Extension of Time to 7/19/04 to file answer by Gregory J. House.(Flaherty, Elaine) Additional attachment(s) added on 9/2/2004 (Flaherty, Elaine). (Entered: 07/06/2004) |
| 07/02/2004 |  | Judge Richard G. Stearns : ORDER entered granting [] Motion for Extension of Time (Flaherty, Elaine) (Entered: 07/06/2004) |
| 07/08/2004 |  | Judge Richard G. Stearns : ORDER entered granting 3 Motion for Leave to Appear Pro Hac Vice Added Yonaton Aronoff for Gregory J. House (Flaherty, Elaine) (Entered: 07/08/2004) |
| 07/09/2004 | 4 | Judge Richard G. Stearns : ORDER entered ORDER OF RECUSAL.(Flaherty, Elaine) (Entered: 07/12/2004) |
| 07/09/2004 |  | Case reassigned to Judge Patti B. Saris. Judge Richard G. Stearns no longer assigned to the case. Counsel are directed to the Court's Standing Orders re: Electronic Case Filing. (Flaherty, Elaine) (Entered: 07/16/2004) |

| 07/16/2004 | 5 | ANSWER to Complaint with Jury Demand, COUNTERCLAIM against First Marblehead Corporation by Gregory J. House.(Patch, Christine) (Entered: 07/21/2004) |
| 07/19/2004 | 6 | NOTICE of Scheduling Conference Scheduling Conference set for 9/13/2004 03:00 PM in Courtroom 13 before Judge Patti B. Saris. (Patch, Christine) (Entered: 07/21/2004) |
| 08/02/2004 | 8 | MOTION for Leave to Appear Pro Hac Vice by Peter N. Wang Filing fee $ 50, receipt number 56802. by Gregory J. House.(Patch, Christine) (Entered: 08/16/2004) |
| 08/09/2004 | 7 | ANSWER to Counterclaim by First Marblehead Corporation. (DeMoura, Kenneth) (Entered: 08/09/2004) |
| 08/16/2004 | | Judge Patti B. Saris : Electronic ORDER entered granting 8 Motion for Leave to Appear Pro Hac Vice Added Peter N. Wang for Gregory J. House (Patch, Christine) (Entered: 08/16/2004) |
| 09/03/2004 | 10 | JOINT STATEMENT re scheduling conference. (DeMoura, Kenneth) (Entered: 09/03/2004) |
| 09/08/2004 | 13 | CERTIFICATION pursuant to Local Rule 16.1 by Gregory J. House.(Patch, Christine) (Entered: 09/13/2004) |
| 09/13/2004 | 11 | CERTIFICATION pursuant to Local Rule 16.1 by First Marblehead Corporation.(DeMoura, Kenneth) (Entered: 09/13/2004) |
| 09/13/2004 | 12 | Response by First Marblehead Corporation *Plaintiff's Supplement to Joint Statement*. (DeMoura, Kenneth) (Entered: 09/13/2004) |
| 09/13/2004 | | ELECTRONIC Clerk's Notes for proceedings held before Judge Patti B. Saris: Scheduling Conference held on 9/13/2004. Court sets discovery and motion filing schedule. Summary Judgment Hearing / Pretrial Conference set for 5/4/2005 at 2:00 PM in Courtroom 19 before Judge Patti B. Saris. Court refers parties to Mediation. Scheduling Order to issue. (Alba, Robert) (Entered: 09/13/2004) |
| 09/13/2004 | 14 | Judge Patti B. Saris : ORDER entered REFERRING CASE to Alternative Dispute Resolution for Mediation, February, 2005. (Patch, Christine) (Entered: 09/17/2004) |
| 09/13/2004 | 15 | Judge Patti B. Saris : ORDER entered SCHEDULING ORDER: Discovery due by 2/18/2005. Summary Judgment |

