# United States Court of Appeals
## For the First Circuit

No. 06-1114

THE FIRST MARBLEHEAD CORP.,

Plaintiff, Appellee,

v.

GREGORY HOUSE,

Defendant, Appellant.

**JUDGMENT**

Entered: December 22, 2006

    This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

    Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district courts grant of summary judgment on Gregory House's breach of contract and promissory estoppel claims is affirmed. The district court's judgment on Gregory House's negligent misrepresentation claim is vacated, and the matter is remanded for further proceedings consistent with the opinion issued this day. Costs are awarded to Gregory House.

By the Court:
Richard Cushing Donovan, Clerk

_____
By: Margaret Carter, Chief Deputy Clerk

[Certified copies to Hon. Patti B. Saris and Ms. Sarah Thornton, Clerk, United States District Court for the District of Massachusetts. Copies to Mr. Demoura, Mr. Riseberg, Mr. Wang, Mr. Aronoff, & Mr. Hogan.]