UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

First Marblehead Corp,

                    Plaintiff,                    CIVIL ACTION
                                                NO. 04-11263-PBS

        v.

Gregory House,

                    Defendant.

## **PRETRIAL ORDER**

SARIS, D.J.                              January 5, 2007

The above action has been set down for a JURY TRIAL on 3/26/07, at 9:00 a.m.

A FINAL PRETRIAL CONFERENCE has been scheduled for 3/22/07, at 2:30 p.m.

By 1/22/07, the parties shall make all expert disclosures as required by Fed. R. Civ. P. 26(a)(2).

By 2/22/07, the parties shall make pretrial disclosures as required by Fed. R. Civ. P. 26(a)(3).

Objections to the pretrial disclosures shall be served and filed by 3/8/07.

By 2/22/07, the parties shall file a joint pretrial memorandum in accordance with L.R. 16.5(d).  Counsel are required to confer fifteen days before the final pretrial conference for the purpose of preparing the joint pretrial memorandum.

By 3/8/07, the parties shall file/serve proposed jury instructions, proposed voir dire questions, motions in limine, witness/exhibit lists[1], and any designations[2] of deposition testimony.

---

[1]Exhibits shall be premarked with one set of exhibit numbers.  There should be no duplicative exhibit numbers.  For example, if plaintiff's exhibits are premarked ## 1 - 100, the defendant's exhibits should be premarked ## 101, 102, etc...  The case number is also to appear on each exhibit sticker. Counsel shall file with the Court an original and two (2) copies of the exhibit and witness lists.

[2]It is helpful if designations and counter-designations are submitted on the same copy, with designations highlighted in one color and counter-designations highlighted in another.

By 3/15/07, the parties shall file/serve opposition to motions in limine, any objections to witnesses or exhibits, and counter-designations of deposition testimony.

Trial briefs shall be filed/served by 3/19/07.

**<u>NOTE</u>: IF THIS COURT RESCHEDULES THE TRIAL AND FINAL PRETRIAL CONFERENCE DATES, COUNSEL ARE TO CONFER AND ADJUST ALL OTHER DATES IN THIS ORDER COMMENSURATE WITH THE NEW TRIAL DATE.**

By the Court,


/s/ Robert C. Alba
Deputy Clerk