UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------
FIRST MARBLEHEAD CORP.,         )
                                )
           Plaintiff,           )
                                )
vs.                             )   Civil Action No. 04-11263PBS
                                )
GREGORY HOUSE,                  )
                                )
           Defendant.           )
---------------------------------------------------------

**GREGORY HOUSE'S RESPONSE TO FIRST MARBLEHEAD'S MOTION
FOR LEAVE TO FILE THIRD-PARTY COMPLAINT**

Defendant Gregory House ("House") respectfully submits for his Response to Plaintiff The First Marblehead Corporation's ("First Marblehead") Motion for Leave to File a Third-Party Complaint (the "Motion") as follows:

House generally does not object to the relief First Marblehead requests by its Motion, with two important qualifiers:

First, House disagrees with, and objects to, First Marblehead's mischaracterizations of House's negligent misrepresentation claim in its Motion. Specifically, First Marblehead states that House's negligent misrepresentation claim "is premised on the acts and omissions of First Marblehead's attorneys, Hoffman and Deutsche Williams" (Motion, ¶ 2), and that "House bases his allegations on a memorandum describing some of the principal terms of the stock option." (Id., ¶ 4) First Marblehead's overly-narrow construction of House's claim – in an apparent attempt to deflect the claim away from itself – is simply wrong.

Additionally, for the reasons explained in House's Response to First Marblehead's Emergency Motion to Amend the Pre-Trial Order and For Limited Discovery, House further objects to the Motion insofar as it may be used as an instrument to further delay trial of this case.

NYC_22986.1

In bringing its earlier motion, First Marblehead explicitly alerted the Court that it intended to file the instant Motion. (*See* FM Motion to Amend the Pre-Trial Order and For Limited Discovery, fn.1)  It is respectfully submitted that the Court was fully aware of the likelihood that First Marblehead would be moving to add its former attorneys as third-party defendants when it granted First Marblehead's earlier motion and established a trial date of April 30, 2007.  We would object to any further delay.

Respectfully submitted,

DEFENDANT GREGORY HOUSE,

By his attorneys,

/s/ Peter N. Wang
Peter N. Wang (admitted pro hac vice)
Yonaton Aronoff (admitted pro hac vice)
**FOLEY & LARDNER LLP**
90 Park Avenue
New York, New York  10016
Telephone:  (212) 682-7474

Dated: January 31, 2007

2

NYC_22986.1

CERTIFICATE OF SERVICE

      I, Yonaton Aronoff, hereby certify that on this 31st day of January 2007, I served a copy of the above motion via the United States District Court electronic filing system and first class U.S. mail, postage prepaid, to the undersigned counsel of record.

                                                 //S//Yonaton Aronoff

                                                 Yonaton Aronoff

TO:

Kenneth J. DeMoura
**ADLER POLLOCK & SHEEHAN PC**
175 Federal Street, 10th Floor
Boston, MA  02110
*Attorneys for Plaintiff The First Marblehead Corporation*

3

NYC_22986.1