UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

FIRST MARBLEHEAD CORP.,
                Plaintiff

v.                                                    CIVIL ACTION NO. 04-11263-PBS

GREGORY HOUSE
                Defendant

## MOTION FOR LEAVE TO FILE OPPOSITION TO

## MOTION FOR LEAVE TO FILE THIRD PARTY COMPLAINT

Potential Third-Party Defendants Deutsch, Williams, Brooks, DeRensis, & Holland, P.C. ("Deutsch Williams") and Rodney Hoffman, Esq. ("Hoffman") hereby request leave of this Court to file an opposition to the plaintiff First Marblehead Corp.'s motion for leave to file a third-party complaint on or before February 14, 2007.

If the motion is allowed, Deutsch Williams and Hoffman will become third-party defendants in this matter, which was begun in 2004 and which is presently set for trial on April 30, 2007.  Undersigned counsel have been retained within the past two days and have met with their clients.  However, preliminary investigation of this matter is not yet complete. Further, neither the plaintiff's motion for leave to file the third party complaint nor the defendant's response adequately considers the prejudice to Deutsch Williams and Hoffman or the delay that would be caused if they were added as parties at this late date in the litigation.  Consequently, Deutsch Williams and Hoffman request that they be permitted to file an opposition to the plaintiff's motion for leave to file a third-party complaint on or before February 14, 2007.

Respectfully submitted,
DEUTSCH, WILLIAMS, BROOKS,
DERENSIS, and HOLLAND, P.C. and
RODNEY HOFFMAN

By their attorneys,


/s/ Michael J. Cedrone
Robert T. Gill, BBO #192080
Michael J. Cedrone, Esq., BBO # 657708
PEABODY & ARNOLD, LLP
30 Rowes Wharf
Boston, MA 02110
(617) 951-2100

**CERTIFICATE OF SERVICE**

I, Michael J. Cedrone, counsel for the Defendants, do hereby certify, that I have this date, served the **Request for Hearing**, by causing a copy thereof, to be sent electronically to the registered participants in this case, if any, as identified on the Notice of Electronic Filing (NEF) and paper copies mailed, first class mail, postage prepaid to any non registered participants in this case.



/s/ Michael J. Cedrone
Michael J. Cedrone


Dated: February 8, 2007

PABOS2:MCEDRON:654975_1