## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

```
-----------------------------------------------------
FIRST MARBLEHEAD CORP.,           )
                                  )
            Plaintiff,            )
                                  )
vs.                               )  Civil Action No. 04-11263PBS
                                  )
GREGORY HOUSE,                    )
                                  )
            Defendant.            )
-----------------------------------------------------
```

### ASSENTED-TO MOTION TO AMEND PRETRIAL ORDER

Defendant Gregory House ("House"), with the assent of Plaintiff First Marblehead Corporation ("First Marblehead"), respectfully moves to amend the Pretrial Order. House states as grounds for the instant Motion the following:

1. On January 5, 2007, this Court entered a Pretrial Order which scheduled the Final Pretrial Conference for March 22, 2007, and scheduled jury trial to commence on March 26, 2007.

2. On January 19, 2007, First Marblehead filed an Emergency Motion to Amend the Pretrial Order and for Limited Discovery. House submitted a Response.

3. On January 25, 2007, the Court granted First Marblehead's Emergency Motion to Amend, adjourning the Final Pretrial Conference to April 13, 2007, and adjourning the jury trial to April 30, 2007.

4. Pursuant to the Court's instructions in its original Pretrial Order, because the Court has rescheduled the trial and Final Pretrial Conference dates, counsel for both parties have conferred to adjust the remaining dates contained within the Pretrial Order.

5. Counsel for House and First Marblehead have conferred and propose the following amendments to the Pretrial Order:

   a. By 3/1/07 (formerly 1/22/07), the parties shall make all expert disclosures as required by Fed. R. Civ. P. 26(a)(2).

   b. By 3/29/07 (formerly 2/22/07), the parties shall make pretrial disclosures as required by Fed. R. Civ. P. 26(a)(3).

   c. Objections to the pretrial disclosures shall be served and filed by 4/12/07 (formerly 3/8/07).

   d. By 3/29/07 (formerly 2/22/07), the parties shall file a joint pretrial memorandum in accordance with L.R. 16.5(d). Counsel are required to confer fifteen days before the final pretrial conference for the purpose of preparing the joint pretrial memorandum.

   e. By 4/12/07 (formerly 3/8/07), the parties shall file/serve proposed jury instructions, proposed voir dire questions, motions in limine, witness/exhibit lists, and any designations of deposition testimony.

   f. By 4/19/07 (formerly 3/15/07), the parties shall file/serve opposition to motions in limine, any objections to witnesses or exhibits, and counter-designations of deposition testimony.

   g. Trial briefs shall be filed/served by 4/20/07 (formerly 3/19/07).

6. Counsel for House has conferred with counsel for First Marblehead, and counsel for First Marblehead has assented to these proposed changes to the Pretrial Order.

**WHEREFORE**, Defendant Gregory House, with the assent of Plaintiff First Marblehead Corporation, requests that the Pretrial Order be amended as set forth herein.

NYC_22763.1

Respectfully submitted,

DEFENDANT GREGORY HOUSE,

By his attorneys,

/s/ Peter N. Wang
Peter N. Wang (admitted pro hac vice)
Yonaton Aronoff (admitted pro hac vice)
**FOLEY & LARDNER LLP**
90 Park Avenue
New York, New York  10016
Telephone:  (212) 682-7474

Assented to:

PLAINTIFF THE FIRST MARBLEHEAD CORP.,

By its attorneys,

/s/ Kenneth J. DeMoura
Kenneth J. DeMoura
**ADLER POLLOCK & SHEEHAN PC**
175 Federal Street, 10th Floor
Boston, MA  02110


Dated: February 15, 2007

3

CERTIFICATE OF RULE 7.1 CONFERENCE AND OF SERVICE

      I, Yonaton Aronoff, hereby certify that, prior to filing the above motion, counsel conferred concerning this motion, and counsel for plaintiff assented to this motion. I further certify that on this 15th day of February 2007, I served a copy of the above motion via the United States District Court electronic filing system to all counsel of record.

                                           //S//Yonaton Aronoff

                                           Yonaton Aronoff