# United States Court of Appeals
## For the First Circuit

No. 06-1114
D.C. No. 04-11263

FIRST MARBLEHEAD CORPORATION

Plaintiff - Appellee

v.

GREGORY J. HOUSE

Defendant - Appellant

TAXATION OF COSTS

**Entered: March 13, 2007**

Costs in favor of Appellant Gregory J. House are taxed as follows:

| | |
|---|---|
| Docket Fee: | $ 250.00 |
| Reproduction of Appellant's Brief: | $ 83.20 |
| Reproduction of Appellant's Reply Brief: | $ 123.00 |
| Reproduction of Appendix: | $ 116.20 |
| **TOTAL:** | **$ 572.40** |

Pursuant to Fed. R. App. P. 39 (d)(3), the district court is directed to add this taxation of costs to the mandate issued on January 12, 2007.

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT
IS A TRUE AND CORRECT COPY OF
THE ORIGINAL ON FILE IN MY OFFICE
AND IN MY LEGAL CUSTODY.

FIRST CIRCUIT COURT OF APPEALS
BOSTON, MA
By: _____ Date: 3/13/07

By the Court:
Richard Cushing Donovan, Clerk

**LYNNE ALIX MORRISON**

By: _____
    Appeals Attorney

[Certified copy: Ms. Sarah A. Thornton, Clerk of the United States District Court of Massachusetts]

[cc: Kenneth J. DeMoura, Esq., Michael D. Riseberg, Esq., Peter N. Wang, Esq., Yonaton Aronoff, Esq., William T. Hogan, Esq.]