UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

FIRST MARBLEHEAD CORP.,            )
                                   )
            Plaintiff,             )
                                   )
vs.                                )   Civil Action No. 04-11263PBS
                                   )
GREGORY HOUSE,                     )
                                   )
            Defendant.             )

---

### ASSENTED-TO MOTION TO MODIFY PRETRIAL ORDER

Defendant Gregory House ("House"), with the assent of Plaintiff First Marblehead Corporation ("First Marblehead"), respectfully moves to modify the Pretrial Order so as to (i) extend the date for making pretrial disclosures as required by Fed. R. Civ. P. 26(a)(3) to April 12, 2007; (ii) extend the date for serving and filing objections to pretrial disclosures to April 19, 2007; and (iii) extend the date for filing the joint pretrial memorandum to April 12, 2007. The remaining pretrial dates, including the trial date, shall be unaffected. House states as grounds for the instant Motion the following:

1.      On January 5, 2007, this Court entered a Pretrial Order which scheduled the Final Pretrial Conference for March 22, 2007, and scheduled jury trial to commence on March 26, 2007.

2.      On January 19, 2007, First Marblehead filed an Emergency Motion to Amend the Pretrial Order and for Limited Discovery, seeking additional discovery with respect to House's negligent misrepresentation counterclaim and an adjournment of the trial date.

NYC_23848.1

3. On January 25, 2007, the Court granted First Marblehead's Emergency Motion to Amend Pretrial Order And For Limited Discovery, adjourning the Final Pretrial Conference to April 26, 2007, and adjourning the jury trial to April 30, 2007.

4. On February 15, 2007, the parties filed an Assented-To Motion To Amend The Pretrial Order. The parties proposed that both Fed. R. Civ. P. 26(a)(3) pretrial disclosures, and the joint pretrial memorandum in accordance with L.R. 16.5(d), be filed and served by March 29, 2007. The parties further proposed April 12, 2007 as the date for filing and serving objections to pretrial disclosures. By Electronic Order dated February 16, 2007, the Court granted the Assented-To Motion to Amend The Pretrial Order.

5. The parties have exchanged discovery requests as contemplated by the Court's granting of First Marblehead's Emergency Motion to Amend Pretrial Order And For Limited Discovery. House provided his responses to First Marblehead's requests, however, to date, First Marblehead has not provided its responses to House's discovery requests (which were served on or about February 28, 2007). House requires the additional discovery from First Marblehead in order to complete his pretrial disclosures and the joint pretrial memorandum.

6. Additionally, following the Court's Electronic Order of February 16, 2007, the parties have attempted unsuccessfully to confer regarding the joint pretrial memorandum and pretrial disclosures. Counsel for House was unable to reach counsel for First Marblehead until March 26, 2007, a mere three days before the joint pretrial memorandum and pretrial disclosures are due. When counsel finally were able to confer briefly on March 26, 2007, they agreed that they needed more time to consider and discuss witness lists, exhibits, facts remaining in dispute, and other matters that potentially could narrow the issues for trial.

NYC_23848.1

7. Accordingly, the parties respectfully request that the Court (i) extend the date for making pretrial disclosures as required by Fed. R. Civ. P. 26(a)(3) to April 12, 2007; (ii) extend the date for serving and filing objections to pretrial disclosures to April 19, 2007; and (iii) extend the date for filing the joint pretrial memorandum to April 12, 2007 (which is still well within the requirement of L.R. 16.5(d) of five business days prior to the pretrial conference scheduled for April 26, 2007). *The remaining pretrial dates, including the trial date, shall be unaffected.*

8. Counsel for House has conferred with counsel for First Marblehead, and counsel for First Marblehead has assented to these proposed changes to the Pretrial Order.

**WHEREFORE**, Defendant Gregory House, with the assent of Plaintiff First Marblehead Corporation, requests that the Pretrial Order be modified as set forth herein.

Respectfully submitted,

DEFENDANT GREGORY HOUSE,

By his attorneys,

/s/ Peter N. Wang
Peter N. Wang (admitted pro hac vice)
Yonaton Aronoff (admitted pro hac vice)
**FOLEY & LARDNER LLP**
90 Park Avenue
New York, New York  10016
Telephone:  (212) 682-7474

Assented to:

PLAINTIFF THE FIRST MARBLEHEAD CORP.,

By its attorneys,

/s/ Kenneth J. DeMoura
Kenneth J. DeMoura
**ADLER POLLOCK & SHEEHAN PC**
175 Federal Street, 10th Floor
Boston, MA  02110

Dated: March 26, 2007

NYC_23848.1

## CERTIFICATE OF RULE 7.1 CONFERENCE AND OF SERVICE

    I, Yonaton Aronoff, hereby certify that, prior to filing the above motion, counsel conferred concerning this motion, and counsel for plaintiff assented to this motion. I further certify that on this 26th day of March 2007, I served a copy of the above motion via the United States District Court electronic filing system to all counsel of record.

                                //S//Yonaton Aronoff

                                Yonaton Aronoff

NYC_23848.1