UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

| | |
|---|---|
| FIRST MARBLEHEAD CORP., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. 04-11263PBS |
| ) | |
| GREGORY HOUSE, ) | |
| ) | |
| Defendant. ) | |

---

## NOTICE OF MOTION *IN LIMINE* TO EXCLUDE FROM TRIAL THE ANTICIPATED TESTIMONY OF ROBERT A. SHERWIN

PLEASE TAKE NOTICE that, upon the Memorandum of Law in Support of Defendants' Motion *In Limine* to Exclude the Expert Testimony of Robert A Sherwin and the exhibits attached thereto, Defendant will move this Court before the Honorable Patti B. Saris, United States District Judge, at the United States District Court for the District of Massachusetts, in the Courthouse located at 1 Courthouse Way, in and for the County of Suffolk, State of Massachusetts, on the 26th day of April 2007, at 2 p.m., or as soon thereafter as counsel may be heard, for an order excluding from trial the anticipated testimony of Robert A. Sherwin.

DATED: April 12, 2007

> Respectfully submitted,
> Gregory House,
> By his attorneys,
>
> /s/Peter N. Wang
> Peter N. Wang (admitted *Pro Hac Vice*)
> Yonaton Aronoff (admitted *Pro Hac Vice*)
> **Foley & Lardner LLP**
> 90 Park Avenue
> New York, NY 10016

NYC_24053.1

2

CERTIFICATE OF SERVICE

    I, Yonaton Aronoff, hereby certify that on this 12th day of April 2007, I served a copy of this document via the United States District Court electronic filing system to all counsel of record.

//S//Yonaton Aronoff

Yonaton Aronoff

NYC_24053.1