UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

FIRST MARBLEHEAD CORP.,            )
                                   )
       Plaintiff,                  )
                                   )
vs.                                )   Civil Action No. 04-11263PBS
                                   )
GREGORY HOUSE,                     )
                                   )
       Defendant.                  )

---

**ANBINDER DEPOSITION DESIGNATIONS OFFERED BY DEFENDANT**

Pursuant to Rules 32(a) of the Federal Rules of Civil Procedure, Defendant Gregory House ("House"), by and through his attorneys Foley & Lardner LLP, hereby submits his designations of the deposition testimony of Stephen E. Anbinder, for use at trial:

**Deposition Testimony of Stephen E. Anbinder[1]**

Designations:

4:8-14

6:5-8:5

9:5-19

9:23-10:12

15:3-19:10

20:9-12

34:7-21

35:10-36:8

36:20-37:9

---

[1] All designated deposition excerpts are attached hereto as Group Exhibit A.

NYC_24031.1

50:5-9

52:2-17

54:23-55:18

60:9-61:4

61:18-62:2

63:21-64:2

64:12-65:13

69:3-11

74:17-75:7

79:13-80:22

House respectfully reserves the right to supplement and/or amend this list, as necessary.

DATED: April 12, 2007

>Respectfully submitted,
>Gregory House,
>By his attorneys,
>
>/s/ Peter N. Wang
>Peter N. Wang (admitted *Pro Hac Vice*)
>Yonaton Aronoff (admitted *Pro Hac Vice*)
>**Foley & Lardner LLP**
>90 Park Avenue
>New York, NY 10016

CERTIFICATE OF SERVICE

I, Yonaton Aronoff, hereby certify that on this 12th day of April 2007, I served a copy of this document via the United States District Court electronic filing system to all counsel of record.

>//S//Yonaton Aronoff
>
>Yonaton Aronoff

2

NYC_24031.1