# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

```
-----------------------------------------------------------
FIRST MARBLEHEAD CORP.,              )
                                     )
         Plaintiff,                  )
                                     )
vs.                                  )   Civil Action No. 04-11263PBS
                                     )
GREGORY HOUSE,                       )
                                     )
         Defendant.                  )
-----------------------------------------------------------
```

## DEFENDANT'S PROPOSED *VOIR DIRE* QUESTIONS

In addition to its standard questions, Defendant Gregory House ("House") respectfully requests that the Court ask the following additional questions during *voir dire*, and ask appropriate follow-up questions depending upon the answers thereto.

1. Please state you/your spouse/your adult children's present occupation(s).

2. Please state the name of the company you/your spouse/your adult children work for, and describe the details of same (industry, size of company, etc.).

3. Have you/your spouse invested in (purchased or sold) stock?

4. Do you know what stock options are?

5. Have you or any close family member or friend of yours ever received stock options from an employer? (If "yes," please describe the circumstances of same.)

DATED: April 12, 2007

                                            Respectfully submitted,
                                            Gregory House,
                                            By his attorneys,

                                            /s/Peter N. Wang
                                            Peter N. Wang (admitted *Pro Hac Vice*)
                                            Yonaton Aronoff (admitted *Pro Hac Vice*)
                                            **Foley & Lardner LLP**
                                            90 Park Avenue
                                            New York, NY 10016

2

## CERTIFICATE OF SERVICE

      I, Yonaton Aronoff, hereby certify that on this 12th day of April 2007, I served a copy of this document via the United States District Court electronic filing system to all counsel of record.

                                          //S//Yonaton Aronoff

                                          Yonaton Aronoff

NYC_24032.1