UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

THE FIRST MARBLEHEAD CORPORATION
    Plaintiff

v                                                                                  CIVIL ACTION NO. 04-11263PBS

GREGORY J. HOUSE
    Defendant

## OBJECTIONS TO DEFENDANT'S PROPOSED EXHIBITS

Pursuant to this Court's pre-trial order and the applicable Federal Rules of Civil Procedure, plaintiff The First Marblehead Corporation ("First Marblehead") submits the following objections to the exhibits proposed by the defendant, Gregory House.

| House's Proposed Exhibit No. | Title | Basis for Objection |
|---|---|---|
| 6. | Supplemental Memorandum | Relevance, subsequent remedial measure |
| 11. | Memo re: Preparation of Estate Planning Documents for First Marblehead Employees | Relevance |
| 12. | Ralph James note to House | Relevance |
| 13. | Hoffman memo to Leffenfeld | Relevance, cumulative, no date |
| 14. | Hoffman memo to Leffenfeld | Relevance, no date |
| 24. | Tarr letter to House | Relevance, hearsay |

| 25. | Hoffman email to Tarr, et al., and email string | Relevance, hearsay |
|---|---|---|
| 26. | Tarr letter to Wang | Relevance, hearsay |
| 27. | Tarr letter to Wang | Relevance, hearsay |
| 28. | Tarr email to Johnson, and email string | Relevance, hearsay |
| 29. | Hoffman email to DeMoura, and email string | Relevance, hearsay |
| 30. | DeMoura letter to Brooks | Relevance, hearsay |
| 31. | Tarr email to Brooks, and email string | Relevance, hearsay |
| 32. | Tarr email to Brooks | Relevance, hearsay |
| 33. | Tarr email to Brooks | Relevance, hearsay |
| 34. | DeMoura letter to Brooks | Relevance, hearsay |
| 40. | Grant of Incentive Stock Option to Ralph James | Relevance |
| 41. | Complaint Against Rodney Hoffman and Deutsch Williams | Relevance, hearsay |
| 47. | Plaintiff's Response to Defendant's First | No objection to reading responses but document should not be admitted. |

|     |                                                                                    |                                                                        |
| --- | ---------------------------------------------------------------------------------- | ---------------------------------------------------------------------- |
|     | Set of Interrogatories                                                             |                                                                        |
| 48. | Plaintiff's Response to Defendant's First Set of Requests for Admission            | No objection to reading responses but document should not be admitted. |
| 49. | Plaintiff's Responses to Defendant's Third Set of Interrogatories                  | No objection to reading responses but document should not be admitted. |

Respectfully submitted,

THE FIRST MARBLEHEAD CORPORATION
By its attorneys

/s/ Kenneth J. DeMoura
Kenneth J. DeMoura/BBO#548910
Michael D. Riseberg/BBO# 567771
ADLER POLLOCK & SHEEHAN, P.C.
175 Federal Street
Boston, Massachusetts 02110
(617) 482-0600

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that he served a copy of the above document via the United States District Court electronic filing system to all counsel of record on April 19, 2007.

/s/ Kenneth J. DeMoura_____
Kenneth J. DeMoura/BBO#548910