UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE FIRST MARBLEHEAD CORPORATION<br>    Plaintiff<br><br>v<br><br>GREGORY J. HOUSE<br>    Defendant | CIVIL ACTION NO. 04-11263PBS |

**OBJECTIONS AND COUNTER-DESIGNATIONS
OF DEPOSITION TESTIMONY OF STEPHEN E. ANBINDER**

Pursuant to this Court's pre-trial order and the applicable Federal Rules of Civil Procedure, plaintiff The First Marblehead Corporation ("First Marblehead") submits the following objections and counter-designations of the deposition testimony of Stephen E. Anbinder.

1. Objections

First Marblehead objects to the designation and reading of the following portions of the Anbinder transcript on the grounds that the questions call for speculation and surmise and in fact the responses of the witness are conjecture and surmise and not based on personal knowledge:

| Page | Lines |
|------|-------|
| 79   | 13-17 |
| 80   | 17-22 |

2. Counter-designations

In order to satisfy the rule of completeness, First Marblehead designates the following portions of the Anbinder transcript and requests that the defendant be required to read these portions at the same time that defendant is reading the portions designated.

| Page | Lines |
|------|-------|
| 8 | 6-17 |
| 20 | 13-25 |
| 21 | 2 |
| 24 | 15-25 |
| 25 | 2-5 |
| 26 | 14-25 |
| 27 | 2 |
| 30 | 3-8 |
| 31 | 22-25 |
| 32 | 2-19 |
| 36 | 9-15 |
| 37 | 10-19 |
| 67 | 5-25 |
| 68 | entire page |
| 69 | 2 |
| 69 | 12-21 |
| 74 | 8-16* |

Respectfully submitted,

THE FIRST MARBLEHEAD CORPORATION
By its attorneys

/s/ Kenneth J. DeMoura
Kenneth J. DeMoura/BBO#548910
Michael D. Riseberg/BBO# 567771
ADLER POLLOCK & SHEEHAN, P.C.
175 Federal Street
Boston, Massachusetts 02110
(617) 482-0600

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that he served a copy of the above document via the United States District Court electronic filing system to all counsel of record on April 19, 2007.

/s/ Kenneth J. DeMoura
Kenneth J. DeMoura/BBO#548910