```
                                                          1
 1
 2    UNITED STATES DISTRICT COURT
 3    DISTRICT OF MASSACHUSETTS
 4    Civil Action No. 04-11263PBS
 5    ------------------------------------------x
 6    FIRST MARBLEHEAD CORP.,
 7                              Plaintiff,
 8             - against -
 9    GREGORY HOUSE,
10                              Defendant.
11    ------------------------------------------x
12                              March 2, 2005
                                10:00 a.m.
13
14             DEPOSITION of GREGORY HOUSE,
15    taken by the Plaintiff, pursuant to
16    Notice, held at the offices of Foley &
17    Lardner, 90 Park Avenue, New York, New
18    York, before Debbie Zaromatidis, a
19    Shorthand Reporter and Notary Public of
20    the State of New York.
21
22
23
24
25
```

2

1

2  A P P E A R A N C E S :

3

4     ADLER POLLOCK & SHEEHAN, P.C.

5     Attorneys for Plaintiff

6         175 Federal Street

7         Boston, Massachusetts 02110

8     BY:   KENNETH J. DEMOURA, ESQ.

9

10

11    FOLEY & LARDNER, LLP

12      Attorneys for Defendant

13         90 Park Avenue

14         New York, New York 10016-1314

15     BY:   PETER WANG, ESQ.

16           YONATON ARONOFF, ESQ.

17

18  ALSO PRESENT:

19     DONALD R. PECK, First Marblehead Corp.

20

21

22

23

24

25

207

HOUSE

1
2  Q. Have you ever had any
3  conversations about your stock options
4  with Jennifer House?
5  A. Yes.
6  Q. When do you recall doing that?
7  A. Prior to leaving Marblehead, but
8  when I have no idea. I can't recall that
9  at all. I know that she knew I had them.
10 Q. It would have been while you
11 were still married?
12 A. Yes.
13 Q. And what do you recall telling
14 her?
15 A. I would not characterize
16 Jennifer as financially sophisticated, so
17 we would not have gone into the details of
18 the options or their characteristics or
19 their valuation or anything like that.
20 What we would have discussed is that I
21 received them as part of my compensation,
22 and I recall her being upset about them
23 not being enough. That is -- that would
24 have been it.
25 Q. Okay.

208

HOUSE

Would that conversation have occurred at or around the time that you learned how many options you had received in June of 1997?

A. No, I think probably it happened later.

Q. Later.

MR. ARONOFF: For the record, Mr. Demoura, we are not waiving any possible marital privilege that might apply.

MR. DEMOURA: I understand.

Q. Other than that one conversation that you had, do you recall any other conversations --

A. I didn't say it was one conversation. I said that we discussed the issue. I can't recall if it was in one conversation or 30 conversations. I think that it was a subject for discussion.

Q. Now, earlier you testified that -- I believe you testified earlier that at some point the options were going