## Aronoff, Yonaton

| | |
|---|---|
| **From:** | DeMoura, Kenneth [Kdemoura@apslaw.com] |
| **Sent:** | Monday, October 17, 2005 9:55 AM |
| **To:** | Aronoff, Yonaton |
| **Subject:** | RE: House/FM |
| **Attachments:** | Kenneth J. DeMoura, Esq..vcf |

Thanks for the information. I will get back to you shortly with a proposed stipulation. Ken


Kenneth J. DeMoura, Esq.
ADLER POLLOCK & SHEEHAN P.C.
175 Federal Street, 10th Floor
Boston, MA 02110

E-Mail kdemoura@apslaw.com
Phone 617.482.0600
Fax 617.482.0604
Visit our website at www.apslaw.com
ADLER POLLOCK & SHEEHAN P.C.
*************************************************

This e-mail message is confidential and is intended only for the named recipient(s). It may contain information that is subject to the attorney client privilege or the attorney work-product doctrine or that is otherwise exempt from disclosure under applicable law. If you have received this e-mail message in error, or are not the named recipient (s), please immediately notify the sender and delete this message from your computer and destroy all copies. Thank you.

To comply with IRS regulations, we advise that any discussion of Federal tax issues in this e-mail is not intended or written to be used, and cannot be used, (i) to avoid any penalties imposed under the Internal Revenue Code or (ii) to promote, market or recommend to another party any transaction or matter addressed herein.

> -----Original Message-----
> **From:** Aronoff, Yonaton [mailto:YAronoff@foley.com]
> **Sent:** Monday, October 17, 2005 9:44 AM
> **To:** DeMoura, Kenneth
> **Subject:** House/FM
>
> Ken,
>
> We've received House's Financial Statement filed in conjunction with his divorce proceeding. After reviewing the Statement, we can now confirm that House did not list his First Marblehead stock options on the form under "Other Assets". Because we now can confirm this fact, we are now able to stipulate to this. Let me know what form you would like the stipulation to take.
>
> Regards,
> Yonaton
>
> The preceding email message may be confidential or protected by the attorney-client privilege. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this message in error, please (i) do not read it, (ii) reply to the sender that you received the message in error, and (iii) erase or destroy the message. Legal advice contained in the preceding

message is solely for the benefit of the Foley & Lardner LLP client(s) represented by the Firm in the particular matter that is the subject of this message, and may not be relied upon by any other party.

Internal Revenue Service regulations require that certain types of written advice include a disclaimer. To the extent the preceding message contains advice relating to a Federal tax issue, unless expressly stated otherwise the advice is not intended or written to be used, and it cannot be used by the recipient or any other taxpayer, for the purpose of avoiding Federal tax penalties, and was not written to support the promotion or marketing of any transaction or matter discussed herein.