UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE FIRST MARBLEHEAD CORPORATION<br>    Plaintiff<br><br>v<br><br>GREGORY J. HOUSE<br>    Defendant | CIVIL ACTION NO. 04-11263PBS |

**PLAINTIFF'S INITIAL DISCLOSURES**

The Plaintiff, The First Marblehead Corporation, ("First Marblehead"), pursuant to Fed.R.Civ.P. 26(a)(1) and Local Rule 26.2(A), through its undersigned counsel of record, makes the initial disclosures detailed below. First Marblehead reserves the right to supplement these disclosures. In addition, by making the disclosures herein, First Marblehead does not waive any right or claim it may have to assert the attorney-client privilege or attorney work-product protection for any testimony, document or matter referred to below, nor does First Marblehead admit or concede, by making these disclosures, the admissibility, accuracy or discoverability of the information and/or documents disclosed herewith.

I.   **Individuals Likely to have Discoverable Information That First Union May Use To Support Its Claims Or Defenses.**

*Daniel Maxwell Meyers, Chief Executive Officer and Chairman of the Board of Directors*
c/o The First Marblehead Corporation
Prudential Tower, 34th Floor
800 Boylston Street
Boston, MA 02119-8157
(617) 638-2000

Mr. Meyers has served as First Marblehead's Chief Executive Officer and Chairman of the board of directors since its incorporation in 1994. Mr. Meyers has knowledge concerning Mr. House's

employment with First Marblehead, the adoption of The First Marblehead 1996 Stock Option and the grant of options to the defendant Gregory House.

*Rodney G. Hoffman, Esq.*
Deutsch Williams Brooks DeRensis & Holland P.C.
99 Summer Street
Boston, MA 02110
(617) 951-2300

Mr. Hoffman served as attorney for First Marblehead Corporation and has knowledge concerning the adoption of The First Marblehead 1996 Stock Option Plan and the grant of options to the defendant Gregory House.

II      Documents That First Marblehead May Use To Support Its Claims or Defenses.

First Marblehead may use the following documents to support its claims or defenses:

  a. Gregory House personnel file and compensation records;
  b. Shareholder Resolutions and Minutes of meetings of the Board of Directors or its subcommittees relating to The First Marblehead 1996 Stock Option Plan;
  c. The First Marblehead 1996 Stock Option Plan;
  d. Grant of Incentive Stock Option to Gregory House dated June 15, 1997;
  e. Documents filed with the Securities and Exchange Commission regarding the Plan.

III     Computation of Damages

First Marblehead is seeking a declaratory judgment.

IV      Insurance Agreements

First Marblehead is not aware of any insurance policy that may be liable to satisfy part or all of any judgment that may be entered in this action or to indemnify or reimburse any of the parties for payments made to satisfy any such judgment.

FIRST MARBLEHEAD RESERVES THE RIGHT TO AMEND OR SUPPLEMENT THESE

AUTOMATIC REQUIRED DISCLOSURES.

                                                        Respectfully submitted,
THE FIRST MARBLEHEAD CORPORATION
By its attorneys


/s/ Kenneth J. DeMoura
Kenneth J. DeMoura (BBO#548910)
**ADLER POLLOCK & SHEEHAN, P.C.**
175 Federal Street
Boston, Massachusetts 02110
(617) 482-0600

Dated: October 5, 2004