UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE FIRST MARBLEHEAD CORPORATION<br>    Plaintiff<br><br>v<br><br>GREGORY J. HOUSE<br>    Defendant | CIVIL ACTION NO. 04-11263PBS |

**NOTICE OF APPEARANCE**

Please enter the appearance of Michael D. Riseberg for plaintiff The First Marblehead Corporation in the above-captioned matter.

    Respectfully submitted,

    THE FIRST MARBLEHEAD CORPORATION
    By its attorney,

    /s/ Michael D. Riseberg
    Michael D. Riseberg/BBO# 567771
    ADLER POLLOCK & SHEEHAN, P.C.
    175 Federal Street
    Boston, Massachusetts 02110
    (617) 482-0600

## **CERTIFICATE OF SERVICE**

     The undersigned certifies that he served a copy of the above notice via the United States District Court electronic filing system to all counsel of record on April 27, 2007.

                                          /s/ Michael D. Riseberg\
                                          Michael D. Riseberg