UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE FIRST MARBLEHEAD CORPORATION<br>    Plaintiff<br><br>v<br><br>GREGORY J. HOUSE<br>    Defendant | CIVIL ACTION NO. 04-11263PBS |

### FIRST MARBLEHEAD'S SUPPLEMENTAL PROPOSED VOIR DIRE

The First Marblehead Corporation ("First Marblehead") respectfully requests that the following additional inquiry be made of potential jurors during voir dire:

1. Is there any reason that you could not be impartial with respect to a company that is involved in the student loan industry?

                Respectfully submitted,

                THE FIRST MARBLEHEAD CORPORATION
                By its attorneys

                <u>/s/ Kenneth J. DeMoura</u>
                Kenneth J. DeMoura (BBO#548910)
                Michael D. Riseberg (BBO# 567771)
                ADLER POLLOCK & SHEEHAN, P.C.
                175 Federal Street
                Boston, Massachusetts 02110
                (617) 482-0600

Dated: July 16, 2007

## CERTIFICATE OF OF SERVICE

The undersigned hereby certifies that he served a copy of the above document via hand delivery to all counsel of record on July 16, 2007.

                                                /s/ Kenneth J. DeMoura

Kenneth J. DeMoura/BBO#548910

*423245_1*