UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

THE FIRST MARBLEHEAD
CORPORATION
    Plaintiff

v

GREGORY J. HOUSE
    Defendant

CIVIL ACTION NO. 04-11263PBS

## FIRST MARBLEHEAD'S MOTION FOR LEAVE TO AMEND ANSWER TO AMENDED COUNTERCLAIMS

The First Marblehead Corporation ("First Marblehead") hereby moves for leave to amend its answer to the amended counterclaim to assert the affirmative defense of negligent misrepresentation. The grounds for this motion are set forth in First Marblehead's Memorandum of Law in Support of its Motion for Leave to Amend the Answer to the Amended Counterclaims.

    THE FIRST MARBLEHEAD CORPORATION,
    By its attorneys

    /s/ Kenneth J. DeMoura
    Kenneth J. DeMoura  BBO# 548910
    Michael D. Riseberg BBO# 567771
    Adler Pollock & Sheehan PC
    175 Federal Street
    Boston MA 02110
    (617) 482-0600

Date: July 16, 2007

## CERTIFICATE OF OF SERVICE

The undersigned hereby certifies that he served a copy of the above document via hand delivery to all counsel of record on July 16, 2007.

Kenneth J. DeMoura/BBO#548910        /s/ Kenneth J. DeMoura