UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

THE FIRST MARBLEHEAD CORPORATION
Plaintiff

v

GREGORY J. HOUSE
Defendant

CIVIL ACTION NO. 04-11263PBS

# FIRST MARBLEHEAD'S PROPOSED SPECIAL JURY VERDICT FORM

**Question 1.** Was First Marblehead negligent?

**CHECK ONE:**           YES _____           NO _____

*If your answer to Question #1 is **YES**, go to Question #2.*

*If your answer to Question #1 is **NO**, please skip to the end and sign the verdict form.*

**Question 2.** Was First Marblehead's negligence the proximate cause of Gregory House's damages?

**CHECK ONE:**           YES _____           NO _____

*If your answer to Question #2 is **YES**, go to Question #3.*

*If your answer to Question #2 is **NO**, please skip to the end and sign the verdict form.*

**Question 3..** Did Gregory House establish that if he had known of the three-month expiration period, that he would have exercised his options on or before May 28, 1998?

**CHECK ONE:**           YES _____           NO _____

*If your answer to Question #3 is **YES**, go to Question #4.*

*If your answer to Question #3 is **NO**, please skip to the end and sign the verdict form.*

**Question 4** Was Gregory House negligent?

**CHECK ONE:**           YES _____           NO _____

*Please proceed to Question #5.*

**Question 5.** Using 100% as a total, what percentage of negligence is attributed to Defendant First Marblehead and what percentage of negligence is attributed to Plaintiff Gregory House?

        Defendant First Marblehead.  _____%
        Plaintiff Gregory House        _____%

(**NOTE**: These three must total to 100%.)

*Please proceed to question #6.*

**Question 6.** Please state, in words and numbers, the amount of money that you find would fairly and adequately compensate the plaintiff Gregory House for the damages caused by his reliance on First Marblehead's misrepresentation(s).

        _____
        Amount in Words

        $_____
        Amount in Numbers

I CERTIFY THAT EACH OF THE QUESTIONS ANSWERED ABOVE WAS ANSWERED UNANIMOUSLY BY EACH OF THE JURORS.

        _____
        Foreperson of the Jury

_____
Date

                                Respectfully submitted,

                                THE FIRST MARBLEHEAD CORPORATION
                                By its attorneys


                                /s/ Kenneth J. DeMoura
                                Kenneth J. DeMoura (BBO#548910)
                                Michael D. Riseberg (BBO# 567771)
                                Colleen Nevin (BBO#665114)
                                ADLER POLLOCK & SHEEHAN, P.C.
                                175 Federal Street
                                Boston, Massachusetts 02110
                                (617) 482-0600

Dated: July 16, 2007

*423250_1*


## CERTIFICATE OF OF SERVICE

The undersigned hereby certifies that he served a copy of the above document via hand delivery to all counsel of record on July 16, 2007.


Kenneth J. DeMoura/BBO#548910          /s/ Kenneth J. DeMoura