UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

THE FIRST MARBLEHEAD CORPORATION
    Plaintiff

v

GREGORY J. HOUSE
    Defendant

CIVIL ACTION NO. 04-11263PBS

**FIRST MARBLEHEAD'S SUPPLEMENTAL PROPOSED VOIR DIRE**

The First Marblehead Corporation ("First Marblehead") respectfully requests that the following additional inquiry be made of potential jurors during voir dire:

1.  Is there any reason that you could not be impartial with respect to a company that is involved in the student loan industry?

Respectfully submitted,

THE FIRST MARBLEHEAD CORPORATION
By its attorneys

/s/ Kenneth J. DeMoura
Kenneth J. DeMoura (BBO#548910)
Michael D. Riseberg (BBO# 567771)
ADLER POLLOCK & SHEEHAN, P.C.
175 Federal Street
Boston, Massachusetts 02110
(617) 482-0600

Dated: July 16, 2007

## CERTIFICATE OF OF SERVICE

The undersigned hereby certifies that he served a copy of the above document via hand delivery to all counsel of record on July 16, 2007.

/s/ Kenneth J. DeMoura_____

Kenneth J. DeMoura/BBO#548910

*423245_1*