**FOLEY**

FOLEY & LARDNER LLP

ATTORNEYS AT LAW
90 PARK AVENUE
NEW YORK, NY 10016-1314
212.682.7474 TEL
212.687.2329 FAX
www.foley.com

July 22, 2007

WRITER'S DIRECT LINE
212.338.3401
pwang@foley.com EMAIL

CLIENT/MATTER NUMBER
260691-0101

**VIA ELECTRONIC FILING**

Hon. Patti B. Saris, U.S.D.J.
United States District Court for the District of
Massachusetts
1 Courthouse Way
Boston, Massachusetts 02110

      Re:   *The First Marblehead Corporation v. Gregory House*
            (Civ. Action No. 04-11263PBS)

Dear Judge Saris:

      On behalf of Defendant Gregory House ("House"), we write to inform the Court that upon further reflection after last Friday's Charge Conference, and under all of the circumstances, we have re-considered our position with respect to a jury instruction on comparative negligence. We are now of the view that such an instruction should be given, subject to the changes we have made to (i) First Marblehead's proposed general jury instruction on comparative negligence, and (ii) the proposed special verdict form. Our suggested revisions are enclosed herewith. Further, we informed Plaintiff's counsel of our position this evening, so that he could be prepared, as appropriate, for the closing.

                                          Respectfully submitted,

                                          Peter N. Wang

Enclosures.
cc:    (by ECF Filing System)
        Kenneth J. DeMoura, Esq.
        Michael D. Riseberg, Esq.

BOSTON   LOS ANGELES   SACRAMENTO   TALLAHASSEE
BRUSSELS   MADISON   SAN DIEGO   TAMPA
CHICAGO   MILWAUKEE   SAN DIEGO/DEL MAR   TOKYO
DETROIT   NEW YORK   SAN FRANCISCO   WASHINGTON, D.C.
JACKSONVILLE   ORLANDO   SILICON VALLEY

NYC_34833.1