**Comparative Negligence**

If you find that First Marblehead made a negligent misrepresentation on which House justifiably relied to his detriment, you must then determine whether House was negligent by failing to use the skill and care that a reasonable person would have exercised under the same or similar circumstances. First Marblehead bears the burden of proving that House was comparatively negligent.

If you are convinced by a preponderance of the evidence that House was negligent and that this negligence causally contributed to House's damages, you are to compare House's negligence with the negligence of First Marblehead. To do this comparison, determine the percentage House was negligent and the percentage First Marblehead was negligent. The combined total of House's and First Marblehead's negligence must equal 100 percent.

Adapted from MCLE, <u>Massachusetts Superior Court Civil Jury Instructions</u>, § 18.6.3.

<u>In Re Drown</u>, 340 B.R. 428, 441-442 (D. Mass. 2006).

**Deleted:** the defendant
**Deleted:** the plaintiff
**Deleted:** the plaintiff
**Deleted:** the plaintiff
**Deleted:** the
**Deleted:** plaintiff's
**Deleted:** plaintiff's
**Deleted:** the defendant
**Deleted:** the plaintiff
**Deleted:** the defendant
**Deleted:** p
**Deleted:** laintiff's
**Deleted:** defendant's
**Deleted:** )(interpreting Massachusetts law in rejecting negligent misrepresentation claim where comparative negligence outweighed negligence of defendant)

NYC_34834.1