```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

|  |  |
|---|---|
| FIRST MARBLEHEAD CORP., ) | |
| Plaintiff, ) | |
| v. ) | CIVIL ACTION NO. 04-11263-PBS |
| GREGORY HOUSE, ) | |
| Defendants. ) | |

## SPECIAL VERDICT FORM

1. Did Gregory House know, or should he have reasonably known, prior to May 19, 2001, that he had been harmed by First Marblehead's conduct?

    _____ Yes          _____ No

**[Proceed to Q.2.]**

2. Has Gregory House proven by a preponderance of the evidence that First Marblehead Corporation made a material negligent misrepresentation or omission upon which he reasonably relied?

    _____ Yes          _____ No

**[If you answered YES to Q.2, go to Q.3. If you answered NO, please skip to the end and sign the verdict form.]**

3. Did Gregory House prove that, if he had known about the three-month expiration period, he would have exercised his options prior to three months after resigning from First Marblehead?

    _____ Yes          _____ No

NYC_32509.1

[If you answered YES to Q.3, go to Q.4. If you answered NO, please skip to the end and sign the verdict form.]

4. Was House negligent?

_____ Yes _____ No

[If you answered YES to Q.4, go to Q.5. If you answered NO, please skip to Q.6.]

5. Using 100% as a total, what percentage of negligence is attributed to First Marblehead and what percentage of negligence is attributed to House?

First Marblehead _____ %

House _____ %

[Proceed to Q.6.]

6. Please state, in words and numbers, the amount of money that House proved would fairly and adequately compensate him for the damages proximately caused by his reliance on First Marblehead's misrepresentation(s) (subtracting for the percentage of negligence, if any, that you attributed to House in Q.5 above).

$_____
(Numbers)

_____
(Words)

I certify that each of the questions answered above was answered unanimously.

_____
JURY FOREPERSON

_____
Date

**Deleted:** 4. Please state, in words and numbers, the amount of money that House proved would fairly and adequately compensate him for the damages proximately caused by his reliance on First Marblehead's misrepresentation(s).

$_____
(Numbers)

_____
(Words)

**Deleted:** ¶

**Formatted:** Font: Bold

**Deleted:** ¶

**Deleted:** ¶