AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF __Massachusetts__

First Marblehead Corporation
V.
Gregory House

EXHIBIT  LIST

Case Number: 04-CV-11263-PBS   PAGE 1

| PRESIDING JUDGE Patti B. Saris | PLAINTIFF'S ATTORNEY DeMoura, Riseberg | DEFENDANT'S ATTORNEY Wang, Aronoff |
|---|---|---|
| TRIAL DATE(S) 7/16/07, 7/17, 7/18, 7/19, 7/20, 7/23 | COURT REPORTER Lee Marzilli | COURTROOM DEPUTY Robert C. Alba |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 7/17/07 | | X | LETTER FROM ___ TO GREG HOUSE 12-21-90 |
| 2 | | 7/17/07 | | ✓ | COMPENSATION REVIEW — GREG HOUSE |
| 3 | | 7/17/07 | | ✓ | MEMO TO FMC STAFF — 7/7 STAFF MEETING AGENDA |
| 4 | | 7/17/07 | | ✓ | MEMO TO FMC EMPLOYEES — EMPLOYEES STOCK OPTION PLAN |
| 5 | | 7/17/07 | | ✓ | OFFER FOR EMPLOYMENT — ABN AMRO |
| 6 | | 7/17/07 | | ✓ | 401K TERMINATION FORM, NOTE FROM BRUCE, ENVELOPE |
| 7 | | 7/17/07 | | ✓ | EMAIL BRUCE LEFENFELD TO HOUSE 3/13/98 |
| 8 | | 7/17/07 | | ✓ | EMAIL BRUCE LEFENFELD TO HOUSE 3/16/98 |
| 9 | | 7/17/07 | | ✓ | LETTER FROM PETER TARR TO HOUSE RE FMC STOCK OPTION STATUS |
| 10 | | 7/17/07 | | ✓ | FMC — GRANT OF INCENTIVE STOCK OPTION — SIGNED |
| | 100 | 7/17/07 | | ✓ | LETTER TO ELIOT ROTHWELL FROM MYERS 5-24-96 |
| | 101 | 7/17/07 | | ✓ | EMAIL FROM HOUSE TO BROTHER |
| | 102 | 7/17/07 | | ✓ | MEMO FROM VIC SAMRA TO FMC STAFF — THE POLICY & EXPENDITURE APPR |
| | 103 | 7/17/07 | | ✓ | INVOICE REGISTER W/ NOTE FROM BRUCE TO GREG |
| | 104 | 7/18/07 | | ✓ | HUSBANDS AFFIDAVIT OF IRRETRIEVABLE BREAKDOWN |
| | 105 | 7/18/07 | | ✓ | FINANCIAL STATEMENT — GREG HOUSE |
| | 106 | 7/18/07 | ✓ | | STATEMENT RE: 401K PLAN — GREG HOUSE / SUSTAINED |
| 11 | | 7/18/07 | | ✓ | DIVORCE AGREEMENT — GREG HOUSE |
| 12 | | 7/18/07 | | ✓ | FMC STOCK OPTION PLAN 1996 |
| 13 | | 7/18/07 | | ✓ | GRANT OF ISO — RALPH JAMES |
| 14 | | 7/18/07 | | ✓ | STOCK OPTION PLAN — HOUSE — UNSIGNED |
| | 107 | 7/18/07 | | ✓ | 1998 Option Grant (redacted) |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages

AO 187A (Rev. 7/87)      EXHIBIT ▓▓▓ LIST – CONTINUATION      PAGE 2

| | | First Marblehead Corporation | vs. | Gregory House | CASE NO. 04-CV-11263-PBS |
|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | 108 | 7/18/07 | | ✓ | MEMO FROM HOFFMAN TO FMC EMPLOYEES RE: OMISSION |
| | 109 | 7/18/07 | | ✓ | FMC FINANCIAL STATEMENTS 1996, 1997, 1998, 1999 |
| | 110 | 7/19/07 | | ✓ | FMC Net Income Chart + Back-Up |
| 15 | | 7/19/07 | ✓ | | OBJECTION SUSTAINED – NOT ADMITTED |
| 16 | | 7/19/07 | | ✓ | MEMO FROM HOFFMAN TO MEMBERS OF STOCK OPTION COMMITTEE 1-3-97 |
| 17 | | 7/19/07 | | ✓ | INVOICE FOR LEGAL SERVICES – RODNEY HOFFMAN |
| 18 | | 7/19/07 | | ✓ | MEMO FROM ~~HOFFMAN~~ JAMES TO HOFFMAN RE STOCK OPTION ALLOCATIONS 1-9-98 |
| 19 | | 7/19/07 | | ✓ | MEMO FROM ~~JAMES~~ HOFFMAN TO MEYERS, JAMES RE TAX TREATMENTS OF ISO's 1-10-05 |
| 20 | | 7/19/07 | | ✓ | MEMO FROM HOFFMAN TO ~~JAMES~~ MEYERS RE ISO GRANTS |
| 21 | | 7/19/07 | | ✓ | LETTER FROM DEMOULA TO DEUTSCH WILLIAMS 11/9/05 |
| 22 | | 7/19/07 | ✓ | | OBJECTION SUSTAINED – NOT ADMITTED |
| | 111 | 7/19/07 | | ✓ | MEMO FROM TAYLOR TO JOHNSON RE FMC GREG HOUSE 4/7/04 |
| 23 | | 7/19/07 | | ✓ | STOCK CHART OF VALUE |
| 24 | | 7/19/07 | | ✓ | GRAPH – VALUE OF HOUSE'S STOCK HOLDINGS |
| | 112 | 7/19/07 | | ✓ | Deutsch Williams Invoices |
| | 113 | 7/20/07 | | ✓ | CHECKING ACCOUNT & FINANCIAL RECORDS |
| A | | 7/23/07 | ✓ | | DAMAGES CHART |

Page _____ of _____ Pages