AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ Massachusetts _____

First Marblehead Corporation
V.
Gregory House

 WITNESS LIST

Case Number: 04-CV-11263-PBS

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Patti B. Saris | DeMoura, Riseberg | Wang, Aronoff |
| TRIAL DATE(S) 7/16, 7/17, 7/18, 7/19, 7/20, 7/23 | COURT REPORTER Lee Marzilli | COURTROOM DEPUTY Robert C. Alba |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 7-16-07 / 7/17/07 | 7/18/07 | | GREGORY J. HOUSE |
| 2 | | 7/18/07 / 7/19/07 | | | DANIEL MEYERS |
| 3 | | 7/19/07 | | | RODNEY G. HOFFMAN |
| 4 | | 7/19/07 | | | PAUL A. MARCUS |
| | 1 | 7/20/07 | | | RALPH JAMES |
| | 2 | 7/20/07 | | | ROBERT A. SHERWIN |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages