UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                            )
FIRST MARBLEHEAD CORP.,     )
                            )
         Plaintiff,         )
                            )
   v.                       )   CIVIL ACTION NO. 04-11263-PBS
                            )
GREGORY HOUSE,              )
                            )
         Defendant.         )
                            )
_____)
```



Received 4:50 PM 7/23/07

### SPECIAL VERDICT FORM

1.  Did Gregory House know, or should he have reasonably known, prior to May 19, 2001, that he had been harmed by First Marblehead's conduct?

    _____ Yes        __✓__ No

**[Proceed to Q.2.]**

2.  Has Gregory House proven by a preponderance of the evidence that First Marblehead Corporation made a negligent misrepresentation upon which he reasonably relied?

    __✓__ Yes        _____ No

**[If you answered YES to Q.2, go to Q.3. If you answered NO, please skip to the end and sign the verdict form.]**

3.  Did Gregory House prove that, if he had known about the three-month expiration period, he would have exercised his options within three months of his resignation?

    _____ Yes        __✓__ No

**[If you answered YES to Q.3, go to Q.4. If you answered NO, please skip to the end and sign the verdict form.]**

4. Did First Marblehead prove that Gregory House was negligent?

\_\_\_\_\_ Yes          \_\_\_\_\_ No

**[If you answered YES to Q.4, go to Q.5.  If you answered NO, please skip to Q.6.]**

5. What percentage of negligence is attributed to defendant First Marblehead and what percentage of negligence is attributed to plaintiff Gregory House?

Defendant First Marblehead:  \_\_\_\_\_ %

Plaintiff Gregory House:     \_\_\_\_\_ %

                    **Total:    100 %**

NOTE: The combined negligence of both parties must total 100%.

**[Proceed to Q.6.]**

6. Please state, in words and numbers, the amount of money that House proved would fairly and adequately compensate him for the damages proximately caused by his reliance on First Marblehead's misrepresentation(s). This is the total amount of damages, without subtracting for any percentage of House's negligence, if any. The Court will calculate any reduction.

**[Do not complete this section if Mr. House's negligence is more than 50%]**

$ _____
             (Numbers)

_____
             (Words)

I certify that each of the questions answered above was answered unanimously.

                              _____
                              JURY FOREPERSON

_July 23, 2007_
Date