UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

First Marblehead Corporation,
    Plaintiff,

V.

                                            CIVIL ACTION: 04-11263-PBS

Gregory J. House,
    Defendant.

## JUDGMENT IN A CIVIL CASE

SARIS, U.S.D.J.                                                                             July 30, 2007

      This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict. IT IS ORDERED AND ADJUDGED that final judgment is hereby entered in favor of the plaintiff, First Marblehead Corporation.

                                                            By the Court,

                                                           /s/ Robert C. Alba
                                                           Deputy Clerk