# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

------------------------------------------------------------

FIRST MARBLEHEAD CORP.,            )
                                   )
       Plaintiff,            )
                                   )
vs.                                )  Civil Action No. 04-11263PBS
                                   )
GREGORY HOUSE,                     )
                                   )
       Defendant.            )

------------------------------------------------------------

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that Defendant, Gregory House ("House"), hereby appeals to the United States Court of Appeals for the First Circuit from the Final Judgment in favor of Plaintiff First Marblehead Corporation, based upon the jury's Special Verdict Form and the Judgment in a Civil Case of the United States District Court for the District of Massachusetts (Honorable Patti B. Saris), entered on July 30, 2007, and the Order of the United States District Court for the District of Massachusetts (Honorable Patti B. Saris), entered on November 15, 2007, denying House's Motion for a New Trial.

DATED:  November 26, 2007       Respectfully submitted,
                                          Gregory House,
                                          By his attorneys,

                                          /S/ Peter N. Wang
                                          Peter N. Wang (admitted *pro hac vice*)
                                          Yonaton Aronoff (admitted *pro hac vice*)
                                          **FOLEY & LARDNER LLP**
                                          90 Park Avenue
                                          New York, NY 10016
                                          (212) 682-7474
                                          *Attorneys for Defendant Gregory House*

2

CERTIFICATE OF SERVICE

      I, Yonaton Aronoff, hereby certify that on this 26th day of November, 2007, I filed this Notice of Appeal electronically. Notice of this filing will be sent to all parties via the United States District Court electronic filing system. Parties may access this filing through the Court's system.

      /S/ Yonaton Aronoff
      Yonaton Aronoff (admitted *pro hac vice*)