## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USDC Docket Number : 04-cv-11263

First Marblehead Corporation

v.

Gregory J. House

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

1-36, 38-78, 80-85, 87-90, 93-98, 100-102, 104-108

and contained in I -III Volume(s) are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 11/26/2007.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on December 6, 2007.

Sarah A Thornton, Clerk of Court

By: *Jeanette James*
Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 12/6/07 .

*Barchard*
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

- 3/06