APPEAL, REMAND

## United States District Court
### District of Massachusetts (Boston)
### CIVIL DOCKET FOR CASE #: 1:04-cv-11263-PBS

| | |
|---|---|
| First Marblehead Corporation v. House | Date Filed: 06/09/2004 |
| Assigned to: Judge Patti B. Saris | Date Terminated: 07/30/2007 |
| Case in other court: First Circuit, 06-01114 | Jury Demand: Both |
| Cause: 28:1441 Petition for Removal- Declaratory Judgemen | Nature of Suit: 190 Contract: Other |
| | Jurisdiction: Diversity |

**Plaintiff**

**First Marblehead Corporation**         represented by **Kenneth J. DeMoura**
Adler, Pollock & Sheehan, PC
175 Federal Street
Boston, MA 02110
617-482-0600
Fax: 617-482-0604
Email: kdemoura@apslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael D. Riseberg**
Adler Pollock & Sheehan P.C.
175 Federal Street
Boston, MA 02110
617-482-0600
Fax: 617-482-0604
Email: mriseberg@apslaw.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Gregory J. House**         represented by **Peter N. Wang**
Foley & Lardner LLP
90 Park Avenue
New York, NY
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William T. Hogan, III**
Nelson, Mullins, Riley & Scarborough,
LLP
66 Long Wharf
Boston, MA 02110
617-573-4701

Fax: 617-573-4710
Email: bill.hogan@nelsonmullins.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Yonaton Aronoff**
Foley & Lardner LLP (NY)
90 Park Avenue
37th Floor
New York, NY 10016
212-682-7474
Fax: 212-687-2329
Email: yaronoff@foley.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elizabeth D. Killeen**
Hogan, Roache & Malone
66 Long Wharf
Boston, MA 02110
617-367-0330
Fax: 617-367-0172
Email: ekilleen@hrmlaw.com
*TERMINATED: 09/08/2005*
*ATTORNEY TO BE NOTICED*

**ThirdParty Defendant**

**Deutsch Williams Brooks DeRensis & Holland, P.C.**

represented by **Michael J. Cedrone**
Peabody & Arnold LLP
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA 02110-2261
617-951-2069
Fax: 617-951-2125
Email: mcedrone@peabodyarnold.com
*ATTORNEY TO BE NOTICED*

**ThirdParty Defendant**

**Esq. Rodney G Hoffman**

represented by **Michael J. Cedrone**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mediator**

**Magistrate Judge Charles B. Swartwood**
*TERMINATED: 06/02/2005*

**Counter Claimant**

**Gregory J. House**

represented by **William T. Hogan, III**
(See above for address)

*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

| | |
|---|---|
| **First Marblehead Corporation** | represented by **Kenneth J. DeMoura**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Counter Claimant**

**Gregory J. House**

V.

**Counter Defendant**

| | |
|---|---|
| **First Marblehead Corporation** | represented by **Kenneth J. DeMoura**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Michael D. Riseberg**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 06/09/2004 | 1 | NOTICE OF REMOVAL by Gregory J. House from Suffolk County, case number 04-2174. $ 150, receipt number 56466, filed by Gregory J. House.(Flaherty, Elaine) (Entered: 06/14/2004) |
| 06/09/2004 |  | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Collings. (Flaherty, Elaine) (Entered: 06/14/2004) |
| 06/22/2004 | 2 | STATE COURT Record, filed (Flaherty, Elaine) (Entered: 06/23/2004) |
| 06/22/2004 | 3 | MOTION for Leave to Appear Pro Hac Vice by Aronoff Filing fee $ 50., receipt number 56802. by Gregory J. House.(Flaherty, Elaine) (Entered: 07/08/2004) |
| 07/02/2004 | 9 | MOTION for Extension of Time to 7/19/04 to file answer by Gregory J. House.(Flaherty, Elaine) Additional attachment(s) added on 9/2/2004 (Flaherty, Elaine). (Entered: 07/06/2004) |
| 07/02/2004 |  | Judge Richard G. Stearns : ORDER entered granting [] Motion for Extension of Time (Flaherty, Elaine) (Entered: 07/06/2004) |
| 07/08/2004 |  | Judge Richard G. Stearns : ORDER entered granting 3 Motion for Leave to Appear Pro Hac Vice Added Yonaton Aronoff for Gregory J. House (Flaherty, Elaine) (Entered: 07/08/2004) |

