# United States Court of Appeals
## For the First Circuit

04-11263

No. 07-2789

FIRST MARBLEHEAD CORPORATION,

Plaintiff, Appellee,

v.

GREGORY J. HOUSE,

Defendant, Appellant.

**JUDGMENT**
Entered: September 8, 2008

    This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

    Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's decision to allow the expert testimony and the district court's denial of the motion for a new trial are affirmed.

By the Court:

/s/ Richard Cushing Donovan, Clerk

cc: Mr. Hogan, Mr. Aronoff, Mr. Wang, Mr. Riseberg, Mr. DeMoura & Mr. Cedrone.