|  |  | Motion due by 3/18/2005; opposition due by 4/15/05. Hearing on Summary Judgment or Pretrial Conference set for 5/4/2005 02:00 PM in Courtroom 19 before Judge Patti B. Saris. Case to be referred to Mediation program: February, 2005. (Patch, Christine) (Entered: 09/17/2004) |
|---|---|---|
| 01/06/2005 | ❏ | Electronic Notice of assignment to ADR Provider. Chief Magistrate Judge Charles B. Swartwood appointed.(Tyler, Rebecca) (Entered: 01/06/2005) |
| 01/06/2005 | ❏ | Chief Magistrate Judge Charles B. Swartwood. Electronic Notice of ADR Conference. This matter is set for mediation on 3/8/2005 10:00 AM in Courtroom 1 on the 5th Floor of the WORCESTER Courthouse (Donohue Federal Building). PRINCIPALS WITH BINDING SETTLEMENT AUTHORITY ARE REQUIRED TO ATTEND.(Tyler, Rebecca) (Entered: 01/06/2005) |
| 01/20/2005 | ❏16 | Joint MOTION for Extension of Time to 4/18/2005 to Complete Discovery by Gregory J. House.(Hogan, William) (Entered: 01/20/2005) |
| 01/24/2005 | ❏ | Judge Patti B. Saris : Electronic ORDER entered granting 16 Joint Motion for Extension of Time to Complete Discovery Discovery due by 4/18/2005. (Patch, Christine) (Entered: 01/26/2005) |
| 01/25/2005 | ❏17 | NOTICE of Change of Firm Name by Yonaton Aronoff, Peter N. Wang (Patch, Christine) Modified on 2/1/2005 (Patch, Christine). (Entered: 02/01/2005) |
| 03/03/2005 | ❏18 | Assented to MOTION to Continue *the Mediation Session* by Gregory J. House.(Donohue, Elizabeth) (Entered: 03/03/2005) |
| 03/04/2005 | ❏ | Judge Charles B. Swartwood : Electronic ORDER entered granting 18 Assented Motion to Continue ADR conference. "ALLOWED." cc/cl (Roland, Lisa) (Entered: 03/04/2005) |
| 03/04/2005 | ❏ | NOTICE of ADR Conference; Alternative Dispute Resolution Hearing set for 4/11/2005 10:00 AM in WORCESTER, Courtroom 1 before Magistrate Judge Charles B. Swartwood. ALL PARTIES WITH BINDING AUTHORITY MUST BE PRESENT. cc/cl(Roland, Lisa) (Entered: 03/04/2005) |
| 04/05/2005 | ❏ | NOTICE OF RESCHEDULING; Alternative Dispute Resolution Hearing rescheduled for 4/29/2005 10:00 AM in Courtroom 1 before Magistrate Judge Charles B. Swartwood. |

| | | |
|---|---|---|
| | | ALL PARTIES WITH BINDING AUTHORITY MUST BE PRESENT. cc/cl(Roland, Lisa) (Entered: 04/05/2005) |
| 04/13/2005 | ❸19 | Joint MOTION to Amend *the Scheduling Conference Order* by Gregory J. House.(Donohue, Elizabeth) (Entered: 04/13/2005) |
| 04/25/2005 | ❸ | Judge Patti B. Saris : Electronic ORDER entered granting 19 Motion to Amend the Scheduling Conference Order. "Oppositions to Dispositive Motions due by July 15, 2005. The Hearing on Summary Judgment/Pretrial Conference is rescheduled to July 28, 2005 at 2:00 PM." (Patch, Christine) (Entered: 04/27/2005) |
| 05/04/2005 | ❸ | NOTICE OF RESCHEDULING due to Attorney request. Alternative Dispute Resolution Hearing re-set for 6/2/2005 10:00 AM in Courtroom 1 before Magistrate Judge Charles B. Swartwood. ALL PARTIES WITH BINDING AUTHORITY MUST BE PRESENT. cc/cl(Roland, Lisa) (Entered: 05/04/2005) |
| 06/02/2005 | ❸20 | REPORT of Alternative Dispute Resolution Provider (Roland, Lisa) (Entered: 06/02/2005) |
| 06/06/2005 | ❸21 | Joint MOTION to Amend *Scheduling Order* by Gregory J. House.(Killeen, Elizabeth) (Entered: 06/06/2005) |
| 06/06/2005 | ❸ | Judge Patti B. Saris : Electronic ORDER entered denying 21 Motion to Amend the Scheduling Order (Patch, Christine) (Entered: 06/08/2005) |
| 06/28/2005 | ❸22 | MOTION to Compel by Gregory J. House. (Attachments: # 1 # 2 # 3 # 4 # 5 # 6 # 7 # 8 # 9 # 10 # 11 # 12 # 13 # 14 # 15 # 16 # 17 # 18 # 19 # 20 # 21)(Killeen, Elizabeth) (Entered: 06/28/2005) |
| 07/01/2005 | ❸23 | MOTION for Summary Judgment by First Marblehead Corporation.(DeMoura, Kenneth) (Entered: 07/01/2005) |
| 07/01/2005 | ❸24 | MEMORANDUM in Support re 23 MOTION for Summary Judgment filed by First Marblehead Corporation. (DeMoura, Kenneth) (Entered: 07/01/2005) |
| 07/01/2005 | ❸25 | STATEMENT of facts re 23 MOTION for Summary Judgment *Statement of Undisputed Facts In Support of Motion for Summary Judgment*. (DeMoura, Kenneth) (Entered: 07/01/2005) |