| | | |
|---|---|---|
| 07/09/2004 | 4 | Judge Richard G. Stearns : ORDER entered ORDER OF RECUSAL. (Flaherty, Elaine) (Entered: 07/12/2004) |
| 07/09/2004 | | Case reassigned to Judge Patti B. Saris. Judge Richard G. Stearns no longer assigned to the case. Counsel are directed to the Court's Standing Orders re: Electronic Case Filing. (Flaherty, Elaine) (Entered: 07/16/2004) |
| 07/16/2004 | 5 | ANSWER to Complaint with Jury Demand, COUNTERCLAIM against First Marblehead Corporation by Gregory J. House.(Patch, Christine) (Entered: 07/21/2004) |
| 07/19/2004 | 6 | NOTICE of Scheduling Conference Scheduling Conference set for 9/13/2004 03:00 PM in Courtroom 13 before Judge Patti B. Saris. (Patch, Christine) (Entered: 07/21/2004) |
| 08/02/2004 | 8 | MOTION for Leave to Appear Pro Hac Vice by Peter N. Wang Filing fee $ 50, receipt number 56802. by Gregory J. House.(Patch, Christine) (Entered: 08/16/2004) |
| 08/09/2004 | 7 | ANSWER to Counterclaim by First Marblehead Corporation.(DeMoura, Kenneth) (Entered: 08/09/2004) |
| 08/16/2004 | | Judge Patti B. Saris : Electronic ORDER entered granting 8 Motion for Leave to Appear Pro Hac Vice Added Peter N. Wang for Gregory J. House (Patch, Christine) (Entered: 08/16/2004) |
| 09/03/2004 | 10 | JOINT STATEMENT re scheduling conference. (DeMoura, Kenneth) (Entered: 09/03/2004) |
| 09/08/2004 | 13 | CERTIFICATION pursuant to Local Rule 16.1 by Gregory J. House. (Patch, Christine) (Entered: 09/13/2004) |
| 09/13/2004 | 11 | CERTIFICATION pursuant to Local Rule 16.1 by First Marblehead Corporation.(DeMoura, Kenneth) (Entered: 09/13/2004) |
| 09/13/2004 | 12 | Response by First Marblehead Corporation *Plaintiff's Supplement to Joint Statement*. (DeMoura, Kenneth) (Entered: 09/13/2004) |
| 09/13/2004 | | ELECTRONIC Clerk's Notes for proceedings held before Judge Patti B. Saris: Scheduling Conference held on 9/13/2004. Court sets discovery and motion filing schedule. Summary Judgment Hearing / Pretrial Conference set for 5/4/2005 at 2:00 PM in Courtroom 19 before Judge Patti B. Saris. Court refers parties to Mediation. Scheduling Order to issue. (Alba, Robert) (Entered: 09/13/2004) |
| 09/13/2004 | 14 | Judge Patti B. Saris : ORDER entered REFERRING CASE to Alternative Dispute Resolution for Mediation, February, 2005.(Patch, Christine) (Entered: 09/17/2004) |
| 09/13/2004 | 15 | Judge Patti B. Saris : ORDER entered SCHEDULING ORDER: Discovery due by 2/18/2005. Summary Judgment Motion due by 3/18/2005; opposition due by 4/15/05. Hearing on Summary Judgment or Pretrial Conference set for 5/4/2005 02:00 PM in Courtroom 19 before |

| | | |
|---|---|---|
| | | Judge Patti B. Saris. Case to be referred to Mediation program: February, 2005. (Patch, Christine) (Entered: 09/17/2004) |
| 01/06/2005 | | Electronic Notice of assignment to ADR Provider. Chief Magistrate Judge Charles B. Swartwood appointed.(Tyler, Rebecca) (Entered: 01/06/2005) |
| 01/06/2005 | | Chief Magistrate Judge Charles B. Swartwood. Electronic Notice of ADR Conference. This matter is set for mediation on 3/8/2005 10:00 AM in Courtroom 1 on the 5th Floor of the WORCESTER Courthouse (Donohue Federal Building). PRINCIPALS WITH BINDING SETTLEMENT AUTHORITY ARE REQUIRED TO ATTEND.(Tyler, Rebecca) (Entered: 01/06/2005) |
| 01/20/2005 | 16 | Joint MOTION for Extension of Time to 4/18/2005 to Complete Discovery by Gregory J. House.(Hogan, William) (Entered: 01/20/2005) |
| 01/24/2005 | | Judge Patti B. Saris : Electronic ORDER entered granting 16 Joint Motion for Extension of Time to Complete Discovery Discovery due by 4/18/2005. (Patch, Christine) (Entered: 01/26/2005) |
| 01/25/2005 | 17 | NOTICE of Change of Firm Name by Yonaton Aronoff, Peter N. Wang (Patch, Christine) Modified on 2/1/2005 (Patch, Christine). (Entered: 02/01/2005) |
| 03/03/2005 | 18 | Assented to MOTION to Continue *the Mediation Session* by Gregory J. House.(Donohue, Elizabeth) (Entered: 03/03/2005) |
| 03/04/2005 | | Judge Charles B. Swartwood : Electronic ORDER entered granting 18 Assented Motion to Continue ADR conference. "ALLOWED." cc/cl (Roland, Lisa) (Entered: 03/04/2005) |
| 03/04/2005 | | NOTICE of ADR Conference; Alternative Dispute Resolution Hearing set for 4/11/2005 10:00 AM in WORCESTER, Courtroom 1 before Magistrate Judge Charles B. Swartwood. ALL PARTIES WITH BINDING AUTHORITY MUST BE PRESENT. cc/cl(Roland, Lisa) (Entered: 03/04/2005) |
| 04/05/2005 | | NOTICE OF RESCHEDULING; Alternative Dispute Resolution Hearing rescheduled for 4/29/2005 10:00 AM in Courtroom 1 before Magistrate Judge Charles B. Swartwood. ALL PARTIES WITH BINDING AUTHORITY MUST BE PRESENT. cc/cl(Roland, Lisa) (Entered: 04/05/2005) |
| 04/13/2005 | 19 | Joint MOTION to Amend *the Scheduling Conference Order* by Gregory J. House.(Donohue, Elizabeth) (Entered: 04/13/2005) |
| 04/25/2005 | | Judge Patti B. Saris : Electronic ORDER entered granting 19 Motion to Amend the Scheduling Conference Order. "Oppositions to Dispositive Motions due by July 15, 2005. The Hearing on Summary Judgment/Pretrial Conference is rescheduled to July 28, 2005 at 2:00 PM." (Patch, Christine) (Entered: 04/27/2005) |
| 05/04/2005 | | NOTICE OF RESCHEDULING due to Attorney request. Alternative |