| | | |
|---|---|---|
| 07/01/2005 | ●26 | APPENDIX/EXHIBIT re 23 MOTION for Summary Judgment *APPENDIX TAB A* by First Marblehead Corporation. (DeMoura, Kenneth) (Entered: 07/01/2005) |
| 07/01/2005 | ●27 | APPENDIX/EXHIBIT re 23 MOTION for Summary Judgment *APPENDIX TAB B-J* by First Marblehead Corporation. (DeMoura, Kenneth) (Entered: 07/01/2005) |
| 07/12/2005 | ●28 | Assented to MOTION for Extension of Time to 07/19/05 to File Response/Reply as to 22 MOTION to Compel by First Marblehead Corporation.(DeMoura, Kenneth) (Entered: 07/12/2005) |
| 07/12/2005 | ●29 | NOTICE OF RESCHEDULED HEARING. The Summary Judgment Motion Hearing previously scheduled for July 28, 2005, has been rescheduled to August 5, 2005, at 3:00 p.m. in courtroom 19 before Judge Patti B. Saris. (Alba, Robert) (Entered: 07/12/2005) |
| 07/13/2005 | ● | Judge Patti B. Saris: Electronic ORDER entered allowing 28 Assented to MOTION for Extension of Time to 07/19/05 to File Response/Reply as to 22 MOTION to Compel. Allowed. Response due by 7/19/2005. (Alba, Robert) (Entered: 07/13/2005) |
| 07/15/2005 | ●30 | Opposition re 23 MOTION for Summary Judgment filed by Gregory J. House. (Attachments: # 1 # 2 # 3 # 4 # 5 Appendix # 6 # 7 # 8 # 9 # 10 # 11 # 12 # 13 # 14 # 15 # 16 # 17 # 18 # 19 # 20 # 21)(Killeen, Elizabeth) (Entered: 07/15/2005) |
| 07/19/2005 | ●31 | Opposition re 22 MOTION to Compel *Production of Documents and for Sanctions* filed by First Marblehead Corporation. (DeMoura, Kenneth) (Entered: 07/19/2005) |
| 07/19/2005 | ●32 | AFFIDAVIT of Kenneth J. DeMoura in Opposition re 22 MOTION to Compel *Production of Documents and for Sanctions* filed by First Marblehead Corporation. (DeMoura, Kenneth) (Entered: 07/19/2005) |
| 08/01/2005 | ●33 | MOTION for Leave to File *Reply To Opposition To Motion For Summary Judgment* by First Marblehead Corporation. (DeMoura, Kenneth) (Entered: 08/01/2005) |
| 08/02/2005 | ● | Judge Patti B. Saris : Electronic ORDER entered granting 33 Motion for Leave to File Reply to Opposition to Motion for Summary Judgment. (Patch, Christine) (Entered: 08/02/2005) |

| 08/02/2005 | ❸34 | REPLY to Opposition to 23 MOTION for Summary Judgment filed by First Marblehead Corporation. (Patch, Christine) Modified on 8/2/2005 (Patch, Christine). (Entered: 08/02/2005) |
| 08/03/2005 | ❸35 | Assented to MOTION for Leave to File *A Sur-Reply* by Gregory J. House.(Killeen, Elizabeth) (Entered: 08/03/2005) |
| 08/04/2005 | ❸ | Judge Patti B. Saris: Electronic ORDER entered granting 35 Assented to MOTION for Leave to File A Sur-Reply by Gregory J. House. (Alba, Robert) (Entered: 08/04/2005) |
| 08/04/2005 | ❸36 | SUR-REPLY to Motion re 35 Assented to MOTION for Leave to File *A Sur-Reply* filed by Gregory J. House. (Killeen, Elizabeth) (Entered: 08/04/2005) |
| 08/05/2005 | ❸ | Electronic Clerk's Notes for proceedings held before Judge Patti B. Saris : Motion Hearing held on 8/5/2005 re 23 MOTION for Summary Judgment filed by First Marblehead Corporation,. Court takes motion under advisement. (Court Reporter Richard Rominow.) (Alba, Robert) (Entered: 08/05/2005) |
| 08/05/2005 | ❸ | Judge Patti B. Saris : Electronic ORDER entered granting 22 Motion to Compel Further Responses to Requests for Production of Documents and for Sanctions. "After hearing, allowed by two days after Labor Day." (Patch, Christine) (Entered: 08/08/2005) |
| 08/16/2005 | ❸37 | TRANSCRIPT of Proceedings held on August 5, 2005 before Judge Saris. Court Reporter: Richard H. Romanow. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617-737-0370 or the Clerk's Office. (Diskes, Sheila) (Entered: 08/17/2005) |
| 09/07/2005 | ❸38 | NOTICE of Withdrawal of Appearance by Elizabeth D. Killeen (Killeen, Elizabeth) (Entered: 09/07/2005) |
| 09/07/2005 | ❸39 | MOTION to Amend by Gregory J. House, Gregory J. House. (Attachments: # 1 Exhibit A# 2 Proposed Order# 3 Amended Answer and Counterclaim)(Hogan, William) (Entered: 09/07/2005) |
| 09/26/2005 | ❸40 | Supplemental MEMORANDUM in Support re 22 MOTION to Compel *Production and for Sanctions* filed by Gregory J. House. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit |

|  |  | C# <u>4</u> Exhibit D# <u>5</u> Exhibit E# <u>6</u> Exhibit F# <u>7</u> Exhibit G# <u>8</u> Exhibit H)(Hogan, William) Additional attachment(s) added on 9/27/2005 (Patch, Christine). (Entered: 09/26/2005) |
|---|---|---|
| 09/30/2005 | ❏41 | MOTION for Leave to File *a Supplemental Memorandum of Law in Further Suport of his Motion to Compel Production and for Sanctions* by Gregory J. House. (Attachments: # <u>1</u> Supplement Supplemental Memorandum of Law in Further Support of his Motion to Compel Production and for Sanctions# <u>2</u> Exhibit Exhibit A# <u>3</u> Exhibit Exhibit B# <u>4</u> Exhibit Exhibit C# <u>5</u> Exhibit Exhibit D# <u>6</u> Exhibit Exhibit E# <u>7</u> Exhibit Exhibit F# <u>8</u> Exhibit Exhibit G# <u>9</u> Exhibit Exhibit H)(Hogan, William) (Entered: 09/30/2005) |
| 10/03/2005 | ❏ | Judge Patti B. Saris : ElectronicORDER entered granting <u>41</u> Motion for Leave to File a Supplemental Memorandum in Further Support of Motion to Compel Production and for Sanctions. (Patch, Christine) (Entered: 10/03/2005) |
| 10/03/2005 | ❏42 | Supplemental MEMORANDUM in Support re <u>22</u> MOTION to Compel Production and for Sanctions, filed by Gregory J. House. (Patch, Christine) (Entered: 10/03/2005) |
| 10/11/2005 | ❏ | Judge Patti B. Saris : ElectronicORDER entered granting <u>39</u> Motion to File an Amended Answer and Counterclaims. "Allowed without opposition." (Patch, Christine) (Entered: 10/12/2005) |
| 10/11/2005 | ❏43 | AMENDED ANSWER to <u>5</u> Answer to Complaint, COUNTERCLAIM against First Marblehead Corporation by Gregory J. House. (Patch, Christine) (Entered: 10/13/2005) |
| 10/19/2005 | ❏44 | Assented to MOTION for Extension of Time to October 31, 2005 to File Response/Reply as to <u>43</u> Amended Answer to Complaint, Counterclaim by First Marblehead Corporation, First Marblehead Corporation.(DeMoura, Kenneth) (Entered: 10/19/2005) |
| 10/20/2005 | ❏ | Judge Patti B. Saris: ElectronicORDER entered granting <u>44</u> Assented to MOTION for Extension of Time to October 31, 2005 to File Response/Reply as to <u>43</u> Amended Answer to Complaint, Counterclaim by First Marblehead Corporation. Response due by 10/31/05. (Alba, Robert) (Entered: 10/20/2005) |
| 10/31/2005 | ❏45 | ANSWER to Amended Counterclaims by First Marblehead |

| | | Corporation, First Marblehead Corporation.(DeMoura, Kenneth) Modified on 11/16/2005 (Patch, Christine). (Entered: 10/31/2005) |
|---|---|---|
| 11/18/2005 | 46 | Judge Patti B. Saris : ORDER entered. MEMORANDUM AND ORDER granting 23 MOTION for Summary Judgment filed by First Marblehead Corporation,.(Patch, Christine) (Entered: 11/22/2005) |
| 11/18/2005 | | Civil Case Terminated. (Patch, Christine) (Entered: 11/22/2005) |
| 12/09/2005 | 47 | Judge Patti B. Saris: FINAL JUDGMENT entered. Pursuant to this Court's Memorandum and Order dated November 18, 2005, allowing summary judgment in favor of the plaintiff, it is ORDERED and ADJUDGED that final judgment is hereby entered in favor of the plaintiff First Marblehead Corporation. (Alba, Robert) (Entered: 12/09/2005) |
| 12/12/2005 | 48 | NOTICE OF APPEAL as to 46 Memorandum & ORDER, Terminate Motions by Gregory J. House. $ 255 NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 1/1/2006. (Aronoff, Yonaton) (Entered: 12/12/2005) |
| 12/13/2005 | | Filing fee: $ 255.00, receipt number 68896 regarding Notice of Appeal (Patch, Christine) (Entered: 12/19/2005) |