| | | |
|---|---|---|
| | | Dispute Resolution Hearing re-set for 6/2/2005 10:00 AM in Courtroom 1 before Magistrate Judge Charles B. Swartwood. ALL PARTIES WITH BINDING AUTHORITY MUST BE PRESENT. cc/cl(Roland, Lisa) (Entered: 05/04/2005) |
| 06/02/2005 | 20 | REPORT of Alternative Dispute Resolution Provider (Roland, Lisa) (Entered: 06/02/2005) |
| 06/06/2005 | 21 | Joint MOTION to Amend *Scheduling Order* by Gregory J. House. (Killeen, Elizabeth) (Entered: 06/06/2005) |
| 06/06/2005 | | Judge Patti B. Saris : Electronic ORDER entered denying 21 Motion to Amend the Scheduling Order (Patch, Christine) (Entered: 06/08/2005) |
| 06/28/2005 | 22 | MOTION to Compel by Gregory J. House. (Attachments: # 1 # 2 # 3 # 4 # 5 # 6 # 7 # 8 # 9 # 10 # 11 # 12 # 13 # 14 # 15 # 16 # 17 # 18 # 19 # 20 # 21)(Killeen, Elizabeth) (Entered: 06/28/2005) |
| 07/01/2005 | 23 | MOTION for Summary Judgment by First Marblehead Corporation. (DeMoura, Kenneth) (Entered: 07/01/2005) |
| 07/01/2005 | 24 | MEMORANDUM in Support re 23 MOTION for Summary Judgment filed by First Marblehead Corporation. (DeMoura, Kenneth) (Entered: 07/01/2005) |
| 07/01/2005 | 25 | STATEMENT of facts re 23 MOTION for Summary Judgment *Statement of Undisputed Facts In Support of Motion for Summary Judgment*. (DeMoura, Kenneth) (Entered: 07/01/2005) |
| 07/01/2005 | 26 | APPENDIX/EXHIBIT re 23 MOTION for Summary Judgment *APPENDIX TAB A* by First Marblehead Corporation. (DeMoura, Kenneth) (Entered: 07/01/2005) |
| 07/01/2005 | 27 | APPENDIX/EXHIBIT re 23 MOTION for Summary Judgment *APPENDIX TAB B-J* by First Marblehead Corporation. (DeMoura, Kenneth) (Entered: 07/01/2005) |
| 07/12/2005 | 28 | Assented to MOTION for Extension of Time to 07/19/05 to File Response/Reply as to 22 MOTION to Compel by First Marblehead Corporation.(DeMoura, Kenneth) (Entered: 07/12/2005) |
| 07/12/2005 | 29 | NOTICE OF RESCHEDULED HEARING. The Summary Judgment Motion Hearing previously scheduled for July 28, 2005, has been rescheduled to August 5, 2005, at 3:00 p.m. in courtroom 19 before Judge Patti B. Saris. (Alba, Robert) (Entered: 07/12/2005) |
| 07/13/2005 | | Judge Patti B. Saris: Electronic ORDER entered allowing 28 Assented to MOTION for Extension of Time to 07/19/05 to File Response/Reply as to 22 MOTION to Compel. Allowed. Response due by 7/19/2005. (Alba, Robert) (Entered: 07/13/2005) |
| 07/15/2005 | 30 | Opposition re 23 MOTION for Summary Judgment filed by Gregory J. House. (Attachments: # 1 # 2 # 3 # 4 # 5 Appendix # 6 # 7 # 8 # 9 # 10 # 11 # 12 # 13 # 14 # 15 # 16 # 17 # 18 # 19 # 20 # 21)(Killeen, Elizabeth |

| | | |
|---|---|---|
| | | (Entered: 07/15/2005) |
| 07/19/2005 | 31 | Opposition re 22 MOTION to Compel *Production of Documents and for Sanctions* filed by First Marblehead Corporation. (DeMoura, Kenneth) (Entered: 07/19/2005) |
| 07/19/2005 | 32 | AFFIDAVIT of Kenneth J. DeMoura in Opposition re 22 MOTION to Compel *Production of Documents and for Sanctions* filed by First Marblehead Corporation. (DeMoura, Kenneth) (Entered: 07/19/2005) |
| 08/01/2005 | 33 | MOTION for Leave to File *Reply To Opposition To Motion For Summary Judgment* by First Marblehead Corporation.(DeMoura, Kenneth) (Entered: 08/01/2005) |
| 08/02/2005 | | Judge Patti B. Saris : Electronic ORDER entered granting 33 Motion for Leave to File Reply to Opposition to Motion for Summary Judgment. (Patch, Christine) (Entered: 08/02/2005) |
| 08/02/2005 | 34 | REPLY to Opposition to 23 MOTION for Summary Judgment filed by First Marblehead Corporation. (Patch, Christine) Modified on 8/2/2005 (Patch, Christine). (Entered: 08/02/2005) |
| 08/03/2005 | 35 | Assented to MOTION for Leave to File *A Sur-Reply* by Gregory J. House.(Killeen, Elizabeth) (Entered: 08/03/2005) |
| 08/04/2005 | | Judge Patti B. Saris: Electronic ORDER entered granting 35 Assented to MOTION for Leave to File A Sur-Reply by Gregory J. House. (Alba, Robert) (Entered: 08/04/2005) |
| 08/04/2005 | 36 | SUR-REPLY to Motion re 35 Assented to MOTION for Leave to File *A Sur-Reply* filed by Gregory J. House. (Killeen, Elizabeth) (Entered: 08/04/2005) |
| 08/05/2005 | | Electronic Clerk's Notes for proceedings held before Judge Patti B. Saris : Motion Hearing held on 8/5/2005 re 23 MOTION for Summary Judgment filed by First Marblehead Corporation,. Court takes motion under advisement. (Court Reporter Richard Rominow.) (Alba, Robert) (Entered: 08/05/2005) |
| 08/05/2005 | | Judge Patti B. Saris : Electronic ORDER entered granting 22 Motion to Compel Further Responses to Requests for Production of Documents and for Sanctions. "After hearing, allowed by two days after Labor Day." (Patch, Christine) (Entered: 08/08/2005) |
| 08/16/2005 | 37 | TRANSCRIPT of Proceedings held on August 5, 2005 before Judge Saris. Court Reporter: Richard H. Romanow. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617-737-0370 or the Clerk's Office. (Diskes, Sheila) (Entered: 08/17/2005) |
| 09/07/2005 | 38 | NOTICE of Withdrawal of Appearance by Elizabeth D. Killeen (Killeen, Elizabeth) (Entered: 09/07/2005) |
| 09/07/2005 | 39 | MOTION to Amend by Gregory J. House, Gregory J. House. |

| | | |
|---|---|---|
| | | (Attachments: # 1 Exhibit A# 2 Proposed Order# 3 Amended Answer and Counterclaim)(Hogan, William) (Entered: 09/07/2005) |
| 09/26/2005 | 40 | Supplemental MEMORANDUM in Support re 22 MOTION to Compel *Production and for Sanctions* filed by Gregory J. House. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G# 8 Exhibit H)(Hogan, William) Additional attachment(s) added on 9/27/2005 (Patch, Christine). (Entered: 09/26/2005) |
| 09/30/2005 | 41 | MOTION for Leave to File *a Supplemental Memorandum of Law in Further Suport of his Motion to Compel Production and for Sanctions* by Gregory J. House. (Attachments: # 1 Supplement Supplemental Memorandum of Law in Further Support of his Motion to Compel Production and for Sanctions# 2 Exhibit Exhibit A# 3 Exhibit Exhibit B# 4 Exhibit Exhibit C# 5 Exhibit Exhibit D# 6 Exhibit Exhibit E# 7 Exhibit Exhibit F# 8 Exhibit Exhibit G# 9 Exhibit Exhibit H)(Hogan, William) (Entered: 09/30/2005) |
| 10/03/2005 | | Judge Patti B. Saris : ElectronicORDER entered granting 41 Motion for Leave to File a Supplemental Memorandum in Further Support of Motion to Compel Production and for Sanctions. (Patch, Christine) (Entered: 10/03/2005) |
| 10/03/2005 | 42 | Supplemental MEMORANDUM in Support re 22 MOTION to Compel Production and for Sanctions, filed by Gregory J. House. (Patch, Christine) (Entered: 10/03/2005) |
| 10/11/2005 | | Judge Patti B. Saris : ElectronicORDER entered granting 39 Motion to File an Amended Answer and Counterclaims. "Allowed without opposition." (Patch, Christine) (Entered: 10/12/2005) |
| 10/11/2005 | 43 | AMENDED ANSWER to 5 Answer to Complaint, COUNTERCLAIM against First Marblehead Corporation by Gregory J. House. (Patch, Christine) (Entered: 10/13/2005) |
| 10/19/2005 | 44 | Assented to MOTION for Extension of Time to October 31, 2005 to File Response/Reply as to 43 Amended Answer to Complaint, Counterclaim by First Marblehead Corporation, First Marblehead Corporation. (DeMoura, Kenneth) (Entered: 10/19/2005) |
| 10/20/2005 | | Judge Patti B. Saris: ElectronicORDER entered granting 44 Assented to MOTION for Extension of Time to October 31, 2005 to File Response/Reply as to 43 Amended Answer to Complaint, Counterclaim by First Marblehead Corporation. Response due by 10/31/05. (Alba, Robert) (Entered: 10/20/2005) |
| 10/31/2005 | 45 | ANSWER to Amended Counterclaims by First Marblehead Corporation, First Marblehead Corporation.(DeMoura, Kenneth) Modified on 11/16/2005 (Patch, Christine). (Entered: 10/31/2005) |
| 11/18/2005 | 46 | Judge Patti B. Saris : ORDER entered. MEMORANDUM AND ORDER granting 23 MOTION for Summary Judgment filed by First Marblehead |

| | | |
|---|---|---|
| | | Corporation..(Patch, Christine) (Entered: 11/22/2005) |
| 11/18/2005 | | Civil Case Terminated. (Patch, Christine) (Entered: 11/22/2005) |
| 12/09/2005 | 47 | Judge Patti B. Saris: FINAL JUDGMENT entered. Pursuant to this Court's Memorandum and Order dated November 18, 2005, allowing summary judgment in favor of the plaintiff, it is ORDERED and ADJUDGED that final judgment is hereby entered in favor of the plaintiff First Marblehead Corporation.(Alba, Robert) (Entered: 12/09/2005) |
| 12/12/2005 | 48 | NOTICE OF APPEAL as to 46 Memorandum & ORDER, Terminate Motions by Gregory J. House. $ 255 NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 1/1/2006. (Aronoff, Yonaton) (Entered: 12/12/2005) |
| 12/13/2005 | | Filing fee: $ 255.00, receipt number 68896 regarding Notice of Appeal (Patch, Christine) (Entered: 12/19/2005) |
| 01/11/2006 | 49 | Certified and Transmitted Record on Appeal to US Court of Appeals re 48 Notice of Appeal, (Ramos, Jeanette) (Entered: 01/11/2006) |
| 01/24/2006 | 50 | USCA Case Number 06-1114 for 48 Notice of Appeal, filed by Gregory J. House,. (Ramos, Jeanette) (Entered: 01/24/2006) |
| 12/26/2006 | 51 | OPINION of USCA (entered 12/22/06).. For the reasons stated, we Affirm the District Courts grant of Summary Judgment on House's breach of contract and promnissory estoppel claims; we Vacate and Remand for further proceedings on House's negligent misrepresentation claim. Costs are awarded to Appellant. So Ordered. FILED. (Gawlik, Cathy) (Entered: 12/26/2006) |
| 12/26/2006 | 52 | USCA Judgment (entered 12/22/06) as to 48 Notice of Appeal filed by Gregory J. House, FILED. (Gawlik, Cathy) (Entered: 12/26/2006) |
| 01/05/2007 | | ELECTRONIC NOTICE of FINAL PRETRIAL CONFERENCE AND TRIAL. Final Pretrial Conference set for 3/22/2007 at 2:30 PM in Courtroom 19 before Judge Patti B. Saris. Jury Trial set for 3/26/2007 at 9:00 AM in Courtroom 19 before Judge Patti B. Saris. (Alba, Robert) (Entered: 01/05/2007) |
| 01/05/2007 | 53 | Judge Patti B. Saris: PRETRIAL ORDER entered. (Alba, Robert) (Entered: 01/05/2007) |
| 01/17/2007 | 54 | MANDATE of USCA as to 48 Notice of Appeal, filed by Gregory J. House. Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district courts grant of summary judgment of Gregory House's breach of contract and promissory estoppel claims is affirmed. The district court's judgment of Gregory House's negligent misrepresentation claim is vacated, and the matter is remanded for further proceedings consistent with the opinion issued this day. Costs are |

| | | |
|---|---|---|
| | | awarded to Gregory House. (entered in the USCA 1/12/07) (Ramos, Jeanette) (Entered: 01/17/2007) |
| 01/19/2007 | 🔵 | Appeal Record Returned: 48 Notice of Appeal. (Ramos, Jeanette) (Entered: 01/19/2007) |
| 01/19/2007 | 55 | Emergency MOTION to Amend *Pre-Trial Order and For Limited Discovery* by First Marblehead Corporation.(DeMoura, Kenneth) (Entered: 01/19/2007) |
| 01/23/2007 | 56 | RESPONSE to Motion re 55 Emergency MOTION to Amend *Pre-Trial Order and For Limited Discovery* filed by Gregory J. House. (Aronoff, Yonaton) (Entered: 01/23/2007) |
| 01/25/2007 | 🔵 | Judge Patti B. Saris : Electronic ORDER entered granting 55 Emergency Motion to Amend Pre-Trial Order and for Limited Discovery. "The Final Pretrial Conference is rescheduled to April 13, 2007 at 4:00 PM. The Jury Trial is rescheduled to April 30, 2007 at 9:00 AM." (Patch, Christine) (Entered: 01/25/2007) |
| 01/30/2007 | 57 | MOTION for Leave to File *Third Party Complaint* by First Marblehead Corporation. (Attachments: # 1 Third Party Complaint# 2 Exhibit Exhibit A to Third Party Complaint)(DeMoura, Kenneth) (Entered: 01/30/2007) |
| 01/31/2007 | 58 | First RESPONSE to Motion re 57 MOTION for Leave to File *Third Party Complaint* filed by Gregory J. House. (Aronoff, Yonaton) (Entered: 01/31/2007) |
| 02/08/2007 | 59 | MOTION for Leave to File *Opposition to Motion for Leave to File Third Party Complaint* by Deutsch Williams Brooks DeRensis & Holland, P.C., Rodney G Hoffman.(Cedrone, Michael) Modified on 2/12/2007 (Patch, Christine). (Entered: 02/08/2007) |
| 02/09/2007 | 🔵 | Judge Patti B. Saris : Electronic ORDER entered denying 57 Motion for Leave to File Third Party Complaint. (Patch, Christine) (Entered: 02/12/2007) |
| 02/15/2007 | 60 | Assented to MOTION to Amend *Pretrial Order* by Gregory J. House. (Aronoff, Yonaton) (Entered: 02/15/2007) |
| 02/16/2007 | 🔵 | Judge Patti B. Saris: Electronic ORDER entered regarding 60 Assented to MOTION to Amend Pretrial Order by Gregory J. House. "Allowed. The Final Pretrial Conference is rescheduled to April 26, 2007, at 2:00 p.m." (Alba, Robert) (Entered: 02/16/2007) |
| 03/14/2007 | 61 | Appeal Remark re 48 Notice of Appeal. : TAXATION OF COSTS: Costs in favor of Appellant Gregory J. House are taxed as follows: Docket Fee: $ 250.00 Reproduction of Appellant's Brief: $83.20 Reproduction of Appellant's Reply Brief $ 123.00 Reproductio of Appendix: $116.20 TOTAL: $572.40 Pursuant to Fed. R. App. P. 39 (d) (3), the district court is directed to add this taxation of costs to the mandate issued on January 12, 2007. (entered in the USCA 1/13/2007) (Ramos, Jeanette) (Entered: 03/14/2007) |
| | | |

| 03/26/2007 | 62 | Assented to MOTION to Amend 53 Order by Gregory J. House. (Aronoff, Yonaton) (Entered: 03/26/2007) |
|---|---|---|
| 03/28/2007 | | Judge Patti B. Saris : Electronic ORDER entered granting 62 Motion to Modify Pretrial Order. (Patch, Christine) (Entered: 03/28/2007) |
| 04/12/2007 | 63 | NOTICE by Gregory J. House *of Motion In Limine* (Aronoff, Yonaton) (Entered: 04/12/2007) |
| 04/12/2007 | 64 | First Proposed Jury Instructions by Gregory J. House. (Aronoff, Yonaton) (Entered: 04/12/2007) |
| 04/12/2007 | 65 | *House* Witness List *Anbinder Deposition Excerpts* by Gregory J. House. (Attachments: # 1 Exhibit Deposition Excerpts)(Aronoff, Yonaton) (Entered: 04/12/2007) |
| 04/12/2007 | 66 | First Proposed Voir Dire by Gregory J. House. (Aronoff, Yonaton) (Entered: 04/12/2007) |
| 04/12/2007 | 67 | First MOTION in Limine *To Exclude Anticipated Testimony* by Gregory J. House. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C) (Aronoff, Yonaton) (Entered: 04/12/2007) |
| 04/12/2007 | 68 | Amended MOTION in Limine *to Exclude Anticipated Testimony* by Gregory J. House. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C)(Aronoff, Yonaton) (Entered: 04/12/2007) |
| 04/12/2007 | 69 | Proposed Jury Instructions by First Marblehead Corporation. (DeMoura, Kenneth) (Entered: 04/12/2007) |
| 04/12/2007 | 70 | MOTION in Limine *Re: Judicial Estoppel* by First Marblehead Corporation.(DeMoura, Kenneth) (Entered: 04/12/2007) |
| 04/12/2007 | 71 | MOTION in Limine *Regarding Resignation of Daniel Meyers* by First Marblehead Corporation.(DeMoura, Kenneth) (Entered: 04/12/2007) |
| 04/12/2007 | 72 | PRETRIAL MEMORANDUM by First Marblehead Corporation. (DeMoura, Kenneth) (Entered: 04/12/2007) |
| 04/13/2007 | 73 | MOTION to Amend 70 MOTION in Limine *Re: Judicial Estoppel* by First Marblehead Corporation. (Attachments: # 1 Exhibit Exs. 1-3) (DeMoura, Kenneth) (Entered: 04/13/2007) |
| 04/13/2007 | | Motions terminated: 67 First MOTION in Limine *To Exclude Anticipated Testimony* filed by Gregory J. House.. (This motion has been terminated because it was re-filed as docket entry # 68 ) (York, Steve) (Entered: 04/13/2007) |
| 04/13/2007 | 79 | SEALED EXHIBIT re 70 MOTION in Limine *Re: Judicial Estoppel* by First Marblehead Corporation. (exhibit not scanned because bad quality of document.) (Filo, Jennifer) (Entered: 04/27/2007) |
| 04/19/2007 | 74 | Objection by First Marblehead Corporation *to Defendant's Proposed Exhibits*. (DeMoura, Kenneth) (Entered: 04/19/2007) |

| | | |
|---|---|---|
| 04/19/2007 | 75 | Objection by First Marblehead Corporation *Designation of Anbinder Deposition and Counter-Designation.* (DeMoura, Kenneth) (Entered: 04/19/2007) |
| 04/19/2007 | | ELECTRONIC NOTICE OF RESCHEDULED FINAL PRETRIAL CONFERENCE AND JURY TRIAL. The Final Pretrial Conference previously scheduled for April 26, 2007, has been rescheduled to July 10, 2007, at 3:00 p.m. The Jury Trial previously scheduled for April 30, 2007, has been rescheduled to July 16, 2007, at 9:00 a.m. NOTE: COUNSEL ARE TO CONFER AND ADJUST ALL DATES IN THE PREVIOUSLY ISSUED PRETRIAL ORDER COMMENSURATE WITH THE NEW TRIAL DATE. (Alba, Robert) (Entered: 04/19/2007) |
| 04/19/2007 | 76 | First Opposition re 70 MOTION in Limine *Re: Judicial Estoppel* filed by Gregory J. House. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4# 5 Exhibit 5# 6 Exhibit 6# 7 Exhibit 7)(Aronoff, Yonaton) (Entered: 04/19/2007) |
| 04/19/2007 | 77 | First Opposition re 71 MOTION in Limine *Regarding Resignation of Daniel Meyers* filed by Gregory J. House. (Aronoff, Yonaton) (Entered: 04/19/2007) |
| 04/19/2007 | 78 | Objection by Gregory J. House *to First Marblehead's Pretrial Disclosures.* (Attachments: # 1 Exhibit A# 2 Exhibit B)(Aronoff, Yonaton) (Entered: 04/19/2007) |
| 04/27/2007 | 80 | NOTICE of Appearance by Michael D. Riseberg on behalf of First Marblehead Corporation (Riseberg, Michael) (Entered: 04/27/2007) |
| 04/27/2007 | 81 | Opposition re 68 Amended MOTION in Limine *to Exclude Anticipated Testimony* filed by First Marblehead Corporation. (Riseberg, Michael) (Entered: 04/27/2007) |
| 05/07/2007 | | ELECTRONIC NOTICE OF RESCHEDULED FINAL PRETRIAL CONFERENCE. The Final Pretrial Conference previously set for 7/10/07 has been RESCHEDULED to 7/9/2007 at 3:00 PM in Courtroom 19 before Judge Patti B. Saris. (Alba, Robert) (Entered: 05/07/2007) |
| 07/09/2007 | | Electronic Clerk's Notes for proceedings held before Judge Patti B. Saris: Final Pretrial Conference held on 7/9/2007. Court makes various pretrial motion rulings on the record. Trial to commence as scheduled on July 16, 2007. (Court Reporter Marie Cloonan.) (Alba, Robert) (Entered: 07/09/2007) |
| 07/16/2007 | | Electronic Clerk's Notes for proceedings held before Judge Patti B. Saris: Jury Trial - Day One held on 7/16/2007. (Court Reporter Lee Marzilli.) (Alba, Robert) (Entered: 07/16/2007) |
| 07/16/2007 | 82 | Supplemental Proposed Jury Questions by First Marblehead Corporation. (Riseberg, Michael) (Entered: 07/16/2007) |
| 07/16/2007 | 83 | MOTION to Amend *Answer to Amended Counterclaim* by First Marblehead Corporation.(Riseberg, Michael) (Entered: 07/16/2007) |

| | | |
|---|---|---|
| 07/16/2007 | 84 | MEMORANDUM in Support re 83 MOTION to Amend *Answer to Amended Counterclaim* filed by First Marblehead Corporation. (Attachments: # 1 Exhibit Exhibit A - docket)(Riseberg, Michael) (Entered: 07/16/2007) |
| 07/16/2007 | 85 | Proposed Jury Verdict by First Marblehead Corporation. (Riseberg, Michael) (Entered: 07/16/2007) |
| 07/16/2007 | 87 | Proposed Voir Dire by First Marblehead Corporation. Re-entered by court staff to correct data entry error. (Patch, Christine) (Entered: 07/18/2007) |
| 07/17/2007 | 86 | TRANSCRIPT of Jury Trial Day One held on July 16, 2007 before Judge Saris. Court Reporter: Lee A. Marzilli. The original transcripts are maintained by the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/345-6787 or the Clerk's Office. (Scalfani, Deborah) (Entered: 07/17/2007) |
| 07/17/2007 | | Electronic Clerk's Notes for proceedings held before Judge Patti B. Saris: Jury Trial - Day Two held on 7/17/2007. (Court Reporter Lee Marzilli.) (Alba, Robert) (Entered: 07/17/2007) |
| 07/18/2007 | | Notice of correction to docket made by Court staff. Correction: Document No. 82 corrected because: it was filed using the incorrect event. Please refer to Document No. 87 for corrected filing (Patch, Christine) Modified on 7/19/2007 (Patch, Christine). (Entered: 07/18/2007) |
| 07/18/2007 | | Electronic Clerk's Notes for proceedings held before Judge Patti B. Saris: Jury Trial - Day Three held on 7/18/2007. (Court Reporter Lee Marzilli.) (Alba, Robert) (Entered: 07/18/2007) |
| 07/18/2007 | 88 | Letter/request (non-motion) from Peter N. Wang. (Aronoff, Yonaton) (Entered: 07/18/2007) |
| 07/18/2007 | 89 | Objection to 69 Proposed Jury Instructions by Gregory J. House. (Aronoff, Yonaton) (Entered: 07/18/2007) |
| 07/18/2007 | 90 | Supplemental Proposed Jury Instructions by Gregory J. House. (Aronoff, Yonaton) (Entered: 07/18/2007) |
| 07/19/2007 | 91 | TRANSCRIPT of Jury Trial Day Two held on July 17, 2007 before Judge Saris. Court Reporter: Lee A. Marzilli. The original transcripts are maintained by the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/345-6787 or the Clerk's Office. (Scalfani, Deborah) Modified on 7/19/2007 (Scalfani, Deborah). (Entered: 07/19/2007) |
| 07/19/2007 | 92 | TRANSCRIPT of Jury Trial Day Three held on July 18, 2007 before Judge Saris. Court Reporter: Lee A. Marzilli. The original transcripts are maintained by the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/345-6787 or the Clerk's Office. (Scalfani, Deborah) (Entered: 07/19/2007) |

| | | |
|---|---|---|
| 07/19/2007 | | Electronic Clerk's Notes for proceedings held before Judge Patti B. Saris: Jury Trial - Day Four held on 7/19/2007. (Court Reporter Lee Marzilli.) (Alba, Robert) (Entered: 07/19/2007) |
| 07/19/2007 | 93 | MOTION for Directed Verdict by First Marblehead Corporation. (DeMoura, Kenneth) (Entered: 07/19/2007) |
| 07/19/2007 | 94 | MEMORANDUM OF LAW by First Marblehead Corporation. (Riseberg, Michael) (Entered: 07/19/2007) |
| 07/19/2007 | 98 | MOTION for Judgment as a Matter of Law by First Marblehead Corporation. Re-entered by court staff to correct data entry error. (Patch, Christine) (Entered: 07/23/2007) |
| 07/20/2007 | | Electronic Clerk's Notes for proceedings held before Judge Patti B. Saris: Jury Trial - Day Five held on 7/20/2007. Parties rest. Closing arguments to commence on 7/23/07. (Court Reporter Lee Marzilli.) (Alba, Robert) (Entered: 07/20/2007) |
| 07/22/2007 | 95 | MOTION for Judgment as a Matter of Law *(Renewed)* by First Marblehead Corporation.(Riseberg, Michael) (Entered: 07/22/2007) |
| 07/22/2007 | 96 | Letter/request (non-motion) from Peter N. Wang, Esq. on behalf of Defendant Gregory House. (Aronoff, Yonaton) (Entered: 07/22/2007) |
| 07/22/2007 | 97 | Letter/request (non-motion) from Peter Wang, Esq. on behalf of Defendant Gregory House *re: comparative negligence jury instruction.* (Attachments: # 1 Supplement Blacklined general instruction# 2 Supplement General instruction# 3 Supplement Blacklined special verdict form# 4 Supplement Special verdict form)(Aronoff, Yonaton) (Entered: 07/22/2007) |
| 07/23/2007 | | Motions terminated: 93 MOTION for Directed Verdict filed by First Marblehead Corporation. (Patch, Christine) (Entered: 07/23/2007) |
| 07/23/2007 | | Notice of correction to docket made by Court staff. Correction: Document No. 93 terminated because: it was filed using the incorrect event. Please refer to Document No. 98 for corrected filing. (Patch, Christine) (Entered: 07/23/2007) |
| 07/23/2007 | 99 | TRANSCRIPT of Jury Trial Day Five held on July 20, 2007 before Judge Saris. Court Reporter: Lee A. Marzilli. The original transcripts are maintained by the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/345-6787 or the Clerk's Office. (Scalfani, Deborah) (Entered: 07/23/2007) |
| 07/23/2007 | | Electronic Clerk's Notes for proceedings held before Judge Patti B. Saris: Jury Trial held on 7/23/2007. Parties make closing arguments. Court charges jury. Jury begins deliberations. Jury returns verdict. Jury discharged. (Court Reporter Lee Marzilli / Valerie O'Hara.) (Alba, Robert) (Entered: 07/23/2007) |
| 07/23/2007 | 100 | COURT'S Exhibit List for jury trial held on 7/16/07 through 7/20/07, and 7/23/07. (Alba, Robert) (Entered: 07/24/2007) |

| | | |
|---|---|---|
| 07/23/2007 | 101 | COURT'S Witness List for jury trial held on 7/16/07 through 7/20/07, and 7/23/07. (Alba, Robert) (Entered: 07/24/2007) |
| 07/23/2007 | 102 | JURY VERDICT. (Patch, Christine) (Entered: 07/25/2007) |
| 07/30/2007 | 103 | TRANSCRIPT of Jury Trial Day Six held on July 23, 2007 before Judge Saris. Court Reporter: Lee A. Marzilli. The original transcripts are maintained by the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/345-6787 or the Clerk's Office. (Scalfani, Deborah) (Entered: 07/30/2007) |
| 07/30/2007 | 104 | Judge Patti B. Saris : ORDER entered. JUDGMENT in favor of Plaintiff against Defendant(Patch, Christine) (Entered: 07/30/2007) |
| 08/06/2007 | 105 | MOTION for New Trial *Pursuant to Fed. R. Civ. P. 59* by Gregory J. House. (Attachments: # 1 Exhibit A through D)(Aronoff, Yonaton) (Entered: 08/06/2007) |
| 08/20/2007 | 106 | Opposition re 105 MOTION for New Trial *Pursuant to Fed. R. Civ. P. 59* filed by First Marblehead Corporation. (Riseberg, Michael) (Entered: 08/20/2007) |
| 11/13/2007 | | Judge Patti B. Saris : Electronic ORDER entered denying 105 Motion for New Trial (Patch, Christine) (Entered: 11/15/2007) |
| 11/26/2007 | 107 | NOTICE OF APPEAL by Gregory J. House NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals.Appeal Record due by 12/17/2007. (Aronoff, Yonaton) (Entered: 11/26/2007) |
| 11/26/2007 | 108 | NOTICE OF APPEAL as to Order on Motion for New Trial, 104 Judgment by Gregory J. House NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals.Appeal Record due by 12/17/2007. Re-entered by court staff to correct data entry error.(Patch, Christine) (Entered: 11/28/2007) |
| 11/27/2007 | | Filing fee: $ 455.00, receipt number 83665 for 108 Notice of Appeal, (Patch, Christine) Modified on 11/28/2007 (Patch, Christine). (Entered: 11/28/2007) |
| 11/28/2007 | | Documents terminated: 107 Notice of Appeal, filed by Gregory J. House. (Patch, Christine) (Entered: 11/28/2007) |
| 11/28/2007 | | Notice of correction to docket made by Court staff. Correction: Document No. 107 terminated corrected because: it was not linked to a document or event to be appealed. Please refer to Document No. 108 for corrected filing (Patch, Christine) (Entered: 11/28/2007) |
| 11/28/2007 | | ELECTRONIC NOTICE issued requesting courtesy copy for 30 |

| | | |
|---|---|---|
| | | Opposition to Motion. Counsel who filed this document are requested to submit a courtesy copy of it to the Clerk's Office. **These documents must be clearly marked as a Courtesy Copy and reflect the document number assigned by CM/ECF.** (Patch, Christine) (Entered: 11/28/2007) |
| 12/05/2007 | 109 | TRANSCRIPT of Jury Trial Day Four held on July 19, 2007 before Judge Saris. Court Reporter: Lee A. Marzilli. The original transcripts are maintained by the Clerk's Office. Copies may be obtained by contacting the court reporter at leemarz@aol.com or the Clerk's Office. (Scalfani, Deborah) (Entered: 12/05/2007) |
| 12/05/2007 | 110 | Supplemental Record on Appeal transmitted to US Court of Appeals re 108 Notice of Appeal. Documents included: 109 (Scalfani, Deborah) (Entered: 12/05/2007) |